Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: amcdow@bakerlaw.com
mdelaney@bakerlaw.com
ffarivar@bakerlaw.com

Proposed Attorneys for
Debtors and Debtors in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HOAG URGENT CARE-TUSTIN, INC., et al.,<br><br>Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br><br>☐ Cypress Urgent Care, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care – Anaheim Hills, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care – Huntington Harbour, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care – Orange, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care – Tustin, Inc., a California corporation, ONLY<br><br>☐ Laguna-Dana Urgent Care, Inc., a California corporation, ONLY | Lead Case No.: 8:17-bk-13077-TA<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:17-bk-13078-TA; 8:17-bk-13079-TA; 8:17-bk-13080-TA; 8:17-bk-13089-TA; 8:17-bk-13090-TA)<br><br>**DECLARATION OF SONIA GAETA REGARDING SERVICE OF:**<br><br>**(A) EMERGENCY MOTION FOR ORDER (1) AUTHORIZING THE MAINTENANCE OF EXISTING BANK ACCOUNTS AND (2) AUTHORIZING THE CONTINUED USE OF CASH MANAGEMENT SYSTEM [DOCKET ENTRY ("D.E.") 10];**<br><br>**(B) EMERGENCY MOTION FOR ORDER AUTHORIZING (1) THE PAYMENT OF PREPETITION WAGES, (2) THE CONTINUATION OF EMPLOYEE PROGRAMS POSTPETITION, (3) THE WITHHOLDING AND PAYMENT OF PAYROLL RELATED TAXES, AND (4) THE PAYMENT OF PREPETITION CLAIMS RELATING TO EMPLOYEE PROGRAMS [D.E. 12];**<br><br>**(C) EMERGENCY MOTION FOR ORDER (1) AUTHORIZING THE INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. 363, (2) FINDING PREPETITION** |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

Case 8:17-bk-13077-TA    Doc 18    Filed 08/04/17    Entered 08/04/17 01:35:29    Desc
Main Document    Page 2 of 11

|   |   |
|---|---|
| 1 | **SECURED CREDITORS ADEQUATELY PROTECTED PURSUANT TO 11 U.S.C. 361 AND 363, AND (3) GRANTING RELATED RELIEF [D.E. 13]; AND** |
| 2 | |
| 3 | |
| 4 | **(D) DECLARATION OF JENNIFER AMSTER IN SUPPORT OF THE EMERGENCY MOTION FOR ORDER AUTHORIZING (1) THE PAYMENT OF PREPETITION WAGES, (2) THE CONTINUATION OF EMPLOYEE PROGRAMS POSTPETITION, (3) THE WITHHOLDING AND PAYMENT OF PAYROLL RELATED TAXES, AND (4) THE PAYMENT OF PREPETITION CLAIMS RELATING TO EMPLOYEE PROGRAMS [D.E. 17]** |

Hearing:
Date:   August 4, 2017
Time:   10:00 a.m.
Place:  Courtroom 5B
        U.S. Bankruptcy Court
        411 West Fourth Street
        Santa Ana, CA 92701

I, Sonia Gaeta, hereby declare as follows:

1. I am an individual over 18 years of age and am of sound mind. I am a secretary with the law firm of Baker & Hostetler LLP located at 11601 Wilshire Boulevard, Suite 1400, Los Angeles, California 90025-0509, proposed counsel for the debtors and debtors in possession (the "Debtors") in the above-captioned jointly administered bankruptcy cases (the "Bankruptcy Cases").

2. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify to the same.

3. I make this declaration regarding service of the following documents:

(a) *Emergency Motion for Order (1) Authorizing the Maintenance of Existing Bank Accounts and (2) Authorizing the Continued Use of Cash Management System* [Docket Entry ("D.E.") 10];

(b) *Emergency Motion for Order Authorizing (1) the Payment of Prepetition Wages, (2) the Continuation of Employee Programs Postpetition, (3) the Withholding and Payment of Payroll Related Taxes, and (4) the Payment of*

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF SERVICE
PAGE - 2

611132752.3

1  *Prepetition Claims Relating to Employee Programs* [D.E. 12];

2  (c) *Emergency Motion for Order (1) Authorizing the Interim Use of Cash*

3  *Collateral Pursuant to 11 U.S.C. 363, (2) Finding Prepetition Secured Creditors*

4  *Adequately Protected Pursuant to 11 U.S.C. 361 and 363, and (3) Granting*

5  *Related Relief* [D.E. 13]; and

6  (d) *Declaration of Jennifer Amster in Support of the Emergency Motion for Order*

7  *Authorizing (1) the Payment of Prepetition Wages, (2) the Continuation of*

8  *Employee Programs Postpetition, (3) the Withholding and Payment of Payroll*

9  *Related Taxes, and (4) the Payment of Prepetition Claims Relating to Employee*

10 *Programs* [D.E. 17].

11 (collectively, the "Pleadings").

12    4.    Pursuant to controlling General Orders and Local Bankruptcy Rules ("LBR"), the

13 Pleadings were served on August 3, 2017 via NEF and hyperlink to the document on the

14 Electronic Mail Notice List to receive NEF transmission at the email addresses listed in **Exhibit**

15 **A** attached hereto.

16    5.    On August 3, 2017, our office used the services of GSO Overnight Delivery

17 Services ("GSO"), and copies of the Pleadings were sent via overnight mail to the parties listed

18 on the mailing matrix (the "Matrix"), a copy of which is attached hereto as **Exhibit B.** The

19 Pleadings were sent via priority mail to the parties with P.O. Box addresses that would be unable

20 to receive overnight mail deliveries.  See **Exhibit B.**

21    6.    On August 3, 2017, our office also gave notice via telephone and email to the

22 parties whose phone number and email address appear on the Matrix. See **Exhibit B.**

23    7.    GSO has also informed us that on August 4, 2017 before 10:00 a.m. copies of the

24 Pleadings will be personally delivered to chambers at the following address:

25     Honorable Theodor C. Albert
       United States Bankruptcy Court
26     Central District of California
       Ronald Reagan Federal Building and Courthouse
27     411 West Fourth Street, Suite 5085
       Santa Ana, CA 92701-4593
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF SERVICE
PAGE - 3

611132752.3

1    I declare under penalty of perjury under the laws of the United States of America that the
2 above is true and correct, except for those matters stated on information and belief and as to those
3 matters I believe them to be true. Executed at Los Angeles, California, this 3rd day of August
4 2017.

_____
SONIA GAETA

# EXHIBIT A

**Service Via ECF Notification**

Michael T Delaney on behalf of Debtor Cypress Urgent Care, Inc.
mdelaney@bakerlaw.com, sgaeta@bakerlaw.com

Michael T Delaney on behalf of Debtor Hoag Urgent Care - Anaheim Hills, Inc.
mdelaney@bakerlaw.com, sgaeta@bakerlaw.com

Michael T Delaney on behalf of Debtor Hoag Urgent Care - Huntington Harbour, Inc.
mdelaney@bakerlaw.com, sgaeta@bakerlaw.com

Michael T Delaney on behalf of Debtor Hoag Urgent Care - Orange, Inc.
mdelaney@bakerlaw.com, sgaeta@bakerlaw.com

Michael T Delaney on behalf of Debtor Hoag Urgent Care-Tustin, Inc.
mdelaney@bakerlaw.com, sgaeta@bakerlaw.com

Michael T Delaney on behalf of Debtor Laguna Dana Urgent Care Inc.
mdelaney@bakerlaw.com, sgaeta@bakerlaw.com

Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

Ashley M McDow on behalf of Debtor Cypress Urgent Care, Inc.
amcdow@bakerlaw.com,
mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com

Ashley M McDow on behalf of Debtor Hoag Urgent Care - Anaheim Hills, Inc.
amcdow@bakerlaw.com,
mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com

Ashley M McDow on behalf of Debtor Hoag Urgent Care - Huntington Harbour, Inc.
amcdow@bakerlaw.com,
mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com

Ashley M McDow on behalf of Debtor Hoag Urgent Care - Orange, Inc.
amcdow@bakerlaw.com,
mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com

Ashley M McDow on behalf of Debtor Hoag Urgent Care-Tustin, Inc.
amcdow@bakerlaw.com,
mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com

Ashley M McDow on behalf of Debtor Laguna Dana Urgent Care Inc.
amcdow@bakerlaw.com,

mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com

Anthony J Napolitano on behalf of Creditor Opus Bank
anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com

Anthony J Napolitano on behalf of Interested Party Interested Party
anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com

Randye B Soref on behalf of Creditor Hoag Memorial Hospital Presbyterian
rsoref@polsinelli.com, acruickshank@polsinelli.com

Randye B Soref on behalf of Creditor Newport Healthcare Center LLC
rsoref@polsinelli.com, acruickshank@polsinelli.com

Randye B Soref on behalf of Interested Party Hoag Memorial Hospital Presbyterian
rsoref@polsinelli.com, acruickshank@polsinelli.com

Randye B Soref on behalf of Interested Party Newport Healthcare Center LLC
rsoref@polsinelli.com, acruickshank@polsinelli.com

Steven M Spector on behalf of Interested Party Interested Party
sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

# EXHIBIT B

**Service via Phone, Email and/or Overnight Delivery on Top 10 Largest Creditors of Each of the Debtors (Unless Otherwise Indicated):**[1]

| | | |
|---|---|---|
| Your Neighborhood Urgent Care<br>c/o Dr. Robert C. Amster<br>18231 Irvine Blvd. Ste 204<br>Tustin, CA 92780<br>(Service via Overnight Delivery)<br><br>Also served via email:<br>RAmster@radiantphysician.us | Hall & Company<br>111 Pacifica, Ste. 300<br>Irvine, CA 92618<br>(Service via Overnight Delivery) | County of Orange<br>Attn: Treasurer-Tax Collector<br>625 North Ross St., Bldg, 11, G58<br>Santa Ana, CA 92701<br>(Service via Overnight Delivery)<br><br>Also served via email<br>treasurer@ttc.ocgov.com |
| Xerox Corporation<br>P.O. Box 650361<br>Dallas, TX 75265-0361<br><br>(Service via Priority Mail)<br><br>Phone: 1-877-979-8498 (Laura Hua of Baker & Hostetler called the party, but was unable to leave a voicemail) | PSS World Medical, Inc.<br>P.O. Box 749499<br>Los Angeles, CA 90074-9499<br>(Service via Priority Mail)<br><br>4345 Southpoint Boulevard<br>Jacksonville, FL 32216<br>(Service via Overnight Delivery)<br><br>Phone: 904-332-3000 (Laura Hua of Baker & Hostetler called the party and left a voicemail) | City of Orange<br>Accounts Receivable<br>300 E. Chapman Ave.<br>P.O. Box 11024<br>Orange, CA 92856<br>(Service via Overnight Delivery)<br><br>Phone: (714) 744-2225 (Laura Hua of Baker & Hostetler called the party and delivered the message) |
| Newport Healthcare Center, LLC<br>1800 Quail Street, Suite 100<br>Newport Beach, CA 92660<br>(Service via Overnight Delivery)<br><br>Phone: (949) 650-0040 (Laura Hua of Baker & Hostetler called the party and delivered the message) | Integrity Healthcare Locums, LLC<br>P.O. Box 823424<br>Philadelphia, PA 19182-3424<br>(Service via Priority Mail)<br><br>8877 Sandy Crest Lane<br>Boynton Beach, FL 33437<br>(Service via Overnight Delivery)<br><br>Phone: 800-975-2115 (Sonia Gaeta of Baker & Hostetler called the party and left a voicemail) | Harris Medical Associates<br>1180 Satellite Blvd., Suite 200<br>Suwanee, GA 30024<br>(Service via Overnight Delivery)<br><br>Phone: (828) 586-8971 (Sonia Gaeta of Baker & Hostetler called the party and left a voicemail) |
| Clockwise MD<br>Lightshed Healthcare Technologies<br>554 North Avenue NW Suite E<br>Atlanta, GA 30318<br>(Service via Overnight Delivery)<br><br>Also served via email:<br>support@clockwisemd.com | California Dept. of Public Health<br>Radiologic Health Branch<br>MS 7610<br>PO Box 997414<br>Sacramento, CA 95899<br>(Service via Priority Mail)<br><br>Phone: (916) 558-1784 (Laura Hua of Baker & Hostetler called the party and delivered the message) | Hoag Urgent Care-Huntington Harbor<br>c/o Dr. Robert C. Amster<br>5355 Warner Ave. #102<br>Huntington Beach, CA 92649<br><br>Also served via email:<br>RAmster@radiantphysician.us |

---

[1] Duplicate parties that appear on two or more lists of top ten unsecured parties for the Debtors have been removed.

| | | |
|---|---|---|
| Access Medical Management<br>2325 W. Victory Blvd. Ste #1<br>Burbank, CA 91506<br>(Service via Overnight Delivery)<br><br>Also served via email:<br>yusiho@accessmdbilling.com | Provider Healthcare, LLC<br>4252 South Highland Drive, Suite 104<br>Salt Lake City, UT 84124<br>(Service via Overnight Delivery)<br><br>Phone: 877-800-1128 (Sonia Gaeta of Baker & Hostetler called the party and left a voicemail) | Medline<br>Dept LA 21558<br>Pasadena, CA 91185<br>(Service via Overnight Delivery)<br><br>Also served via email:<br>finance@medline.com |
| ADT Security Services<br>4161 E La Palma Ave<br>Anaheim, CA 92807<br>(Service via Overnight Delivery)<br><br>Phone: (800) 280-6946 (Sonia Gaeta of Baker & Hostetler called the party and delivered the message)<br><br>Also served via email:<br>sascancels@adt.com | UTC<br>c/o Dr. Robert C. Amster<br>PO Box 8979<br>Newport Beach, CA 92658<br><br>Also served via email:<br>RAmster@radiantphysician.us | Mission Recruiting, LLC<br>3020 Saturn Street, Ste. 201<br>Brea, CA 92821<br>(Service via Overnight Delivery)<br><br>Also served via email:<br>info@missionrecruiting.com |
| Adams, Evens & Ross Inc.<br>For the Benefit of All Star #254<br>37460 Sixes Road, Suite 126<br>Canton, GA 30114<br>(Service via Overnight Delivery)<br><br>Also served via email:<br>info@aercollections.com | Whitaker Medical, LLC<br>File 50834<br>Los Angeles, CA 90074<br>(Service via Priority Mail)<br><br>26745 Malibu Hills Rd<br>Calabasas, CA 91301-5355<br><br>(Service via Overnight Delivery) | Partners Urgent Care – UTC<br>4085 Governor Drive<br>San Diego, CA  92122<br><br>Also served via email:<br>RAmster@radiantphysician.us |
| AMN Healthcare<br>12400 High Bluff Drive<br>San Diego, CA 92130<br>(Service via Overnight Delivery)<br><br>Also served via email:<br>info@amnhealthcare.com | Rhino Medical Services<br>P.O. Box 16253<br>Greenville, SC 29606-6000<br>(Service via Priority Mail) | Cox Communications<br>PO Box 53280<br>Phoenix, AZ 85052<br>(Service via Priority Mail) |
| All Medical Personnel, LLC<br>Attention: Ray Iturrioz<br>4000 Hollywood Blvd, Ste 600N<br>Hollywood, FL 33021<br>(Service via Priority Mail) | Radiant<br>c/o Dr. Robert C. Amster<br>PO Box 8979<br>Newport Beach, CA 92658<br>(Service via Priority Mail)<br><br>Also served via email:<br>RAmster@radiantphysician.us | Hoag Urgent Care – Tustin, Inc.<br>c/o Dr. Robert C. Amster<br>2560 Bryan Ave., Suite A<br>Tustin, CA  92780<br><br>Also served via email:<br>RAmster@radiantphysician.us |

| | | |
|---|---|---|
| Cypress Urgent Care<br>c/o Dr. Robert C. Amster<br>6876 Katella Ave.<br>Cypress, CA 90630<br><br>Also served via email:<br>RAmster@radiantphysician.us | Hoag Urgent Care - Anaheim Hills<br>5630 E. Santa Ana Canyon Rd.<br>Anaheim, CA 92807<br><br>Also served via email:<br>RAmster@radiantphysician.us | Joline Tilly<br>340 Ashton Drive<br>Laguna Beach, CA 92651<br>(Service via Overnight Delivery) |
| Weatherby Healthcare<br>PO Box 972633<br>Dallas, TX 75397-2633<br>(Service via Priority Mail) | Continental Maintenance, Inc.<br>13318 Mapledale Street<br>Norwalk, CA 90650<br>(Service via Overnight Delivery) | Singer Lewak<br>10960 Wilshire Blvd. 7th Floor<br>Los Angeles, CA 90024<br>(Service via Overnight Delivery) |

**Service via Phone, Email and/or Overnight Delivery on Secured Creditors**

| | | |
|---|---|---|
| Opus Bank<br>c/o BARRY A. SMITH<br>c/o STEVEN M. SPECTOR<br>c/o ANTHONY J. NAPOLITANO<br><br>Buchalter, A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500 Los Angeles, CA 90017-2457<br>(Service via Overnight Delivery)<br><br>Telephone: (213) 891.0700<br>(Priscilla Markus of Baker & Hostetler called and left a message)<br><br>Also served via email:<br>bsmith@buchalter.com;<br>sspector@buchalter.com<br>anapolitano@buchalter.com | U.S. Bancorp<br>CT Corporation System<br>818 W 7th St Ste 930<br>Los Angeles CA 90017<br>(Service via Overnight Delivery) | Orange County Recorder –<br>211 West Santa Ana Blvd.<br>Santa Ana, CA 92701<br>(Service via Overnight Delivery) |
| Cardinal Health<br><br>7000 Cardinal Place<br>Dublin, OH 43017<br>(Service via Overnight Delivery and/or Priority Mail as available)<br><br>Telephone: (614)757-5000 (Fahim Farivar of Baker & Hostetler called corporate headquarters and left a message) | General Electric Capital Corp<br><br>Served via email:<br>CustomerCare@ge.com | |