BARRY A. SMITH (SBN: 48697)
   bsmith@buchalter.com
STEVEN M. SPECTOR (SBN: 51623)
   sspector@buchalter.com
ANTHONY J. NAPOLITANO (SBN: 227691)
   anapolitano@buchalter.com
BUCHALTER, A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891.0700
Facsimile: (213) 896.0400

Attorneys for Secured Creditor Opus Bank

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HOAG URGENT CARE-TUSTIN, INC., et al.,<br><br>Debtors and Debtors in Possession. | Lead Case No. 8:17-bk-13077-TA<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:17-bk-13078-TA, 8:17-bk-13079-TA, 8:17-bk-13080-TA, 8:17-bk-13089-TA, 8:17-bk-13090-TA) |
| Affects:<br><br>☒ All Debtors<br><br>☐ Cypress Urgent Care, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care- Anaheim Hills, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care- Huntington Harbour, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care- Orange, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care- Tustin, Inc., a California corporation, ONLY<br><br>☐ Laguna-Dana Urgent Care, Inc., a California corporation, ONLY | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE RE: MOTION FOR ORDER (I) PARTIALLY EXCUSING RECEIVER'S COMPLIANCE WITH 11 U.S.C. § 543(a) AND (b); AND (II) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br><br>[LBR 9075-1(b)]<br><br>**Hearing If Shortened Time Granted:**<br>Date: August 29, 2017<br>Time: 2:00 p.m.<br><br>**Hearing If On Regular Notice:**<br>Date: September 6, 2017<br>Time: 10:00 a.m.<br>Place: United States Bankruptcy Court<br>Courtroom 5B<br>411 West Fourth Street<br>Santa Ana, California 92701 |

1

**APPLICATION FOR ORDER SHORTENING TIME RE: MOTION FOR ORDER PARTIALLY EXCUSING RECEIVER'S COMPLIANCE WITH SECTION 543 AND GRANTING LIMITED RELIEF FROM STAY**

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR, ITS COUNSEL AND ALL PARTIES IN INTEREST:**

1. Movant applies under LBR 9075 for an order setting a hearing on shortened notice on the following motion:

   a. Title of Motion: *Motion for Order: (I) Partially Excusing Receiver's Compliance with 11 U.S.C. § 543(a) and (b); and (II) Granting Limited Relief from the Automatic Stay* [Docket No. 41].

   b. Date of filing of motion: August 11, 2017

2. Compliance with LBR 9075-1(b)(2)(A):

   a. Briefly specify the relief requested in the motion:

Opus Bank moves the Court for entry of an order (i) partially excusing David P. Stapleton, the state-court appointed receiver (the "Receiver") from compliance with the requirements of 11 U.S.C. § 543(a) and (b) to permit the Receiver to monitor the Debtors in an oversight capacity, and (ii) granting limited relief from the automatic stay so that the Receiver can carry out his oversight role.

   b. Identify the parties affected by the relief requested in the motion:

Debtors: Hoag Urgent Care – Tustin, Inc.; Hoag Urgent Care –Huntington Harbour, Inc.; Hoag Urgent Care – Orange, Inc.; Hoag Urgent Care – Anaheim Hills, Inc.; Cypress Urgent Care, Inc.; Laguna Dana Urgent Care, Inc.

Secured Creditor: Opus Bank

Receiver: David P. Stapleton

   c. State the reasons necessitating a hearing on shortened time:

The Debtors filed their chapter 11 bankruptcy cases on August 2, 2017. The hearing on the Debtors' "first-day" motions respecting cash collateral, employee wages and continuation of the cash management system occurred on August 4, 2017. This court granted the use of cash collateral on an interim basis through the continued hearing, which has been set for August 29, 2017. The issues of cash collateral and the partial relief from the Receiver's turnover obligations

2
**APPLICATION FOR ORDER SHORTENING TIME RE: MOTION FOR ORDER PARTIALLY EXCUSING RECEIVER'S COMPLIANCE WITH SECTION 543 AND GRANTING LIMITED RELIEF FROM STAY**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 29857511V1

1 are intertwined as keeping the Receiver in place with oversight responsibility provides Opus Bank
2 with a level of adequate protection.  In the meantime, Opus Bank has prepared and submitted to
3 the Debtors' counsel a stipulation that addresses the cash collateral and turnover issues.  In the
4 interest of judicial economy, the Opus Bank seeks to shorten time on the hearing on the Motion
5 so that it can coincide with the hearing on the continued use of cash collateral.

6     3.    Compliance with LBR 9075-1(b)(2)(B):  The attached declaration(s) justifies
7 setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the
8 motion.

9     a.    The appended Declaration of Anthony J. Napolitano sets forth the
10 justification for setting the hearing on the Motion on shortened notice.

11     b.    The Declaration of David P. Stapleton [Docket No. 43] and the Declaration
12 of Steven M. Spector [Docket No. 44] provide, along with the Motion and its Memorandum of
13 Points and Authorities, a prima facie basis for granting the Motion.

14     4.    Movant has lodged a proposed Order Setting Hearing on Shortened Notice on
15 mandatory form F 9075-1.1.ORDER.SHORT.NOTICE.

16 DATED: August 14, 2017        BUCHALTER, a Professional Corporation

18         By: */s/ Anthony J. Napolitano*

19         BARRY A. SMITH
        STEVEN M. SPECTOR
20         ANTHONY J. NAPOLITANO

21         Attorneys for Secured Creditor Opus Bank

3

**APPLICATION FOR ORDER SHORTENING TIME RE: MOTION FOR ORDER PARTIALLY EXCUSING
RECEIVER'S COMPLIANCE WITH SECTION 543 AND GRANTING LIMITED RELIEF FROM STAY**

# DECLARATION OF ANTHONY J. NAPOLITANO

I, Anthony J. Napolitano, declare as follows:

1. I am an attorney at law duly licensed by the State of California and admitted to practice before all courts of the State of California and the United States District Court for the Central District of California. I am a Senior Counsel of the law firm Buchalter, a Professional Corporation ("Buchalter"), counsel of record to Opus Bank, senior secured creditor in the above-captioned, jointly-administered bankruptcy cases of Hoag Urgent Care – Tustin, Inc. and its affiliated debtors (collectively, the "Debtors").

2. I make this declaration on my personal knowledge, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently to the facts set forth herein. I make this declaration in support of Opus Bank's *Application for Order Setting Hearing on Shortened Notice [LBR 9075-1(b)]* filed with respect to Opus Bank's *Motion for Order: (I) Partially Excusing Receiver's Compliance with 11 U.S.C. § 543(a) and (b); and (II) Granting Limited Relief from the Automatic Stay* [Docket No. 41] (the "Motion").

3. Opus Bank filed its Motion seeking entry of an order (i) partially excusing David P. Stapleton, the state-court appointed receiver (the "Receiver") from compliance with the requirements of 11 U.S.C. § 543(a) and (b) to permit the Receiver to monitor the Debtors in an oversight capacity, and (ii) granting limited relief from the automatic stay so that the Receiver can carry out his oversight role.

4. The following reasons justify setting the hearing on the Motion on shortened notice. The Debtors filed their chapter 11 bankruptcy cases on August 2, 2017. The hearing on the Debtors' "first-day" motions respecting cash collateral, employee wages and continuation of the cash management system occurred on August 4, 2017. This court granted the use of cash collateral on an interim basis through the continued hearing, which has been set for August 29, 2017. The issues of cash collateral and the partial relief from the Receiver's turnover obligations are intertwined as keeping the Receiver in place with oversight responsibility provides Opus Bank

4

**APPLICATION FOR ORDER SHORTENING TIME RE: MOTION FOR ORDER PARTIALLY EXCUSING RECEIVER'S COMPLIANCE WITH SECTION 543 AND GRANTING LIMITED RELIEF FROM STAY**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 29857511V1

with a level of adequate protection. In the meantime, Opus Bank has prepared and submitted to the Debtors' counsel a stipulation that addresses the cash collateral and turnover issues. In the interest of judicial economy, the Opus Bank seeks to shorten time on the hearing on the Motion so that it can coincide with the hearing on the continued use of cash collateral.

I declare, under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct, and that this declaration was executed on August 14, 2017 at Los Angeles, California.

*/s/ Anthony J. Napolitano*

Anthony J. Napolitano

**APPLICATION FOR ORDER SHORTENING TIME RE: MOTION FOR ORDER PARTIALLY EXCUSING RECEIVER'S COMPLIANCE WITH SECTION 543 AND GRANTING LIMITED RELIEF FROM STAY**

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 29857511V1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
BUCHALTER, 1000 Wilshire Blvd, Suite 1500, Los Angeles, CA 90017

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE RE: MOTION FOR ORDER (I) PARTIALLY EXCUSING RECEIVER'S COMPLIANCE WITH 11 U.S.C. § 543(A) AND (B); AND (II) GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) August 14, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
COUNSEL FOR HOAG URGENT CARE: Michael T Delaney    mdelaney@bakerlaw.com, sgaeta@bakerlaw.com
STAFF ATTY UST: Michael J Hauser    michael.hauser@usdoj.gov
COUNSEL HOAG URGENT CARE: Ashley M McDow    amcdow@bakerlaw.com, mdelaney@bakerlaw.com;sgaeta@bakerlaw.com;rojeda@bakerlaw.com;ffarivar@bakerlaw.com
COUNSEL OPUS: Anthony J Napolitano    anapolitano@buchalter.com, IFS_filing@buchalter.com;salarcon@buchalter.com
COUNSEL HOAG MEMORIAL: Randye B Soref    rsoref@polsinelli.com, acruickshank@polsinelli.com
COUNSEL FOR OPUS: Steven M Spector    sspector@buchalter.com, IFS_efiling@buchalter.com;salarcon@buchalter.com
OFFICE UST: United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) August 14, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor*
**Hoag Urgent Care-Tustin, Inc.**
PO Box 8979
Newport Beach, CA 92658

David Stapleton, as receiver
515 South Flower Street, 36th Floor
Los Angeles, CA  90071

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) August 14, 2017, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
Via Messenger:
Hon. Theodor C. Albert
U.S. Bankruptcy Court
411 W. Fourth Street, Suite 5085
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 14, 2017 | Sandra I. Alarcon | /s/ Sandra I. Alarcon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**