| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>BARRY A. SMITH (SBN: 48697)<br>　　bsmith@buchalter.com<br>STEVEN M. SPECTOR (SBN: 51623)<br>　　sspector@buchalter.com<br>ANTHONY J. NAPOLITANO (SBN: 227691)<br>　　anapolitano@buchalter.com<br>BUCHALTER, A Professional Corporation<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA  90017-2457<br>Telephone:  (213) 891.0700<br>Facsimile:   (213) 896.0400<br><br>☐ *Individual appearing without attorney*<br>☐ *Attorney for*: Secured Creditor Opus Bank | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**AUG 14 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** steinber **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>HOAG URGENT CARE-TUSTIN, INC., et al.,<br><br>Affects<br><br>☒  All Debtors<br><br>☐  Cypress Urgent Care, Inc., a California corporation, ONLY<br><br>☐  Hoag Urgent Care- Anaheim Hills, Inc., a California corporation, ONLY<br><br>☐  Hoag Urgent Care- Huntington Harbour, Inc., a California corporation, ONLY<br><br>☐  Hoag Urgent Care- Orange, Inc., a California corporation, ONLY<br><br>☐  Hoag Urgent Care- Tustin, Inc., a California corporation, ONLY<br><br>☐  Laguna-Dana Urgent Care, Inc., a California corporation, ONLY<br><br>Debtor(s). | CASE NO.:  8:17-bk-13077-TA (lead case)<br><br>CHAPTER:  11 (jointly administered)<br><br>(Jointly Administered with Case Nos. 8:17-bk-13078-TA, 8:17-bk-13079-TA, 8:17-bk-13080-TA, 8:17-bk-13089-TA, 8:17-bk-13090-TA)<br><br><br>**ORDER:**<br><br>☐  **GRANTING APPLICATION AND SETTING HEARING ON SHORTENED NOTICE**<br><br>☒  **DENYING APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br>　　**[LBR 9075-1(b)]** |

**Movant** (*name*): OPUS BANK

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　　　　　　Page 1　　　　　　　　　　　　**F 9075-1.1.ORDER.SHORT.NOTICE**

BN 29852071v1

1. Movant filed the following motion together with supporting declarations and (if any) supporting documents:

    a. *Title of motion*:  Motion for Order: (I) Partially Excusing Receiver's Compliance with 11 U.S.C. § 543(a) and (b); and (II) Granting Limited Relief from the Automatic Stay
    b. *Date of filing of motion:*  August 11, 2017

2. Pursuant to LBR 9075-1(b), movant also filed an Application for Order Setting Hearing on Shortened Notice (Application) together with supporting declaration(s):

    *Date of filing of Application*:  August 11, 2017

3. Based upon the court's review of the application, it is ordered that:

    a. ☒  The Application is denied.  The motion may be brought on regular notice pursuant to LBRs.

    There is no showing of an emergency sufficient to place this potentially case-determining remedy on such a fast track and to put everyone (including the court) into a proverbial fire drill.  The debtor makes the good point that the receiver is ideally charged with protecting the interests of all creditors, not just the bank. Of course, this applies as well to the DIP. But it is pretty obvious that if the receiver gets to make the call then the deal already in hand prevails. This might or might not be in the interests of anyone but the bank, But this should not be interpreted as changing the court's initial impression that this case is on something of a fast track anyway, depending on what post-petition revenue will support. Debtor's available time to get a highest and best deal is directly related to how performance is measured post-petition, and continuing losses will not be tolerated.

    b. ☐  The Application is granted, and it is further ordered that:

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                          Page 2                           **F 9075-1.1.ORDER.SHORT.NOTICE**

BN 29852071v1

(1) ☐  A hearing on the motion will take place as follows:

| | |
|---|---|
| ~~Hearing date: August 29, 2017~~<br>~~Time: 2:00 p.m.~~<br>**Courtroom:** 5B | **Place:**<br>☐ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☒ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101 |

(2) ☐  No later than the deadlines given, **telephonic notice** of the hearing must be provided to all persons/entities listed:

| (A) _Deadlines:_ | (B) _Persons/entities to be provided with telephonic notice:_ |
|---|---|
| Date:<br>Time: | |
| | ☐ See attached page |
| | (C) _Telephonic notice is also required upon_ the United States trustee |

(3) ☐  No later than the deadlines given, **written notice of the hearing** and a **copy of this order** must be served upon all persons/entities listed using:    ☐ one of the methods checked    ☐ all of the methods checked

(A)   ☐ Personal Delivery    ☐ Overnight Mail    ☐ First class mail    ☐ Facsimile*    ☐ Email*

| (B) _Deadlines:_ | (C) _Persons/entities to be served with written notice and a copy of this order:_ |
|---|---|
| Date:<br>Time: | |
| | ☐ See attached page |
| | (D) _Service is also required upon_:<br>-- United States trustee *(electronic service is not permitted)*<br>-- Judge's copy personally delivered to chambers<br>(*see Court Manual for address*) |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                Page 3                                **F 9075-1.1.ORDER.SHORT.NOTICE**

BN 29852071v1

(4) ☐ No later than the deadlines given, a copy of the motion, declarations, and supporting documents (if any), must be served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

(B) *Deadlines:*
Date:
Time:

(C) *Persons/entities to be served with motion, declarations, supporting documents:*

☐ See attached page

(D) *Service is also required upon*:
 -- United States trustee *(no electronic service permitted)*
 -- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

(5) ☐ Regarding **opposition to the motion**

☐ opposition to the motion may be made **orally** at the hearing

☐ no later than the deadlines given, **written opposition to the motion** must be filed with the court and served upon all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

(B) *Deadlines:*
Date:
Time:

(C) *Persons/entities to be served with written opposition to the motion:*
 -- movant's attorney (or movant, if movant is not represented by an attorney)

(D) *Service is also required upon*:
 -- United States trustee (*electronic service is not permitted*)
 -- Judge's copy personally delivered to chambers
   (*see Court Manual for address*)

(6) ☐ Regarding a **reply to an opposition:**

☐ a reply to opposition may be made **orally** at the hearing.

☐ no later than the deadlines given, a **written reply to an opposition** must be filed with the court and served on all persons/entities listed using: ☐ one of the methods checked ☐ all of the methods checked

(A) ☐ Personal Delivery ☐ Overnight Mail ☐ First Class Mail ☐ Facsimile* ☐ Email*

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 4    **F 9075-1.1.ORDER.SHORT.NOTICE**

BN 29852071v1

| | | | |
|---|---|---|---|
| (B) | *Deadlines:* <br> Date: <br><br> Time: | (C) | *Persons/entities to be served with written reply to opposition:* <br> -- All persons/entities who filed a written opposition |
| | | (D) | *Service is also required upon:* <br> -- United States trustee *(electronic service is not permitted)* <br> -- Judge's Copy personally delivered to chambers <br>    (*see Court Manual for address*) |

(7) ☐ Other requirements:

(8) ☐ No later than the deadlines given, movant must file a **Declaration of Notice and Service** establishing that telephonic notice, written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers:

> ☐ at least 2 days before the hearing.
>
> ☐ no later than:    Date:                    Time:

\* Service by electronic means (facsimile or email) requires compliance with F.R.Civ.P. 5(b)(2)(E).

###

Date: August 14, 2017

*[signature]*

Theodor C. Albert
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                    Page 5                    **F 9075-1.1.ORDER.SHORT.NOTICE**

BN 29852071v1