Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:    amcdow@bakerlaw.com
           mdelaney@bakerlaw.com
           ffarivar@bakerlaw.com

[Proposed] Attorneys for
Debtors and Debtors in Possession

**FILED & ENTERED**

AUG 17 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** steinber **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HOAG URGENT CARE-TUSTIN, INC., et al.,<br><br>    Debtors and Debtors in Possession.<br><br>Affects:<br><br>■ All Debtors<br><br>☐ Cypress Urgent Care, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care – Anaheim Hills, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care – Huntington Harbour, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care – Orange, Inc., a California corporation, ONLY<br><br>☐ Hoag Urgent Care – Tustin, Inc., a California corporation, ONLY<br><br>☐ Laguna-Dana Urgent Care, Inc., a California corporation, ONLY | Lead Case No.: 8:17-bk-13077-TA<br><br>Chapter 11<br><br>(Jointly Administered with Case Nos. 8:17-bk-13078-TA; 8:17-bk-13079-TA; 8:17-bk-13080-TA; 8:17-bk-13089-TA; 8:17-bk-13090-TA)<br><br>**ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br><br><u>Hearing:</u><br>Date:<br>Time:  [No Hearing Required]<br>Place: |

Having considered the Debtors' Motion to Extend Time to File Case Openning Documents Purusnt to Rule 1007(c) of Federal Rule of Bankruptcy Procedure and Rule 1007-1(b) of Local Bankruptcy Rule (the "Motion"), filed by the debtors and debtors in possession (the "Debtors") in the above-captioned jointly administered bankrupty cases **on August 16, 2017 as #53 on the Court's docket,** and finding good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. The Motion is granted in its entirety; and

2. The Debtors shall have an extension of time through and including August 25, 2017 to file the Case Commencment Documents (as that term is defined in the Motion).

IT IS SO ORDERED.

# # #

Date: August 17, 2017

_____
Theodor C. Albert
United States Bankruptcy Judge

ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS

611138838.1