Ashley M. McDow (245114)
Michael T. Delaney (261714)
Fahim Farivar (252153)
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:    amcdow@bakerlaw.com
    mdelaney@bakerlaw.com
    ffarivar@bakerlaw.com

[Proposed] Attorneys for Debtors and Debtors in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.: 8:17-BK-13077-TA |
| HOAG URGENT CARE-TUSTIN, INC., *et al*., | Chapter 11 |
| Debtors and Debtors in Possession. | [Jointly Administered with Case Nos. 8:17-bk-13078-TA; 8:17-bk-13079-TA; 8:17-bk-13080-TA; 8:17-bk-13089-TA; 8:17-bk-13090-TA] |
| ☒ Affects All Debtors<br>☐ Affects Cypress Urgent Care, Inc., a California corporation, ONLY<br>☐ Affects Hoag Urgent Care–Anaheim Hills, Inc., a California corporation, ONLY<br>☐ Affects Hoag Urgent Care–Huntington Harbour, Inc., a California corporation, ONLY<br>☐ Affects Hoag Urgent Care–Orange, Inc., a California corporation, ONLY<br>☐ Affects Hoag Urgent Care–Tustin, Inc., a California corporation, ONLY<br>☐ Affects Laguna-Dana Urgent Care, Inc., a California corporation, ONLY | **NOTICE OF *ERRATA* RE: MONTHLY OPERATING REPORT, NO. 1** |

The Monthly Operating Reports, No. 1, which was filed by the debtors and debtors in possession in the above-captioned, jointly administered bankruptcy cases omitted the profit and loss statement. Attached is a true and correct copy of the Debtors Consolidated Profit & Loss Statement for the referenced reporting period.

Dated:    August 23, 2017            Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:    */s/ Ashley M. McDow*
      Ashley M. McDow
      Michael T. Delaney
      Fahim Farivar

[Proposed] Attorneys for Debtors and Debtors in Possession

Debtors' Consolidated Profit and Loss Statement
August 3, 2017 - August 15, 2017

|  | CUC | HUCA | HUCH | HUCO | HUCT | LDUC | Consolidated Total |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Accrual for Collection % | 106,563.40 | 51,103.77 | 51,075.31 | - | 72,817.44 | 79,362.19 | 360,922.11 |
| A/R Reserve Adjustment | (5,918.16) | 2,401.13 | 1,383.46 | - | (2,847.37) | 1,073.44 | (3,907.50) |
| Patient Refunds | - | - | (35.00) | - | (96.98) | - | (131.98) |
| **Total Income** | **100,645.24** | **53,504.90** | **52,423.77** | **-** | **69,873.09** | **80,435.63** | **356,882.63** |
| | | | | | | | |
| **Cost of Services** | | | | | | | |
| COS - Clinical Service Labor | 3,829.99 | 5,420.68 | 3,279.75 | - | 3,363.17 | 1,726.79 | 17,620.38 |
| COS - Medical Supplies | 3,000.00 | 2,000.00 | 2,500.00 | - | 2,500.00 | 2,000.00 | 12,000.00 |
| COS - Physician and PA | 18,481.86 | 17,705.46 | 16,366.25 | - | 18,918.67 | 23,880.11 | 95,352.35 |
| COS - Staff Labor | 6,969.66 | 7,501.97 | 3,856.27 | - | 4,745.80 | 8,025.79 | 31,099.49 |
| COS - X-Ray Interpretation | 616.00 | 581.00 | 455.00 | - | 644.00 | 497.00 | 2,793.00 |
| COS Malpractice Insurance | 272.68 | 272.68 | 272.68 | - | 272.68 | 272.68 | 1,363.38 |
| Taxes - Payroll | 1,089.83 | 2,239.77 | 721.36 | - | 939.98 | 1,812.13 | 6,803.08 |
| **Total Cost of Services** | **34,260.02** | **35,721.56** | **27,451.31** | **-** | **31,384.30** | **38,214.50** | **167,031.68** |
| | | | | | | | |
| **Operating Expenses** | | | | | | | |
| Accounting Fees | 437.50 | 437.50 | 437.50 | - | 437.50 | 437.50 | 2,187.50 |
| Bank Fees | 50.00 | 50.00 | 50.00 | 67.75 | 50.00 | 406.21 | 673.96 |
| Consulting | 109.38 | 109.38 | 109.38 | - | 109.38 | 109.38 | 546.88 |
| Facility Maintenance | 857.00 | 1,020.50 | 595.00 | - | 595.00 | 595.00 | 3,662.50 |
| Billing | 2,158.82 | 1,100.84 | 1,035.67 | - | 1,468.43 | 1,607.57 | 7,371.33 |
| Legal Fees | 1,250.00 | 1,250.00 | 1,250.00 | - | 1,250.00 | 1,250.00 | 6,250.00 |
| Licenses | 60.00 | 60.00 | 40.00 | - | - | - | 160.00 |
| Merchant Process Fees | 548.21 | 716.73 | 534.64 | - | 858.69 | 969.20 | 3,627.47 |
| Office Expense | (5.25) | 26.00 | 26.00 | - | 26.00 | 35.99 | 108.74 |
| Payroll Processing | 26.00 | 27.50 | 34.96 | - | 24.50 | 34.66 | 147.62 |
| Professional Fees (other) | - | - | - | - | - | (437.50) | (437.50) |
| Receiver | (3,994.89) | (2,597.31) | (2,597.31) | - | (2,597.31) | (3,994.89) | (15,781.71) |
| Regional Medical Directors | 661.13 | 661.13 | 661.13 | - | 661.13 | 661.13 | 3,305.63 |
| Rent | - | 15,558.60 | - | - | - | - | 15,558.60 |
| Utilities | - | - | - | - | - | - | - |
| **Total Operating Expenses** | **2,157.89** | **18,420.86** | **2,176.96** | **67.75** | **2,883.31** | **1,674.24** | **27,381.01** |
| | | | | | | | |
| **Total Clinic Expenses** | **36,417.91** | **54,142.42** | **29,628.27** | **67.75** | **34,267.61** | **39,888.74** | **194,412.69** |

Debtors' Consolidated Profit and Loss Statement
August 3, 2017 - August 15, 2017

|  | CUC | HUCA | HUCH | HUCO | HUCT | LDUC | Consolidated Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Contribution Margin** | 64,227.33 | (637.52) | 22,795.50 | (67.75) | 35,605.48 | 40,546.89 | 162,469.94 |
| **Corporate Allocation Expenses** | | | | | | | |
| Auto Expense | 31.00 | 31.00 | 31.00 | - | 31.00 | 54.35 | 178.33 |
| Employee Benefit | (19.86) | (2.96) | (674.47) | - | (2.96) | (84.07) | (784.31) |
| Employee Welfare | (384.70) | (160.99) | - | - | (177.91) | (14.45) | (738.05) |
| Royalty | - | 550.42 | 517.84 | - | 734.21 | - | 1,802.47 |
| Salaries - Admin | 539.42 | 539.42 | 539.42 | - | 539.42 | 539.42 | 2,697.11 |
| Salaries - Billing | 192.77 | 192.77 | 192.77 | - | 192.77 | 192.77 | 963.84 |
| Salaries - Exec | 961.54 | 961.54 | 961.54 | - | 961.54 | 961.54 | 4,807.69 |
| Salaries - Management | 1,380.95 | 1,365.75 | 1,380.95 | - | 1,365.75 | 869.98 | 6,363.39 |
| Travel | 10.59 | 167.64 | - | - | - | - | 178.23 |
| **Total Allocation Expenses** | 2,711.71 | 3,644.59 | 2,949.05 | - | 3,643.82 | 2,519.54 | 15,468.71 |
| **Operating Income** | 61,515.62 | (4,282.11) | 19,846.45 | (67.75) | 31,961.66 | 38,027.35 | 147,001.23 |
| **EBITDA Expenses** | | | | | | | |
| Amortization | 62.46 | 44.99 | 44.99 | - | 44.99 | 44.99 | 242.40 |
| Depreciation | 324.37 | 324.37 | 324.37 | - | 324.37 | 324.37 | 1,621.83 |
| Interest | 1,540.18 | 1,992.74 | 584.22 | - | 584.22 | 1,397.42 | 6,098.77 |
| Taxes | - | - | - | - | - | - | - |
| **Total EBITDA Expenses** | 1,927.00 | 2,362.09 | 953.57 | - | 953.57 | 1,766.77 | 7,962.99 |
| **Net Ordinary Income** | 59,588.63 | (6,644.20) | 18,892.89 | (67.75) | 31,008.10 | 36,260.59 | 139,038.25 |
| **Net Income** | 59,588.63 | (6,644.20) | 18,892.89 | (67.75) | 31,008.10 | 36,260.59 | 139,038.25 |