**Fill in this information to identify the case:**

Debtor name        **Hoag Urgent Care-Tustin, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13077**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

■    Amended *Schedule*    **20 Largest Unsecured Creditors & Matrix**

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 25, 2017**        X */s/ Dr. Robert C. Amster*
                          Signature of individual signing on behalf of debtor

                          **Dr. Robert C. Amster**
                          Printed name

                          **President**
                          Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Hoag Urgent Care-Tustin, Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | **8:17-bk-13077** |

☑ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders - FIRST AMENDED

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Access Medical Management 2325 W. Victory Blvd. Suite #1 Burbank, CA 91506** | | **Business Debt** | | | | **$11,829.88** |
| **Advanced Copier Printers 16303 1/2 Piuma Avenue Cerritos, CA 90703** | | **Business Debt** | | | | **$1,542.04** |
| **Continental Maintenance, Inc. 13318 Mapledale Street Norwalk, CA 90650** | | **Business Debt** | | | | **$3,425.00** |
| **Ernie Vences 13224 Newport Avenue #21B Tustin, CA 92780** | | **Unpaid wages/salary** | | | | **$1,618.97** |
| **Hall & Company 111 Pacifica, Ste 300 Irvine, CA 92618** | | **Business Debt** | | | | **$2,753.75** |
| **Jennifer Amster 822 E Lomita Avenue Orange, CA 92867** | | **Unpaid wages/salary** | | | | **$1,758.20** |
| **John Suarez 4388 Rainer Way, Apt. G Oceanside, CA 92058** | | **Unpaid wages/salary** | | | | **$2,457.83** |
| **Joseph Ng 1702 S Varna Street Anaheim, CA 92804** | | **Unpaid wages/salary** | | | | **$1,568.23** |
| **Kirsten Fick 8 Malaquita Trabuco Canyon, CA 92679** | | **Unpaid wages/salary** | | | | **$3,748.10** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Medline** **Dept LA 21558** **Pasadena, CA 91185** | | **Business Debt** | | | | **$9,088.54** |
| **Melissa Garcia** **1800 South** **Broadway, #216** **Santa Ana, CA** **92707** | | **Unpaid wages/salary** | | | | **$1,728.21** |
| **Partners Urgent** **Care - UTC** **4085 Governor Drive** **San Diego, CA** **92122** | | **Business Debt** | | | | **$4,118.99** |
| **Provider Healthcare,** **LLC** **4252 South** **Highland Drive** **Suite 104** **Salt Lake City, UT** **84124** | | **Business Debt** | | | | **$9,782.50** |
| **PSS World Medical,** **Inc.** **P.O. Box 749499** **Los Angeles, CA** **90074-9499** | | **Business Debt** | | | | **$5,261.13** |
| **Ramon Alejandre** **315 W. Lincoln #57** **Orange, CA 92865** | | **Unpaid wages/salary** | | | | **$2,415.11** |
| **Shantel Mendez** **1218 West** **Orangethorpe** **Avenue** **Fullerton, CA 92833** | | **Unpaid wages/salary** | | | | **$1,762.79** |
| **Sondra Vangyi** **2008 S. Artesia** **Street** **Santa Ana, CA** **92704** | | **Unpaid wages/salary** | | | | **$1,059.58** |
| **The New Answernet** **4778 Dewey Drive** **Fair Oaks, CA** **95628-4401** | | **Business Debt** | | | | **$2,419.60** |
| **Tochukwu** **Onyekwuluje, M.D.** **125 Rockview** **Irvine, CA 92612** | | **Unpaid wages/salary** | | | | **$8,155.74** |
| **Xerox Corporation** **P.O. Box 650361** **Dallas, TX** **75265-0361** | | **Business Debt** | | | | **$3,608.81** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**In re Cypress Urgent Care, Inc., Case No.8:17-bk-13089-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Anaheim Hills, Inc., Case No. 8:17-bk-13080-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Huntington Harbour, Inc., Case No. 8:17-bk-13078-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Hoag Urgent Care - Orange, Inc., Case No. 8:17-bk-13079_TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**
**In re Laguna Dana Urgent Care Inc., Case No. 8:17-bk-13090-TA, Central District of California - Santa Ana Division, Date Filed: August 2, 2017, currently pending (Affiliated Entity).**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Tustin, California** , California.

Date: **August 25, 2017**

**/s/ Dr. Robert C. Amster**
**Dr. Robert C. Amster**
Signature of Debtor


Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1            **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care-Tustin, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13077**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................    $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................................    $ _____ 647,516.75

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.....................................................................    $ _____ 647,516.75

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____ 2,231,370.30

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ 29,291.29

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$ _____ 56,371.10

4.   **Total liabilities** ................................................................................................    $ _____ 2,317,032.69
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care-Tustin, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13077**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$100.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Pacific Enterprise Bank** | **Checking Account** | **0104** | **$58,898.50** |
| 3.2. | **Opus Bank** | **Checking Account** | **7949** | **$5,321.68** |
| 3.3. | **Pacific Enterprise Bank** | **Checking Account** | **9924** | **$11,906.07** |
| 3.4. | **Union Bank** | **Checking Account (Receiver's Account)** | **4606** | **$25,360.25** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$101,586.50**

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number *(If known)* **8:17-bk-13077** |
|---|---|---|
| | Name | |

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **311,818.77**    -    **0.00**    = ....    **$311,818.77**

face amount    doubtful or uncollectible accounts

11b. Over 90 days old:    **193,516.48**    -    **0.00**    =....    **$193,516.48**

face amount    doubtful or uncollectible accounts

12.    **Total of Part 3.**    **$505,335.25**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** **Miscellaneous Medical, Drug, and Office Supplies** | 07/31/2017 | Unknown | Comparable sale | $20,000.00 |

23.    **Total of Part 5.**    **$20,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | | Case number *(If known)* | **8:17-bk-13077** |
|---|---|---|---|---|
| | Name | | | |

☐ No

☑ Yes. Book value          **2915**     Valuation method _____          Current Value          **1950**

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Miscellaneous Desks, File Cabinets, Office Furnishings, Chairs, Tables, Breakroom Equipment, Lamps, Bookcases, Reception Furniture, Frame(s), Decorative Items, etc.** | **$0.00** | **Comparable sale** | **$1,350.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **1 CR System for Printing X -Rays (Fuji, FCR Capsula XL II)** | **$0.00** | **Comparable sale** | **$5,000.00** |
| **2 Exam Room Tables (Midmark, Ritter 204)** | **$0.00** | **Comparable sale** | **$500.00** |
| **2 Exam Room Stretchers (Midmark, 535)** | **$0.00** | **Comparable sale** | **$350.00** |
| **1 Autoclave (Midmark, M11 Autoclave)** | **$0.00** | **Comparable sale** | **$100.00** |
| **2 Hanging Examination Lights-Single (Midmark, Ritter 355-028)** | **$0.00** | **Comparable sale** | **$500.00** |
| **1 X-Ray Table (Tingle X -Ray Transworld A802; 13-C2M-64; SN: 960404)** | **$0.00** | **Comparable sale** | **$8,000.00** |
| **5 Otoscope / Ophthalmoscope Systems (Welch Allyn, 76710)** | **$0.00** | **Comparable sale** | **$500.00** |
| **1 Baby Scale (Health-o-Meter, Baby Scale)** | **$0.00** | **Comparable sale** | **$50.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **Hoag Urgent Care-Tustin, Inc.**
Name

Case number *(If known)*  **8:17-bk-13077**

| | | | |
|---|---|---|---|
| **1 Eye Examination Station with Power Table (Top Con, SL -1E; PS11A Power Supply)** | $0.00 | Comparable sale | $850.00 |
| **3 Stationary Exam Room Tables (Midmark, Stationary Exam Room Table)** | $0.00 | Comparable sale | $250.00 |
| **1 Urine Analyzer (Welch Allyn, 120 Urine Analyzer)** | $0.00 | Comparable sale | $25.00 |
| **1 Vitals Monitor with Stand (Welch Allyn, Vitals Monitor with Stand)** | $0.00 | Comparable sale | $100.00 |
| **1 High / Low Exam Table / Chair (Brewer, High / Low Exam Table / Chair)** | $0.00 | Comparable sale | $100.00 |
| **1 Portable Defibrillator (AED) (Cardiac Science, Portable Powerheart AED G3)** | $0.00 | Comparable sale | $150.00 |
| **1 Digital Scale (Health-o-Meter, Digital Scale)** | $0.00 | Comparable sale | $25.00 |
| **1 ECG Monitoring System with Stand & Table (Welch Allyn, ECG Monitoring System)** | $0.00 | Comparable sale | $100.00 |
| **1 Washer / Dryer Pair** | $0.00 | Comparable sale | $180.00 |
| **1 Audiometer** | $0.00 | Comparable sale | $120.00 |
| **1 Refrigerator** | $0.00 | Comparable sale | $180.00 |
| **Other Miscellaneous Medical Equipment** | Unknown | Comparable sale | $500.00 |
| **Miscellaneous Computers, Computers Equipment, Printer(s), Scanner(s), Computer Software(s), Telephone(s), and Telephone System(s)** | $0.00 | Comparable sale | $1,665.00 |
| **Copier Machine** | Unknown | Comparable sale | Unknown |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| $20,595.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number *(If known)* **8:17-bk-13077** |
|---|---|---|
| | Name | |

**45.    Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
■ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.    Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.    Internet domain names and websites** | | | |
| **62.    Licenses, franchises, and royalties** | | | |
| **63.    Customer lists, mailing lists, or other compilations**<br>Customers List | **Unknown** | | **Unknown** |
| **64.    Other intangibles, or intellectual property** | | | |
| **65.    Goodwill** | | | |

**66.    Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
■ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.    Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number *(If known)* **8:17-bk-13077** |
|---|---|---|
| | Name | |

■ Yes Fill in the information below.

**Current value of debtor's interest**

| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**The Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.  In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the respective Schedules B and F will be amended, as necessary and appropriate.** | **Unknown** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Hoag Urgent Care-Tustin, Inc.**
Name

Case number *(If known)*  **8:17-bk-13077**

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $101,586.50 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $505,335.25 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $20,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,595.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $647,516.75 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $647,516.75 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care-Tustin, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13077**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Balboa Capital** | | | |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
| | **575 Anton Blvd., 12th Floor** **Costa Mesa, CA 92626** | **Copier Machine** | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Non-Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **2016-2017** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated ☐ Disputed | | |

| 2.2 | **Opus Bank** | | $2,231,370.30 | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | | |
| | **19900 MacArthur Blvd., 12th Floor** **Irvine, CA 92612** | **All inventory, equipment, accounts, chattel paper, instruments - UCC-1 (Doc. No. 13-7380125585)** | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Non-Purchase Money Security** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **September 2013** | ■ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **0181** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check that all apply | | |

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number (if know) | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

☐ Contingent
■ No                    ☐ Unliquidated
☐ Yes. Specify each creditor,   ☐ Disputed
including this creditor and its relative
priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$2,231,370.30**

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Buchalter, a Prof. Corporation**<br>**Attention: Barry A. Smith**<br>**1000 Wilshire Blvd., Suite 1500**<br>**Los Angeles, CA 90017-2457** | Line **2.2** | |
| **Newport Healthcare Center LLC**<br>**Attention: Sandy Smith**<br>**One Hoag Drive**<br>**P.O. Box 6100**<br>**Newport Beach, CA 92658-6100** | Line **2.2** | |
| **Nicastro & Associates, P.C.**<br>**2 Park Plaza, Suite 650**<br>**Irvine, CA 92614** | Line **2.2** | |
| **Opus Bank**<br>**Attention: Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | Line **2.2** | |
| **Pacific Enterprise Bank**<br>**17748 Skypark Circle, #100**<br>**Irvine, CA 92614** | Line **2.2** | **3600** |
| **St. Joseph Health System**<br>**Attention: Tara Cowell, Esq.**<br>**3345 Michelson Drive, Suite 100**<br>**Irvine, CA 92612** | Line **2.2** | |
| **Stapleton Group**<br>**David Stapleton**<br>**515 So. Flower St., 36th Floor**<br>**Los Angeles, CA 90071** | Line **2.2** | |
| **Tim Reimers, Esq.**<br>**2049 Century Park East, Suite 2900**<br>**Los Angeles, CA 90067** | Line **2.2** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care-Tustin, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13077**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any priority have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Angela Corning**<br>**993 Iron Horse Drive**<br>**San Marcos, CA 92078** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $395.60 | $395.60 |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Daniel Tinoco**<br>**12292 Firebrand Street**<br>**Garden Grove, CA 92840** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18.86 | $18.86 |
| | Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number (if known) | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $435.20 | $435.20 |
|---|---|---|---|---|

**Danielle Follweiler**
**3332 Florista Street**
**Los Alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $21.60 | $21.60 |
|---|---|---|---|---|

**Dasey M. Gonzalez**
**13213 Magnolia Street, #H4**
**Garden Grove, CA 92844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,618.97 | $1,618.97 |
|---|---|---|---|---|

**Ernie Vences**
**13224 Newport Avenue #21B**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $71.20 | $71.20 |
|---|---|---|---|---|

**Faye Amster**
**32 Drakes Bay Drive**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number (if known) | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.57 | $20.57 |
|---|---|---|---|---|

**Jacqueline Vega**
**8571 Pyle Way**
**Midway City, CA 92655**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,758.20 | $1,758.20 |
|---|---|---|---|---|

**Jennifer Amster**
**822 E Lomita Avenue**
**Orange, CA 92867**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.80 | $53.80 |
|---|---|---|---|---|

**Jillian Piper**
**2942 North Sandy Beach Drive**
**Bay City, MI 48706**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,457.83 | $2,457.83 |
|---|---|---|---|---|

**John Suarez**
**4388 Rainer Way, Apt. G**
**Oceanside, CA 92058**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | | Case number (if known) | **8:17-bk-13077** |
|---|---|---|---|---|
| | Name | | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,568.23 | $1,568.23 |
|---|---|---|---|---|

**Joseph Ng**
**1702 S Varna Street**
**Anaheim, CA 92804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26.15 | $26.15 |
|---|---|---|---|---|

**Juan Carlos Raguindin**
**19525 Georgina Circle**
**Cerritos, CA 90703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $410.60 | $410.60 |
|---|---|---|---|---|

**Kevin H.**
**1240 E. Ontario Ave.,**
**Suite 102-170**
**Corona, CA 92881**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,748.10 | $3,748.10 |
|---|---|---|---|---|

**Kirsten Fick**
**8 Malaquita**
**Trabuco Canyon, CA 92679**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number (if known) | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $205.20 | $205.20 |
|---|---|---|---|---|

**Kristin Walsh**
**Walsh Consulting, Inc.**
**46 Serenity**
**Irvine, CA 92618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.60 | $439.60 |
|---|---|---|---|---|

**Kylee Lucas**
**1330 East Balsam**
**Anaheim, CA 92805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 | $119.00 |
|---|---|---|---|---|

**Lori Strawn**
**1401 Reisig Road**
**Saginaw, MI 48604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.60 | $208.60 |
|---|---|---|---|---|

**Marissa Munoz**
**2020 W. Alameda Ave.,**
**Apt. 16**
**Anaheim, CA 92801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**July 16, 2017 - August 2, 2017**

Basis for the claim:
**Unpaid wages/salary**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,728.21** | **$1,728.21** |
|---|---|---|---|---|

**Melissa Garcia**
**1800 South Broadway, #216**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$566.40** | **$566.40** |
|---|---|---|---|---|

**Patricia Lopez**
**12207 Payton**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,415.11** | **$2,415.11** |
|---|---|---|---|---|

**Ramon Alejandre**
**315 W. Lincoln #57**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$26.15** | **$26.15** |
|---|---|---|---|---|

**Rexford Angkahan**
**6522 Mt. Palomar Drive**
**Buena Park, CA 90620**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**July 16, 2017 - August 2, 2017** | Basis for the claim:<br>**Unpaid wages/salary** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,762.79 | $1,762.79 |
|---|---|---|---|---|

**Shantel Mendez**
**1218 West Orangethorpe Avenue**
**Fullerton, CA 92833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,059.58 | $1,059.58 |
|---|---|---|---|---|

**Sondra Vangyi**
**2008 S. Artesia Street**
**Santa Ana, CA 92704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,155.74 | $8,155.74 |
|---|---|---|---|---|

**Tochukwu Onyekwuluje, M.D.**
**125 Rockview**
**Irvine, CA 92612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **July 16, 2017 - August 2, 2017** | **Unpaid wages/salary** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,829.88 |
|---|---|---|---|

**Access Medical Management**
**2325 W. Victory Blvd. Suite #1**
**Burbank, CA 91506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19.18 |
|---|---|---|---|

**Action 1st Loss Prevention**
**32861 Dana Poplar**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number _

Basis for the claim:  **Business Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number (if known) | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Admiral Pest Control**
 9434 Artesia Blvd.
Bellflower, CA 90706

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,542.04** |
|---|---|---|---|

**Advanced Copier Printers**
16303 1/2 Piuma Avenue
Cerritos, CA 90703

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**All Medical Personnel, LLC**
Att:  Ray Iturrioz
4000 Hollywood Blvd, Ste. 600N
Hollywood, FL 33021

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**ATC Healthcare Services, Inc.**
75 Remittance Drive Dept 6773
Chicago, IL 60675-6773

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.05** |
|---|---|---|---|

**Central Drug System**
16560 Harbor Blvd., Ste A
Fountain Valley, CA 92708

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Consolidated Medical Bio-Analysis**
11215 Knott Ave. Cypress
Cypress, CA 90630

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,425.00** |
|---|---|---|---|

**Continental Maintenance, Inc.**
13318 Mapledale Street
Norwalk, CA 90650

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number (if known) | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$143.55** |
|---|---|---|---|

**Cox Communications**
P.O. Box 53280
Phoenix, AZ 85072

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Utilities**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$62.50** |
|---|---|---|---|

**Fire Doctor Extinguisher Company**
13656 #B Red Hill Ave.
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$250.00** |
|---|---|---|---|

**Freedom Imaging, Inc.**
1401 Ball Rd., Suite E
Anaheim, CA 92805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,753.75** |
|---|---|---|---|

**Hall & Company**
111 Pacifica, Ste 300
Irvine, CA 92618

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Harris Medical Associates**
1180 Satellite Blvd.
Suite 200
Suwanee, GA 30024

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Integrity Healthcare Locums, LLC**
P.O. Box 823424
Philadelphia, PA 19182-3424

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt -
Listed for notice purposes only because no direct privity relationship
exists with the Debtor.**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$9,088.54** |
|---|---|---|---|

**Medline**
Dept LA 21558
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016-2017**

Basis for the claim:  **Business Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number (if known) | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$310.50** |
|---|---|---|---|

**Minuteman Plumbing & Drain Services**
P.O. Box 4983
**Garden Grove, CA 92842**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mission Recruiting, LLC**
**3020 Saturn Street, Ste. 201**
**Brea, CA 92821**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Newport Healthcare Center, LLC**
**1 Hoag Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2016 - 2017**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,118.99** |
|---|---|---|---|

**Partners Urgent Care - UTC**
**4085 Governor Drive**
**San Diego, CA 92122**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,782.50** |
|---|---|---|---|

**Provider Healthcare, LLC**
**4252 South Highland Drive**
**Suite 104**
**Salt Lake City, UT 84124**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Provider Locum Tenens**
**7460 Warren Pkwy, #100**
**Frisco, TX 75034**

Date(s) debt was incurred  **2016-2017**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number *(if known)*    **8:17-bk-13077** |
| --- | --- | --- |
| | Name | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,261.13** |
| --- | --- | --- | --- |
| | **PSS World Medical, Inc.** | ☐ Contingent | |
| | **P.O. Box 749499** | ☐ Unliquidated | |
| | **Los Angeles, CA 90074-9499** | ☐ Disputed | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$170.00** |
| --- | --- | --- | --- |
| | **Quality Electrical Services** | ☐ Contingent | |
| | **2940 Grace Lane, Unit C** | ☐ Unliquidated | |
| | **Costa Mesa, CA 92626** | ☐ Disputed | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
| --- | --- | --- | --- |
| | **Rhino Medical Services** | ■ Contingent | |
| | **2000 S. Lamar Blvd.** | ■ Unliquidated | |
| | **Suite 250** | ■ Disputed | |
| | **Arlington, TX 76006** | | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: **Business Debt -** | |
| | | **Listed for notice purposes only because no direct privity relationship** | |
| | | **exists with the Debtor.** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50.00** |
| --- | --- | --- | --- |
| | **Robert Myslin** | ☐ Contingent | |
| | **722 Riverside Drive** | ☐ Unliquidated | |
| | **Oceanside, CA 92058** | ☐ Disputed | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131.90** |
| --- | --- | --- | --- |
| | **Rx Security** | ☐ Contingent | |
| | **1200 N Federal Hwy Suite 200, #50-1** | ☐ Unliquidated | |
| | **Boca Raton, FL 33432** | ☐ Disputed | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.98** |
| --- | --- | --- | --- |
| | **Safeguard** | ☐ Contingent | |
| | **12610 Park Plaza Drive, Suite 100** | ☐ Unliquidated | |
| | **Cerritos, CA 90703** | ☐ Disputed | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$70.18** |
| --- | --- | --- | --- |
| | **Sign Specialists Corporation** | ☐ Contingent | |
| | **111 W. Dyer Road, Unit F** | ☐ Unliquidated | |
| | **Santa Ana, CA 92707** | ☐ Disputed | |
| | Date(s) debt was incurred **2016-2017** | Basis for the claim: **Business Debt** | |
| | Last 4 digits of account number **_** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$388.00** |

**Singer Lewak**
**10960 Wilshire Blvd.,**
**7th Floor**
**Los Angeles, CA 90024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,419.60** |

**The New Answernet**
**4778 Dewey Drive**
**Fair Oaks, CA 95628-4401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$53.02** |

**Thermal Combustion Innovators, Inc.**
**241 W. Laurel Street**
**Colton, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Weatherby Healthcare**
**P.O. Box 972633**
**Dallas, TX 75397-2633**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt -**
**Listed for notice purposes only because no direct privity relationship**
**exists with the Debtor.**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,608.81** |

**Xerox Corporation**
**P.O. Box 650361**
**Dallas, TX 75265-0361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016-2017**

Basis for the claim: **Business Debt**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 29,291.29 |
| 5b. Total claims from Part 2 | 5b. + $ | 56,371.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 85,662.39 |

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 12 of 13

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number (*if known*) | **8:17-bk-13077** |
|---|---|---|---|
| | Name | | |

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care-Tustin, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13077**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
      (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/A** | **ADOC** |
| | List the contract number of any government contract | **600 City Pkwy West Suite 400 Orange, CA 92868** |

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/A** | **AETNA** |
| | List the contract number of any government contract | **P.O. Box 14079 Lexington, KY 40512** |

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/A** | **Alamito IPA** |
| | List the contract number of any government contract | **10833 Valley View Street Suite 300 Cypress, CA 90630** |

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining    **N/A** | **Allied Phys Medical Group** |
| | List the contract number of any government contract | **1680 S. Garfield Ave. Alhambra, CA 91801** |

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | Case number (*if known*) | **8:17-bk-13077** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **AMS - American Medical Security** |
| | List the contract number of any government contract | | **3100 Ams Blvd.** **Green Bay, WI 54313** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **AMS - American Medical Security** |
| | List the contract number of any government contract | | **818 W 7th Street** **Suite 930** **Los Angeles, CA 90017** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **AMVA Group Health** |
| | List the contract number of any government contract | | **1931 North Meacham Road** **Suite 100** **Schaumburg, IL 60173** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Anthem Blue Cross** **Workers Compensation Contracting** |
| | List the contract number of any government contract | | **21555 Oxnard Street** **Woodland Hills, CA 91367** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Applecare Medical Group** |
| | List the contract number of any government contract | | **10800 Paramount Blvd.** **Downey, CA 90241** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Arizona Foundation For Medical Care** |
| | List the contract number of any | | **326 E. Coronado Road** **# 201** **Phoenix, AZ 85004** |

| Debtor 1 | Hoag Urgent Care-Tustin, Inc. | | | Case number *(if known)* | 8:17-bk-13077 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **ARTA** |
| | List the contract number of any government contract | | **1629 W 17th Street**<br>**Ste. B**<br>**Santa Ana, CA 92706** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Arta Health Network, APMC** |
| | List the contract number of any government contract | | **Attn: Contracting Prov. Relations**<br>**3333 Michelson Drive, Suite 735**<br>**Irvine, CA 92612** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Arta Western Medical Group, Inc.** |
| | List the contract number of any government contract | | **Attn: Contracting/Prov. Relations**<br>**3333 Michelson Drive, Suite 735**<br>**Irvine, CA 92612** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of a copy machine** | |
|---|---|---|---|
| | State the term remaining | | **Balboa Capital** |
| | List the contract number of any government contract | | **575 Anton Blvd, 12th Floor**<br>**Costa Mesa, CA 92626** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Beech Street Network** |
| | List the contract number of any government contract | | **25500 Commercentre Dr.**<br>**Lake Forest, CA 92630** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Benelect**<br>**5429 Avernida de Los Robles**<br>**Visalia, CA 93291** |
|---|---|---|---|

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Blue Cross**<br>**P.O. Box 60007**<br>**Los Angeles, CA 90060** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Blue Cross**<br>**409 S. Glendale Ave.**<br>**Glendale, CA 91205** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Blue Shield**<br>**5250 N. Palm Ave.**<br>**Suite 120**<br>**Fresno, CA 93704** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Bristol Park Medical Goup**<br>**11420 Warner Avenue**<br>**Ste. 110**<br>**Fountain Valley, CA 92708** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Bristol Park Medical Group**<br>**250 E. Yale Loop**<br>**Irvine, CA 92604** |

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number (*if known*) | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Cal Optima**<br>**505 City Pkwy West**<br>**Orange, CA 92868** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **California Field Ironworkers Trust Fund**<br>**131 N. El Molino Ave.**<br>**Suite 330**<br>**Pasadena, CA 91101** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Care More Medical Group**<br>**303 S. Union Ave.**<br>**Los Angeles, CA 90017** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Care More Medical Group**<br>**12900 Park Plaza Dr.**<br>**Suite 150**<br>**Cerritos, CA 90703** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Care More Medical Group**<br>**908 S. Central Ave.**<br>**Glendale, CA 91204** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any | | **CHAMPVA Supplemental Insurance**<br>**11000 Wilshire Blvd.**<br>**Los Angeles, CA 90024** |

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number (*if known*)    **8:17-bk-13077** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | | |
|---|---|---|
| | government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Children Hospital of Orange County** |
| | List the contract number of any government contract | | **1201 La Veta** **Orange, CA 92868** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Cigna** |
| | List the contract number of any government contract | | **400 N. Brand Blvd.** **Glendale, CA 91203** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **CoreSource** |
| | List the contract number of any government contract | | **400 Field Drive** **Lake Forest, IL 60045** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **CorVel Healthcare Corporation** **CorVel Corporation** |
| | List the contract number of any government contract | | **2355 Gold Meadow Drive, Suite 100** **Gold River, CA 95670** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Coventry Health** |
| | List the contract number of any government contract | | **6705 Rockledge Dr.** **Bethseda, MD 20817** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Coventry Health Care** **2200 W, Orangewood Ave.** **Orange, CA 92868** |
|---|---|---|---|

Debtor 1    **Hoag Urgent Care-Tustin, Inc.**                                    Case number (*if known*)    **8:17-bk-13077**
      First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Covered California Blue Cross** |
| | List the contract number of any government contract | | **8726 S. Sepulveda Blvd.**<br>**Los Angeles, CA 90045** |

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Dean Health Plan** |
| | List the contract number of any government contract | | **1277 Deming Way**<br>**Madison, WI 53717** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Delta Health Systems** |
| | List the contract number of any government contract | | **3244 Brookside Road**<br>**Stockton, CA 95219** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **EBA & M** |
| | List the contract number of any government contract | | **3505 Cadillac Ave., O-201**<br>**Costa Mesa, CA 92626** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Fallon Community Health Plan** |
| | List the contract number of any government contract | | **10 Chestnut St.**<br>**Worcester, MA 01608** |

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **First Health**<br>**6450 US Highway 1**<br>**Rockledge, FL 32955** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **GEHA**<br>**17306 E. Us Highway 24**<br>**Independence, MO 64056** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Golden Rule Insurance Company**<br>**1028 Pelican St.**<br>**Effingham, IL 62401** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Great-West Healthcare**<br>**6909 E. Greenway Pkwy**<br>**Suite 180**<br>**Scottsdale, AZ 85254** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Greater Newport Physcian**<br>**330 Placentia Ave.**<br>**Newport Beach, CA 92663** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any | | **Health America**<br>**3721 Texport Dr.**<br>**Harrisburg, PA 17106** |

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| | government contract | | |
|---|---|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Net**<br>**21650 Oxnard St.**<br>**Woodland Hills, CA 91367** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Net of California**<br>**Health Net, Inc.**<br>**Direct Network Contracting**<br>**180 Grand Avenue**<br>**Oakland, CA 94612** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Plus**<br>**3561 Howard Avenue**<br>**Suite 205**<br>**Los Alamitos, CA 90720** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Health Spring**<br>**530 Great Circle Rd.**<br>**Nashiville, TN 37228** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **HealthComp Inc.**<br>**191 E. Barstow Ave.**<br>**Fresno, CA 93710** |
| | List the contract number of any government contract | | |

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | **Humana Choicecare**<br>**500 W. Main Street**<br>**Louisville, KY 40202** |
|---|---|---|---|

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining **N/A** | |
| List the contract number of any government contract | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining **N/A** | | **ILWU-PMA Benefit Plans** |
| | List the contract number of any government contract | | **1188 Franklin Street** |
| | | | **San Francisco, CA 94109** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining **N/A** | | **Laborers Health and Welfare Trust Fund** |
| | List the contract number of any government contract | | **1001 Westside Dr.** |
| | | | **San Ramon, CA 94583** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining **N/A** | | **Lakewood IPA, Alamitos IPA,** |
| | List the contract number of any government contract | | **St. Mary IPA & Brookshire IPA** |
| | | | **4909 Lakewood Blvd., Suite 200** |
| | | | **Lakewood, CA 90712** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining **N/A** | | **Maksin Management** |
| | List the contract number of any government contract | | **2 Aquarius Drive** |
| | | | **Suite 200** |
| | | | **Camden, NJ 08103** |

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining **N/A** | | **MEDICA Healthcare** |
| | List the contract number of any government contract | | **P.O. Box 56-6596** |
| | | | **Miami, FL 33256** |

| Debtor 1 | Hoag Urgent Care-Tustin, Inc. | | | Case number (*if known*) | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement No. E0350A** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Medicare**<br>**440 E. Middlefield Road**<br>**Mountain View, CA 94043** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Medicare - CMS Headquarters**<br>**7500 Security Blvd.**<br>**Baltimore, MD 21244** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Medicare Railroad**<br>**844 North Rush Street**<br>**Chicago, IL 60611** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Memorial Care**<br>**17360 Brookhurst Street**<br>**#160**<br>**Fountain Valley, CA 92708** |

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any government contract | | **Meritain Health**<br>**1405 Xenium Lane North**<br>**Suite 140**<br>**Minneapolis, MN 55441** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | |
| | List the contract number of any | | **Meritan Health**<br>**5734 W Beechwood Ave.**<br>**Fresno, CA 93722** |

Debtor 1   **Hoag Urgent Care-Tustin, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **8:17-bk-13077**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | government contract | |
| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**Mid West National Life Insurance**
**P.O. Box 982010**
**North Richland, TX 76182**

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**Monarch HealthCare**
**11 Technology Drive**
**Irvine, CA 92618**

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**Monarch Med Group**
**3700 South Street Town Suburb City**
**Lakewood, CA 90712**

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**MultiPlan**
**115 Fifth Avenue**
**New York, NY 10003**

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |
| | State the term remaining | **N/A** |
| | List the contract number of any government contract | |

**MVP Healthcare**
**625 State Street**
**P.O. Box 2207**
**Schenectady, NY 12301**

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** |

**Nippon Life Insurance**
**515 S. Figueroa Street**
**Suite 1470**
**Los Angeles, CA 90071**

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | | Case number *(if known)*    **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| | State the term remaining | **N/A** | |
|---|---|---|---|
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Noble AMA IPA** |
| | | | **Noble Mid Orange County** |
| | List the contract number of any government contract | | **P.O. Box 4909** |
| | | | **Oceanside, CA 92052** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Noble Mid Orange County Med Group** |
| | | | **c/o Healthsmart MSO, Inc.** |
| | | | **10855 Business** |
| | List the contract number of any government contract | | **Suite C** |
| | | | **Cypress, CA 90630** |

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **OCPIPA (Healthsmart Management Services** |
| | | | **20411 SW Birch Street** |
| | List the contract number of any government contract | | **Suite 200** |
| | | | **Newport Beach, CA 92660** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **OCPIPA (Healthsmart Management Services** |
| | | | **10855 Business Ctr. Dr.** |
| | List the contract number of any government contract | | **Suite C** |
| | | | **Cypress, CA 90630** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Oscar Insurance Agency** |
| | | | **4846 Huntington Dr.** |
| | List the contract number of any government contract | | **Los Angeles, CA 90032** |

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number (*if known*) | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Pacific Care Health System**<br>**5701 Katella Ave.**<br>**Cypress, CA 90630** |
| | List the contract number of any government contract | | |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Personal Insurance Administrators**<br>**30401 Agoura Rd.**<br>**Suite 250**<br>**Agoura Hills, CA 91301** |
| | List the contract number of any government contract | | |

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **PHCS - Private HealthCare Systems, Inc.**<br>**9701 W. Higgins Rd.**<br>**Suite 700**<br>**Rosemont, IL 60018** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Physicians Healthways (Central Health MS**<br>**1055 Park View Dr.**<br>**Suite 119**<br>**Covina, CA 91724** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Pinnacle Claims Management**<br>**15525 Sand Canyon Ave.**<br>**Irvine, CA 92618** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Presbyterian Health**<br>**9521 San Mateo Blvd. NE**<br>**Albuquerque, NM 87113** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

|  | government contract | |
|---|---|---|

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Principal Life** |
| | List the contract number of any government contract | | **711 High Street**<br>**Des Moines, IA 50392** |

| 2.80. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Promesa Health** |
| | List the contract number of any government contract | | **1100 S. San Pedro St.**<br>**Suite D05**<br>**Los Angeles, CA 90015** |

| 2.81. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Prospect Medical Group** |
| | List the contract number of any government contract | | **400 Corporate Pointe**<br>**Culver City, CA 90230** |

| 2.82. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Prospect Medical Holdings, Inc.** |
| | List the contract number of any government contract | | **3415 S. Sepulveda Blvd.**<br>**Fl. 9**<br>**Los Angeles, CA 90034** |

| 2.83. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Providence Health System** |
| | List the contract number of any government contract | | **14051 Paramount Blvd.**<br>**Paramount, CA 90723** |

| 2.84. | State what the contract or lease is for and the nature of the debtor's interest | **Management and Administrative Services Agreement** | **Radiant Physician Group, Inc.**<br>**18231 Irvine Blvd., Ste. 204**<br>**Tustin, CA 92780** |
|---|---|---|---|

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number *(if known)* | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| State the term remaining | **50 months** | |
| List the contract number of any government contract | | |
| **2.85.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| State the term remaining | **N/A** | **Three Rivers Provider Network**<br>**910 Hale Place**<br>**Chula Vista, CA 91914** |
| List the contract number of any government contract | | |
| **2.86.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| State the term remaining | **N/A** | **Tricare**<br>**270 32nd Street**<br>**San Diego, CA 92102** |
| List the contract number of any government contract | | |
| **2.87.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| State the term remaining | **N/A** | **UFCW**<br>**2220 Hyperion Ave.**<br>**Los Angeles, CA 90027** |
| List the contract number of any government contract | | |
| **2.88.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| State the term remaining | **N/A** | **UFCW**<br>**630 Shatto Pl.**<br>**Los Angeles, CA 90005** |
| List the contract number of any government contract | | |
| **2.89.** State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
| State the term remaining | **N/A** | **UFCW**<br>**2701 E. Gage Ave.**<br>**Suite 202**<br>**Huntington Park, CA 90255** |
| List the contract number of any government contract | | |

| Debtor 1 | **Hoag Urgent Care-Tustin, Inc.** | | | Case number (*if known*) | **8:17-bk-13077** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **United Health Care** |
| | List the contract number of any government contract | | **14980 Sand Canyon Avenue** **Irvine, CA 92618** |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Provider Agreement** | |
|---|---|---|---|
| | State the term remaining | **N/A** | **Vantage** |
| | List the contract number of any government contract | | **2115 Compton Ave.** **Ste. 300** **Corona, CA 92881** |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Sub-Sublease Office Space** **2560 Bryan Avenue, Tustin, California** **Expiration Date: April 30, 2021 with two (2) five (5) year renewal options** **Monthly Rent: $13,837.00 plus $2,758.00 in deferred monthly rent** | |
|---|---|---|---|
| | State the term remaining | **3.5 years** | **Your Neighborhood Urgent Care, LLC** |
| | List the contract number of any government contract | | **P.O. Box 8979** **Newport Beach, CA 92658** |

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care-Tustin, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13077**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Dr. Robert C. Amster** | **32 Drakes Bay Drive Corona De. Mar** | **Opus Bank** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Hoag Urgent Care - Anaheim Hills** | **5630 E. Santa Ana Canyon Rd. Anaheim, CA 92807** | **Opus Bank** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Hoag Urgent Care – Orange, Inc.** | **7630b. E. Chapman Ave. Orange, CA 92869** | **Opus Bank** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Hoag Urgent Care-Huntington Harbor** | **5355 Warner Ave. #102 Huntington Beach, CA 92649** | **Opus Bank** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Hoag Urgent Care-Tustin, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:17-bk-13077**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$740,685.73** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$520,073.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$1,766,528.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | | Case number *(if known)* | **8:17-bk-13077** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **See Attachment to SOFA No. 3.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

---

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Dr. Robert C. Amster**<br>**32 Drakes Bay Drive**<br>**Corona Del Mar, CA 92625**<br>**Owner/President** | **Various Dates** | **$58,536.00** | **Salary/Compensation for Services** |
| 4.2.  **Jennifer Amster**<br>**822 E Lomita Ave.**<br>**Orange, CA 92867**<br>**Daughter of Dr. Robert C. Amster, the owner of the Debtor.** | **Various Dates** | **$33,912.00** | **Salary/Compensation for Services** |
| 4.3.  **Faye Amster**<br>**32 Drakes Bay Drive**<br>**Corona De. Mar**<br>**Wife of Dr. Robert C. Amster, the owner of the Debtor** | **Various Dates** | **$8,258.00** | **Salary/Compensation for Services** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

---

Debtor    **Hoag Urgent Care-Tustin, Inc.**    Case number *(if known)*    **8:17-bk-13077**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Opus Bank v. Hoag Urgent Care-Tustin, Inc., et. al.**<br>**30-2017-0091145-CU-BC-CJC** | **Civil** | **Orange County Superior Court**<br>**700 W Civic Center Dr.**<br>**Dept. C16**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Daniel & Yeager, LLC, et. al. v. Your Neighborhood Urgent Care, LLC**<br>**(Dismissed without prejudice)**<br>**47-cv-2016-900597** | **Civil** | **Alabama - Madison County Circuit Court**<br>**100 North Side Square**<br>**Huntsville, AL 35801** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Opus Bank**<br>**Attention: Buchalter - Barry Smith**<br>**1000 Wilshire Boulevard, Suite 1500**<br>**12th Floor**<br>**Los Angeles, CA 90017-2457** | **Various assets and property of the Debtor.** | **Unknown** |

| | Case title | Court name and address |
|---|---|---|
| | **Opus Bank v. Hoag Urgent Care, et. al.** | **Orange County Superior Court**<br>**700 W Civic Center Dr.**<br>**Dept. C16**<br>**Santa Ana, CA 92701** |
| | Case number | |
| | **30-2017-00911945-CU-BC-CJC** | |
| | Date of order or assignment | |
| | **May 25, 2017** | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | | Case number *(if known)* | **8:17-bk-13077** |

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BakerHostetler<br>11601 Wilshire Boulevard,<br>14th Floor<br>Los Angeles, CA 90025** | | **August 1,<br>2017** | **$10,000.00** |
| | Email or website address<br>**amcdow@bakerlaw.com** | | | |
| | Who made the payment, if not debtor?<br>**Dr. Robert C. Amster** | | | |
| 11.2. | | | **$6,666.67<br>7/28/2017<br>$1,666.67<br>7/24/2017<br>$1,666.67<br>7/19/2017<br>$833.33<br>4/27/2017<br>$833.33<br>4/7/2017** | |
| | **Force Ten Partners, LLC<br>20341 Birch Street, Suite 220<br>Newport Beach, CA 92660** | | | **$11,666.67** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Radiant Physicians Group, Inc.** | | | |
| 11.3. | | | **$583.33<br>12/30/2016<br>$583.33<br>12/16/2016<br>$1,166.67<br>11/10/2016<br>$500.00<br>9/28/2016<br>$500.00<br>9/21/2016<br>$833.33<br>8/30/2016** | |
| | **Force Ten Partners, LLC<br>20341 Birch Street, Suite 220<br>Newport Beach, CA 92660** | | | **$4,166.67** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Your Neighborhood Urgent Care,<br>LLC** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Hoag Urgent Care-Tustin, Inc.**    Case number *(if known)*  **8:17-bk-13077**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.4. **Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | | **10/19/2016** | **$500.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**Cypress Urgent Care, Inc.** | | | |
| 11.5. **Winthrop Couchot Golubow**<br>**Hollander, LLP**<br>**660 Newport Center Dr.**<br>**Newport Beach, CA 92660** | | **$1,666.67**<br>**10/3/2016**<br>**$1,666.67**<br>**11/4/2016** | **$3,333.33** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**Your Neighborhood Urgent Care,**<br>**LLC** | | | |
| 11.6.<br><br><br><br><br><br>**Winthrop Couchot Golubow**<br>**Hollander, LLP**<br>**660 Newport Center Dr.**<br>**Newport Beach, CA 92660** | | **$833.33**<br>**1/30/2017**<br>**$833.33**<br>**2/17/2017**<br>**$833.33**<br>**3/1/2017**<br>**$833.33**<br>**3/13/2017**<br>**$833.33**<br>**3/24/2017**<br>**$833.33**<br>**4/7/2017**<br>**$833.33**<br>**4/27/2017**<br>**$8,333.33**<br>**5/27/2017** | **$14,166.67** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**Radiant Physicians Group, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor    **Hoag Urgent Care-Tustin, Inc.**                    Case number *(if known)*  **8:17-bk-13077**

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **18231 Irvine Blvd., #204 Tustin, CA 92780** | **Previous used mailing address** |

---

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐  No. Go to Part 9.

■  Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Hoag Urgent Care Tustin 2560 Bryan Ave., Suite A Tustin, CA 92780** | **Providing urgent care, medical and wellness services to patients of all ages.** | |
| | | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. **2560 Bryan Ave., Suite A Tustin, CA 92782** | **How are records kept?** *Check all that apply:* ■ Electronically ☐ Paper |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

**Personal information and medical records.**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

■  Yes. Does the debtor serve as plan administrator?

      ■  No Go to Part 10.
      ☐  Yes. Fill in below:

| Debtor | **Hoag Urgent Care-Tustin, Inc.** | Case number *(if known)* **8:17-bk-13077** |
|---|---|---|

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo Bank, N.A.**<br>**Irvine, CA 92614** | **XXXX-2776** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **2016** | **Unknown** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Hoag Urgent Care-Tustin, Inc.**                                   Case number *(if known)*    **8:17-bk-13077**

---

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.    **Hoag Urgent Care – Tustin<br>2560 Bryan Ave., Suite A<br>Tustin, CA 92780** | **Providing urgent care, medical and wellness services to patients of all ages.** | EIN:    **27-3423050**<br><br>From-To    **August 2010 - Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Joe Gaglio, CPA<br>16512 Burke Lane<br>Huntington Beach, CA 92647-4538** | **2011 - present** |
| 26a.2.    **Kristin Walsh Consulting<br>46 Serenity<br>Irvine, CA 92618** | **March 2017 - Present** |
| 26a.3.    **Kevin Hartley<br>Adaptive CPA<br>1240 E Ontario Ave #102<br>Corona, CA 92881** | **August 2016 - Present** |
| 26a.4.    **Hall & Associates<br>18101 Von Karman Ave<br>Ste 1290<br>Irvine, CA 92612** | **June 2016 - September 2016** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Hoag Urgent Care-Tustin, Inc. | Case number *(if known)*  **8:17-bk-13077** |
|---|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Brian Weiss**<br>**Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | **2016-2017** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | **The State Court appointed receiver May 25 2017 - petition date** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Kristin Walsh Consulting**<br>**46 Serenity**<br>**Irvine, CA 92618** | |
| 26c.2. | **Hall & Associates**<br>**18101 Von Karman Ave**<br>**Ste 1290**<br>**Irvine, CA 92612** | |
| 26c.3. | **Joe Gaglio, CPA**<br>**16512 Burke Lane**<br>**Huntington Beach, CA 92647-4538** | |
| 26c.4. | **Kevin Hartley**<br>**Adaptive CPA**<br>**1240 E Ontario Ave #102**<br>**Corona, CA 92881** | |
| 26c.5. | **Brian Weiss**<br>**Force Ten Partners, LLC**<br>**20341 Birch Street, Suite 220**<br>**Newport Beach, CA 92660** | |
| 26c.6. | **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Debtor    **Hoag Urgent Care-Tustin, Inc.**                                    Case number *(if known)*    **8:17-bk-13077**

| Name and address |
|---|
| 26d.1.    **Opus Bank**<br>**19900 MacArthur Boulevard**<br>**12th Floor**<br>**Irvine, CA 92612** |
| 26d.2.    **Global Capital Markets**<br>**19100 Von Karman Ave**<br>**Suite 950**<br>**Irvine, CA 92612** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☐    No
    ■    Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **David P. Stapleton (the State Court Appointed Receiver)** | **June 2017** | **Unknown** |

| Name and address of the person who has possession of inventory records |
|---|
| **David P. Stapleton**<br>**Stapleton Group**<br>**515 South Flower Street**<br>**36th Floor**<br>**Los Angeles, CA 90071** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dr. Robert C. Amster** | **32 Drakes Bay Drive**<br>**Santa Ana, CA 92707** | **President / Director / Sole Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■    No
    ☐    Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐    No
    ■    Yes. Identify below.

Debtor    **Hoag Urgent Care-Tustin, Inc.**                                  Case number *(if known)*  **8:17-bk-13077**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **See Response to SOFA No. 4. See also Attachment to SOFA No. 30.** | | | |
| **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

�■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **American Funds** | **EIN:** |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____**August 25, 2017**____

**/s/ Dr. Robert C. Amster**                                      **Dr. Robert C. Amster**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**Attachment to SOFA No. 3**

9:35 PM
08/16/17

**Roc - Tustin**

**Transaction List by Vendor**

**May 1 through August 2, 2017**

| | Type | Date | Name Address | Name City | Name State | Name Zip | Name Phone # | Amount |
|---|---|---|---|---|---|---|---|---|
| **Integrity Healthcare Locums, LLC** | | | | | | | | |
| | Bill Pmt -Check | 05/26/2017 | P.O.Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 1-888-768-7859 | -2,220.00 |
| | Bill Pmt -Check | 06/30/2017 | P.O.Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 1-888-768-7859 | -2,550.00 |
| | Bill Pmt -Check | 07/22/2017 | P.O.Box 823424 Philadelphia, PA 19182-3424 | Philadelphia | PA | 19182-3424 | 1-888-768-7859 | -3,780.00 |
| **Medline** | | | | | | | | |
| | Bill Pmt -Check | 05/12/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,078.34 |
| | Bill Pmt -Check | 05/26/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,641.12 |
| | Bill Pmt -Check | 06/20/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,076.86 |
| | Bill Pmt -Check | 06/30/2017 | Dept LA 21558 Pasadena, CA 91185 | Pasadena | CA | 91185 | 1-800-633-5463 | -2,635.53 |
| **Newport Healthcare Center, LLC** | | | | | | | | |
| | Bill Pmt -Check | 05/01/2017 | c/o California Commercial 1800 Quail Street, Suite 100 Newport Beach, CA 92660 | Newport Beach | CA | 92660 | 949-650-0040 | -19,594.85 |
| **Radiant Physician Group** | | | | | | | | |
| | Check | 05/31/2017 | | | | | | -66,000.00 |
| | Check | 06/30/2017 | | | | | | -29,539.14 |
| | Check | 06/30/2017 | | | | | | -3,268.22 |
| | Check | 07/31/2017 | | | | | | -30,271.71 |
| **Stapleton Group (Receiver)** | | | | | | | | |
| | Check | 08/02/2017 | 514 Via de la Valle, Suite 206, CA 92075 | Solana Beach | CA | 92075 | | -25,360.25 |

Attachment to SOFA No. 30

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,830.00) | 8/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,100.00) | 8/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,700.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (800.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (20.00) | 8/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,040.00) | 8/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,215.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,615.00) | 8/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,315.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,230.00) | 8/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,560.00) | 8/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (7,035.00) | 8/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,400.00) | 8/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,000.00) | 8/17/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,870.00) | 8/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,660.00) | 8/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,240.00) | 8/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,255.00) | 8/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,090.00) | 8/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,400.00) | 8/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,720.00) | 8/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,300.00) | 8/30/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,400.00) | 8/31/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,520.00) | 9/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,380.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,835.00) | 9/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,445.00) | 9/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (12,210.00) | 9/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,455.00) | 9/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,345.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,660.00) | 9/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,060.00) | 9/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,735.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,012.00) | 9/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,070.00) | 9/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,615.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,095.00) | 9/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,345.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,805.00) | 9/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (6,115.00) | 9/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (8,490.00) | 9/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,490.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,090.00) | 9/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,990.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,660.00) | 9/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,445.00) | 9/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,255.00) | 9/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92659 | $ (12,475.00) | 9/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,640.00) | 9/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,245.00) | 9/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,065.00) | 10/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

1

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,715.00) | 10/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (13,360.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,145.00) | 10/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,875.00) | 10/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,635.00) | 10/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,620.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,865.00) | 10/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,040.00) | 10/11/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (11,980.00) | 10/12/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,390.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (605.00) | 10/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (4,285.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,900.00) | 10/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (14,535.00) | 10/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,230.00) | 10/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,240.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (900.00) | 10/20/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,145.00) | 10/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (9,465.00) | 10/24/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (10,835.00) | 10/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,690.00) | 10/26/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care - Grossmont | 6136 Lake Murray Blvd., La Mesa, CA  91742 | $ (2,325.00) | 10/27/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,075.00) | 10/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (18,405.00) | 11/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,180.00) | 11/2/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (2,200.00) | 11/3/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,890.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Your Neighborhood Urgent Care, LLC | P.O. Box 8979, Newport Beach, CA 92658 | $ (3,705.00) | 11/4/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92660 | $ (9,005.00) | 11/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92661 | $ (7,150.00) | 11/9/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24061 Camino Del Avion, Dana Point, CA  92629 | $ (6,010.00) | 11/10/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA  90630 | $ (2,180.28) | 11/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24061 Camino Del Avion, Dana Point, CA  92629 | $ (1,298.36) | 11/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care - Eastlake | 2315 Otay Lakes Rd., Chula Vista, CA  91914 | $ (2,005.60) | 11/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care - Grossmont | 6136 Lake Murray Blvd., La Mesa, CA  91742 | $ (3,638.96) | 11/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care - UTC | 4085 Governor Drive, San Diego, CA  92122 | $ (1,820.00) | 11/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Anaheim Hills, Inc. | 5630 E. Santa Ana Canyon Rd., Anaheim, CA  92807 | $ (3,220.00) | 11/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92662 | $ (2,202.83) | 11/18/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care - Anaheim Hills, Inc. | 5630 E. Santa Ana Canyon Rd., Anaheim, CA  92807 | $ (2,223.00) | 11/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92663 | $ (11,470.00) | 11/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24061 Camino Del Avion, Dana Point, CA  92629 | $ (1,859.00) | 11/23/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24061 Camino Del Avion, Dana Point, CA  92629 | $ (106.00) | 11/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Partners Urgent Care - Grossmont | 6136 Lake Murray Blvd., La Mesa, CA  91742 | $ (5,275.00) | 11/25/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24061 Camino Del Avion, Dana Point, CA  92629 | $ (13,100.00) | 11/29/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Hoag Urgent Care – Orange, Inc. | 7630b. E. Chapman Ave., Orange, CA  92869 | $ (25.00) | 12/1/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92664 | $ (15,900.00) | 12/5/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92665 | $ (3,000.00) | 12/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92666 | $ (1,300.00) | 12/6/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92667 | $ (2,600.00) | 12/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92668 | $ (1,885.64) | 12/7/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92669 | $ (1,300.00) | 12/8/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Cypress Urgent Care, Inc. | 6876 Katella Ave., Cypress, CA  90630 | $ (5,700.00) | 12/13/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92670 | $ (250.00) | 12/14/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92671 | $ (5,800.00) | 12/15/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92672 | $ (2,800.00) | 12/16/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92673 | $ (1,500.00) | 12/19/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Laguna Dana Urgent Care Inc. | 24061 Camino Del Avion, Dana Point, CA  92629 | $ (3,200.00) | 12/21/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92674 | $ (7,700.00) | 12/22/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92675 | $ (25,000.00) | 12/28/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92676 | $ (7,700.00) | 12/30/2016 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92677 | $ (6,000.00) | 1/3/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92678 | $ (1,000.00) | 1/3/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92679 | $ (250.00) | 1/3/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92680 | $ (12,700.00) | 1/5/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92681 | $ (3,300.00) | 1/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92682 | $ (3,900.00) | 1/13/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92683 | $ (10,500.00) | 1/18/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92684 | $ (500.00) | 1/18/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92685 | $ (9,400.00) | 1/19/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92686 | $ (1,000.00) | 1/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92687 | $ (22,100.00) | 2/2/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92688 | $ (23,000.00) | 2/15/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92689 | $ (4,298.00) | 2/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92690 | $ (2,600.00) | 2/23/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92691 | $ (10,000.00) | 2/27/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92692 | $ (5,000.00) | 2/28/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92693 | $ (5,000.00) | 3/8/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92694 | $ (7,698.17) | 3/16/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92695 | $ (5,000.00) | 3/17/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92696 | $ (6,000.00) | 3/20/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92697 | $ (5,000.00) | 3/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92698 | $ (7,000.00) | 3/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92699 | $ (3,000.00) | 3/27/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92700 | $ (5,000.00) | 3/29/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92701 | $ (8,000.00) | 3/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92702 | $ (5,000.00) | 4/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (5,000.00) | 4/14/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92703 | $ (5,000.00) | 4/20/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92704 | $ (8,000.00) | 4/25/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92705 | $ (7,000.00) | 4/28/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92706 | $ (5,000.00) | 4/28/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92707 | $ (5,000.00) | 5/17/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92708 | $ (28,000.00) | 5/19/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92709 | $ (33,000.00) | 5/25/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (1,735.75) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (870.22) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92658 | $ (662.25) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92710 | $ (13,464.71) | 6/12/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92711 | $ (1,250.00) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92712 | $ (711.48) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92713 | $ (581.00) | 6/22/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92714 | $ (8,184.97) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

| Name * | Address | Amount of Payment | Date | Reason for Payment |
|---|---|---|---|---|
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92715 | $ (3,029.09) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92716 | $ (1,250.00) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92717 | $ (1,067.89) | 6/26/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92718 | $ (7,156.84) | 7/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92719 | $ (6,250.08) | 7/10/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92720 | $ (7,330.92) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92721 | $ (4,853.36) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92722 | $ (2,719.03) | 7/24/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92723 | $ (1,250.00) | 7/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |
| Radiant Physician Group, Inc. | P.O. Box 8979, Newport Beach, CA 92724 | $ (711.48) | 7/31/2017 | To fund Debtor's payroll and/or Debtor's various other operating expenses |

* In the interest of full disclosure only, the Debtor is identifying the transfers herein.  However, the Debtor reserves all right with respect to whether these transfers were made to insiders within the meaning of
 11 U.S.C. Sec. 101(31). In addition, the Debtor is in the process of engaging a forensic tax accountant to analyze the prior tax returns and financials for each of the Debtors from inception to present.
In the event that this analysis demonstrates that there are additional funds transferred between any of the Debtors and/or affiliated entities, the SOFA will be amended as necessary and appropriate.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Hoag Urgent Care-Tustin, Inc.**      Case No.   **8:17-bk-13077**

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,666.67 |
| Prior to the filing of this statement I have received | $ | 10,000.00 |
| Balance Due | $ | 6,666.67 |

2.   The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **Dr. Robert C. Amster (the balance due was paid post-petition from Dr. Robert C. Amster)**

3.   The source of compensation to be paid to me is:

☐ Debtor    ■ Other (specify):    **Estate funds on a moving forward basis.**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 25, 2017**
*Date*

**/s/ Ashley M. McDow, Esq.**
**Ashley M. McDow, Esq. 245114**
*Signature of Attorney*
**BakerHostetler**
**11601 Wilshire Boulevard, 14th Floor**
**Los Angeles, CA 90025**
**310.820.8800  Fax: 310.820.8859**
**amcdow@bakerlaw.com**
*Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Ashley M. McDow, Esq.**
**11601 Wilshire Boulevard, 14th Floor**
**Los Angeles, CA 90025**
**310.820.8800 Fax: 310.820.8859**
California State Bar Number: **245114**
**amcdow@bakerlaw.com**

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Hoag Urgent Care-Tustin, Inc.**

CASE NO.: **8:17-bk-13077**

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS - FIRST AMENDED

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __52__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **August 25, 2017**

**/s/ Dr. Robert C. Amster**
Sigantrue of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **August 25, 2017**

**/s/ Ashley M. McDow, Esq.**
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Hoag Urgent Care-Tustin, Inc.
P.O. Box 8979
Newport Beach, CA 92658


Ashley M. McDow, Esq.
BakerHostetler
11601 Wilshire Boulevard, 14th Floor
Los Angeles, CA 90025


Abhinesh Sharma
15462 Pasadena Ave. Apt 100
Tustin, CA 92780


Abigail Westbrook
2282 Redwood Drive
Tustin, CA 92782


Absolute Sign Company
4652 Katella Ave
Los Alamitos, CA 90720


Access Medical Management
2325 W. Victory Blvd. Suite #1
Burbank, CA 91506


Access Medical Management
2325 W. Victory Boulevard
SUite 1
Burbank, CA 91506


Action 1st Loss Prevention
32861 Dana Poplar
Dana Point, CA 92629

Admiral Pest Control
 9434 Artesia Blvd.
Bellflower, CA 90706


Admiral Pest Control
9434 Artesia Boulevard
Bellflower, CA 90706


ADOC
600 City Pkywy West
Suite 400
Orange, CA 92868


ADOC Medical Group
600 City Pkywy West
Suite 400
Orange, CA 92868


Adrian Franco
14611 Del Amo Avenue Apt. C
Tustin, CA 92780


Advance Copier Printers
16303 1/2 Piuma Avenue
Cerritos, CA 90703


Advanced Copier Printers
16303 1/2 Piuma Avenue
Cerritos, CA 90703


Aetna
PO Box 14079
Lexington, KY 40512

Aetna
151 Farmington Ave.
Hartford, CT 06156


Aetna
1200 W. 7th Street
Suite 5
Los Angeles, CA 90017


Aetna
6701 Center Drive West
Los Angeles, CA 90045


Aetna
11221 Kensington Road
Los Alamitos, CA 90720


AETNA
P.O. Box 14079
Lexington, KY 40512


AJ Holloway
13151 Brittany Woods Drive
Tustin, CA 92780


Alamito IPA
4909Lakewood Blvd
Suite 200
Lakewood, CA 90712


Alamito IPA
10833 Valley View Street
Suite 300
Cypress, CA 90630

Alfredo Yap
10451 Pranther Ln.
Tustin, CA 92782


Ali Parsaeian MD
22 Stillwater
Newport Coast, CA 92657


Alicia Bolden
13411 Montecito
Tustin, CA 92782


All Medical Personnel, LLC
Att: Ray Iturrioz
4000 Hollywood Blvd, Ste. 600N
Hollywood, FL 33021


All Medical Personnel, LLC
Attention Ray Iturrioz
4000 Hollywood Boulevard
Suite 600N
Hollywood, FL 33021


Alliance Physicians Medical Group
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Allied Benefits Systems
200 West Adams Street
Suite 500
Chicago, IL 60606


ALLIED PHYS MEDICAL GROUP
1680 S. Garfield Ave.
Alhambra, CA 91801

Altius Healthcare
1151 Iron Springs Road
Suite D
Prescott, AZ 86305


Altius Healthcare
10421 S. Jordan Gtwy
South Jordan, UT 84095


Amanda Schafenacker
181 S. Lewis, Street Apt. 302
Orange, CA 92868


AMS - American Medical Security
3100 Ams Blvd.
Green Bay, WI 54313


AMS - American Medical Security
818 W 7th Street
Suite 930
Los Angeles, CA 90017


AMVA Group Health
1931 North Meacham Road
Suite 100
Schaumburg, IL 60173


AMVI Prospect Medical Group
400 Corporate Pointe
Culver City, CA 90230


Amy Martinez
1414 Oakpoint Ave.
Chula Vista, CA 91913

Angela Corning
993 Iron Horse Drive
San Marcos, CA 92078


Angela Salas
1825 W. Chalet Avenue
Anaheim, CA 92804


ANGELES IPA
1600 Corporate Center Drive
Monterey Park, CA 91754


Angelus Medical & Optical Co. Inc.
13007 S. Western Avenue
Gardena, CA 90249


Anita Damodaran MD
711 Afton Court
Redlands, CA 92374


Anthem Blue Cross
PO Box 92420
Cleveland, OH 44193


Anthem Blue Cross
Workers Compensation Contracting
21555 Oxnard Street
Woodland Hills, CA 91367


Applecare Medical Group
10800 Paramount Blvd.
Downey, CA 90241

Applecare Medical Management
18 Centerpointe Drive
La Palma, CA 90623


Arizona Foundation For Medical Care
326 E. Coronado Road
# 201
Phoenix, AZ 85004


ARTA
1629 W 17th Street
Ste. B
Santa Ana, CA 92706


ARTA
1665 Scenic Ave
Suite 100
Costa Mesa, CA 92626


Arta Health Network, APMC
Attn: Contracting Prov. Relations
3333 Michelson Drive, Suite 735
Irvine, CA 92612


Arta Western Medical Group, Inc.
Attn: Contracting/Prov. Relations
3333 Michelson Drive, Suite 735
Irvine, CA 92612


Ashley M. McDow, Esq.
Baker & Hostetler LLP
11601 Wilshire Boulevard
Suite 1400
Los Angeles, CA 90025


Askhan Sefaradi
1426 S. Cardiff Ave.
Los Angeles, CA 90035

ATC Healthcare Services, Inc.
75 Remittance Drive Dept 6773
Chicago, IL 60675-6773


ATC Healthcare Services, Inc.
75 Remittance Dr.
Dept 6773
Chicago, IL 60675-6773


Aurora Esquivel
108 Gallery Way
Tustin, CA 92782


Austin Lowry
10115 Silbite Ave
Fountain Valley, CA 92708


Bakulbhai Patel
331 Las Palmas Dr
Irvine, CA 92602


Balboa Capital
575 Anton Blvd., 12th Floor
Costa Mesa, CA 92626


Balboa Capital
575 Anton Boulevard
12th Floor
Costa Mesa, CA 92626


Balboa Capital
575 Anton Blvd, 12th Floor
Costa Mesa, CA 92626

Banyan International Corporation
2118 E Interstate 20, PO Box 1779
Abiline, TX 79604


Barret Smith
12032 Theta Rd.
Santa Ana, CA 92705


Beech Street Network
25500 Commercentre Dr.
Lake Forest, CA 92630


Bellvs Aesthetic and Weight Loss Center
14591 Newport Ave Suite 106
Tustin, CA 92780


Benelect
5429 Avernida de Los Robles
Visalia, CA 93291


Berrett Pest Management
3305 E Miraloma #173 Ave
Anaheim, CA 92806


Beth Bergstedt
2918 Player Ln
Tustin, CA 92782


Bikash Devaraj
330 Cordova St.Apt #305
Pasadena, CA 91101

Blue Cross
PO Box 60007
Los Angeles, CA 90060


Blue Cross
409 S. Glendale Ave.
Glendale, CA 91205


Blue Cross
P.O. Box 60007
Los Angeles, CA 90060


Blue Cross Covered California
21555 Oxnard Street
Woodland Hills, CA 91367


Blue Cross Covered California
5260 N. Palm Ave.
Suite 215
Fresno, CA 93704


Blue Cross Of Blue Shield Pathway Tiered
801 Franklin Street
Oakland, CA 94607


Blue Shield
5250 N. Palm Ave
Suite 120
Fresno, CA 93704


Blue Shield
5250 N. Palm Ave.
Suite 120
Fresno, CA 93704

Brett Braman
11 Elizabeth Lane
Irvine, CA 92602


Brian Rocha
515 Monte Vista
Irvine, CA 92602


Bristol Park Medical Goup
11420 Warner Avenue
Ste. 110
Fountain Valley, CA 92708


Bristol Park Medical Group
250 E. Yale Loop
Irvine, CA 92604


Britnae Jensen
829 St Vincent
Irvine, CA 92618


Brookshire IPA
10833 Valley View Street
Suite 300
Cypress, CA 90630


BSN Medical Inc
PO Box 751766
Charlotte, NC 28275


Buchalter, a Prof. Corporation
Attention: Barry A. Smith
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA 90017-2457

Buena Park Chamber of Commerce
6601 Beach Boulevard
Buena Park, CA 90621


Byron Watson
850 Monte Vista
Irvine, CA 92602


Cal Optima
505 City Pkwy West
Orange, CA 92868


Cal Optima Care Network
505 City Pkwy West
Orange, CA 92868


California Department of Public Health A
P.O. Box 997376
Sacramento, CA 95899


California Field Ironworkers Trust Fund
131 N. El Molino Ave.
Suite 330
Pasadena, CA 91101


CalOptima Direct
505 City Pkwy West
Orange, CA 92868


CAP MPT
333 S. Hope St, 8th Floor
Los Angels, CA 90071

Care More Medical Group
303 S, Union Ave
Los Angeles, CA 90017


Care More Medical Group
12900 Park Plaza Dr.
Suite 150
Cerritos, CA 90703


Care More Medical Group
3513 E. 1st St.
Los Angeles, CA 90063


Care More Medical Group
908 S. Central Ave.
Glendale, CA 91204


Care More Medical Group
303 S, Union Ave.
Los Angeles, CA 90017


Casey Lin
2800 Keller Drive Apt. 104
Tustin, CA 92782


Cassandra Fraulino
30 Brookhollow
Irvine, CA 92602


Central Drug System
16560 Harbor Blvd., Ste A
Fountain Valley, CA 92708

Central Drug System
16560 Harbor Boulevard
Suite A
Fountain Valley, CA 92708


Chad Archer
1923 Via Pimpollo
San Clemente, CA 92673


CHAMPVA Supplemental Insurance
11000 Wilshire Blvd.
Los Angeles, CA 90024


Chandra Rocha
515 Monte Vista
Irvine, CA 92602


Children Hospital of Orange County
1201 La Veta
Orange, CA 92868


Chineryl Simon
148 Clearbrook Irvine
Irvine, CA 92614


Chloe Mahjoub
1201 Fairhaven Avenue Apt 14K
Santa Ana, CA 92705


Choice Health Med & Animal Sciences West
PO Box 790448
St Louis, MO 63179

Chole Wong
2133 Whispering Trl Irvine
Irvine, CA 92602


Christine Dardant
626 Wycliffe
Irvine, CA 92602


Christopher Anderson
2331 E. Santa Clara Ave. Apt. 31C
Santa Ana, CA 92705


Cigna
400 N. Brand Blvd
Glendale, CA 91203


Cigna
900 Cottage Grove Rd.
Bloomfield, CT 06002


Cigna
400 N. Brand Blvd.
Glendale, CA 91203


City of Cypress
5275 Orange Avenue
Cypress, CA 90630


City of Tustin Tustin Police Department
Alarms 300 Centennial Way
Tustin, CA 92780

Clarkestone Research
11539 Trailway Drive
Riverside, CA 92505


Classic Ride Designs
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Clavel Enterprises c/o Jassmine Clavel
PO Box 1168
Monrovia, CA 91017


CLIA Laboratory Program
PO Box 530882
Atlanta, GA 30353


Clifford Simon
148 Clearbrook Irvine
Irvine, CA 92614


Clockwise MD Lightshed Healthcare Techno
554 North Avenue NW Suite E
Atlanta, GA 30318


Coast Heathcare Management
10833 Valley View Street
Suite 300
Cypress, CA 90630


Coast Heathcare Management
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712

Coast Heathcare Management
3300 E. South Street
Lakewood, CA 90805


Connie Yoakum
2480 Irvine Blvd.
Tustin, CA 92782


Consolidated Medical Bio-Analysis
11215 Knott Ave. Cypress
Cypress, CA 90630


Consolidated Medical Bio-Analysis
11215 Knott Avenue
Cypress, CA 90630


Continental Maintenance, Inc.
13318 Mapledale Street
Norwalk, CA 90650


CoreSource
400 Field Drive
Lake Forest, IL 60045


Cornman and Swartz
PO Box 7789
Newport Beach, CA 92658


CorVel Healthcare Corporation
CorVel Corporation
2355 Gold Meadow Drive, Suite 100
Gold River, CA 95670

Coventry Health
6705 Rockledge Dr.
Bethseda, MD 20817


Coventry Health Care
2200 W, Orangewood Ave.
Orange, CA 92868


Covered California Blue Cross
8726 S. Sepulveda Blvd.
Los Angeles, CA 90045


Cox Communications
P.O. Box 53280
Phoenix, AZ 85072


Cox Communications
PO Box 83280
Phoenix, AZ 85072


Cryo Specialties
13335 Shawnee Rd
Apple Valley, CA 92308


Culinary Health Fund
1901 Las Vegas Blvd., S
Suite 107
Las Vegas, NV 89104


Culligan of Santa Ana Lockbox Processing
P.O. Box 2903
Wichita, KS 67201

Cypress Chamber of Commerce
5550 Cerritos Ave Ste D
Cypress, CA 90630


D&Y Staffing
PO Box 635715
Cincinnati, OH 45263


Daniel Nahabedian
1411 Cameo Dr.
Tustin, CA 92780


Daniel Tinoco
12292 Firebrand Street
Garden Grove, CA 92840


Danielle Follweiler
3332 Florista Street
Los Alamitos, CA 90720


Danielle Lee
PO Box 940393
Simi Valley, CA 93094


Dasey M. Gonzalez
13213 Magnolia Street, #H4
Garden Grove, CA 92844


David Bowman
26701 Brandon
Mission Viejo, CA 92692

Dawei Lee
70 Montrose
Irvine, CA 92620


Dean Health Plan
1277 Deming Way
Madison, WI 53717


Delta Health Systems
3244 Brookside Road
Stockton, CA 95219


Delta Locums
1755 Wittington Place
Dallas, TX 75234


Demiana Markos
3100 Park Ave.
Tustin, CA 92782


Dennis Loi
18 Copper Leaf
Irvine, CA 92602


DHS Security
PO Box 4335
Costa Mesa, CA 92626


Diana Rovano
16152 Santa Barbara Ln.
Huntington Beach, CA 92649

Doug Schan
1521 Cameo St.
Santa Ana, CA 92705


Dr. Pravin Shaw Inc.
11301 Spectrum
Irvine, CA 92618


Dr. Robert C. Amster
32 Drakes Bay Drive
Corona Del Mar, CA


Dr. Robert C. Amster
32 Drakes Bay Drive
Corona De. Mar


Dr. Woodrow P. Wilson MD
26800 Crown Valley Pkwy Ste 150
Mission Viejo, CA 92691


EBA & M
3505 Cadillac Ave., O-201
Costa Mesa, CA 92626


EBA&M
3505 Cadillac Ave., O-201
Costa Mesa, CA 92626


Edgar Baruch
606 Cypress Ave
Santa Ana, CA 92701

Edinger Medical Group
9900 Talbert Ave.
Fountain Valley, CA 92708


Electronic Network Systems
Dept 1078
Denver, CO 80256


Elizabeth S Levin
1011 4th St Apt 311
Santa Monica, CA 90403


Ellen Graham
2332 Ana Tree Pl.
Tustin, CA 92780


Emerald Giron
15672 Pasadena Ave.
Tustin, CA 92780


Emil Echiverri
640 Estancia
Irvine, CA 92602


EOS USA
700 Longwater Drive
Norwell, MA 02061


Eric Hargis
416 Santa Barbara
Irvine, CA 92606

Erika Yoshizawa
15209 Byron Way
Tustin, CA 92782


Ernie Vences
13224 Newport Avenue #21B
Tustin, CA 92780


eScreen
PO Box 841358
Dallas, TX 75284


Exchange Bank
PO Box 760
Santa Rosa, CA 95402


Fallon Community Health Plan
10 Chestnut St.
Worcester, MA 01608


Family Choice
1036 N. Lake Street
Burbank, CA 91502


Farzin Mohtadi
26712 Sierra Vista
Mission Viejo, CA 92692


Faye Amster
32 Drakes Bay Drive
Corona Del Mar, CA 92625

Fire Doctor Extinguisher Company
13656 #B Red Hill Ave.
Tustin, CA 92780


Fire Doctor Extinguisher Company
13656 #B Red HIll Avenue
Tustin, CA 92780


First Health
6450 US Highway 1
Rockledge, FL 32955


First Star Capital
3050 Citrus Circle Ste 222
Walnut Creek, CA 94598


Fountain Valley IPA
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Fountain Valley IPA
818 W. 7th Street
Suite 930
Los Angeles, CA 90017


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257


Francisco Hernandez
14531 Countrywood Ln.
Irvine, CA 92604

Freedom Imaging, Inc.
1401 Ball Rd., Suite E
Anaheim, CA 92805


Freedom Imaging, Inc.
1401 Ball Road
Suite E
Anaheim, CA 92805


Garden Grove Chamber of Commerce
12866 Main Street Ste 102
Garden Grove, CA 92840


Gary Hilseth
13632 Falmouth Drive
Tustin, CA 92780


Gateway Medical Group
710 N. Euclid Street
Anaheim, CA 92801


Gavin Landry
1572 Lance Drive
Tustin, CA 92780


GEHA
17306 E. Us Highway 24
Independence, MO 64056


Geneive Echiverri
640 Estancia
Irvine, CA 92602

George Soliman MD
625 Payette Circle
Corona, CA 92881


Gerald Dimmerling
215 South Prospect Ave. Lot D
Tustin, CA 92780


Golden Rule Insurance Company
1028 Pelican St.
Effingham, IL 62401


Golden State Water Company
PO Box 9016
San Dimas, CA 91773


GRaM X-RAY Inc
7350 Melrose Street
Buena Park, CA 90621


Grant Tambara
256 Las Palmas Drive I
Irvine, CA 92602


Great West Life & Anuuity Insurance Co.
8515 East Orchard Road
Greenwood Village, CO 80111


Great-West Healthcare
6909 E. Greenway Pkwy
Suite 180
Scottsdale, AZ 85254

Greater Newport Physcian
330 Placentia Ave.
Newport Beach, CA 92663


GREATER NEWPORT PHYSICIANS
330 Placentia Ave.
Newport Beach, CA 92663


Gregory Marquis
9722 Ravenscroft Rd
Santa Ana, CA 92705


Grishma Dhanani
640 Las Palmas Dr.
Irvine, CA 92602


Guardian
PO Box 95101
Chicago, IL 60694


Hall & Company
111 Pacifica, Ste 300
Irvine, CA 92618


Hall & Company
111 Pacifica
Suite 300
Irvine, CA 92618


Hamza Drebi
1446 Lexington Street
Tustin, CA 92782

Harris Medical Associates
1180 Satellite Blvd.
Suite 200
Suwanee, GA 30024


Harvard Pilgrim Healthcare
93 Worcester St.
Wellesley, MA 02481


Health America
3721 Texport Dr.
Harrisburg, PA 17106


Health Care Partners
2175 Park Place
El Segundo, CA 90245


Health EOS (EOS USA Headquarters)
10971 Sun Center Drive
Rancho Cordova, CA 95670


Health Net
21650 Oxnard St.
Woodland Hills, CA 91367


Health Net of California
Health Net, Inc.
Direct Network Contracting
180 Grand Avenue
Oakland, CA 94612


Health Plus
3561 Howard Avenue
Suite 205
Los Alamitos, CA 90720

Health Smart
222 West Las Colinas Blvd.
Irving, TX 75039


Health Spring
530 Great Circle Rd
Nashiville, TN 37228


Health Spring
530 Great Circle Rd.
Nashiville, TN 37228


HealthComp Inc.
191 E. Barstow Ave.
Fresno, CA 93710


Healthways Medical Group
6518 Greenleaf Ave.
Suite 250
Whittier, CA 90601


Heather Smith
13402 Heritage way Apt 842
Tustin, CA 92782


Hector Hernandez
18532 10th Street
Bloomington, CA 92316


HemoCue, Inc.
PO Box 951741
Dallas, TX 75395

Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424


HMWC CPAs & Business Advisors
17501 East 17th St Ste 100 Tustin
CA, CA 92780


Hoag Urgent Care - Anaheim Hills
5630 E Santa Ana Canyon Road
Anaheim, CA 92807


Hoag Urgent Care - Anaheim Hills
5630 E. Santa Ana Canyon Rd.
Anaheim, CA 92807


Hoag Urgent Care - Huntington Harbo
5355 Warner Avenue
#102
Huntington Beach, CA 92649


Hoag Urgent Care - Orange, Inc.
7630b E Chapman Avenue
Orange, CA 92869


Hoag Urgent Care - Tustin, Inc.
PO Box 8979
Newport Beach, CA 92658


Hoag Urgent Care - Orange, Inc.
7630b. E. Chapman Ave.
Orange, CA 92869

Hoag Urgent Care-Huntington Harbor
5355 Warner Ave. #102
Huntington Beach, CA 92649


Humana
500 W. Main Street
Louisville, KY 40202


Humana Choicecare
500 W. Main Street
Louisville, KY 40202


Hustin Hackett
15508 Orchid Ave Tustin
CA, CA 92782


Idearc Media LLC
ATTN: ACCT RECEIVABLE DEPARTMENT
PO Box 619009
DFW Airport, TX 75261


Ilora Booth
13481 Tustin East Dr. Apt. 114
Tustin, CA 92780


ILWI
1188 Franklin Street
San Francisco, CA 94109


ILWU-PMA Benefit Plans
1188 Franklin Street
San Francisco, CA 94109

Inna Dontsova
2355 Sunningdale Dr.
Tustin, CA 92782


Integrity Healthcare Locums, LLC
P.O. Box 823424
Philadelphia, PA 19182-3424


Integrity Healthcare Locums, LLC
PO BOx 823424
Philadelphia, PA 19182-3424


Irving Luna
2628 W. Carlton Pl.
Santa Ana, CA 92704


J1 MAC - Palmetto GBA Part B Account Rec
PO Box 250
Augusta, GA 30903


Jacqueline Vega
8571 Pyle Way
Midway City, CA 92655


James Shrader
4 Pomelo
Rancho Santa Margarita, CA 92688


Jan Bickel
1131 Castlegate Ln
Santa Ana, CA 92705

Jane McGuire
125 Cartier Aisle
Irvine, CA 92620


Jarrett Dawson
1145 E 1st St.
Tustin, CA 92780


Jasmine Kuzuk
12841 Melody Dr.
Garden Grove, CA 92841


Jason Hackett
15508 Orchid Avenue
Tustin, CA 92782


Javaid Noorzad DO
P.O. Box 16292
Long Beach, CA 90806


Jeanett Segal MD Peribios Inc.
PO Box 344
San Marcos, CA 92079


Jeanie Bauer
603 S Chip Wood St.
Orange, CA 92869


Jeffrey Sudeith
1 Rapallo
Irvine, CA 92414

Jennifer Amster
822 E Lomita Avenue
Orange, CA 92867


Jennifer Cassle
1555 Mesa Verde Drive East Apt. 42C
Costa Mesa, CA 92626


Jennifer Doumas
6621 MacArthur Drive
Lemon Grove, CA 91945


Jennifer Gormly
8205 E Candleberry Cir
Orange, CA 92869


Jessica Hyder
13651 Jenet Cir.
Santa Ana, CA 92705


Jessica Stokes
12862 Ranchwood Rd
Santa Ana, CA 92705


Jillian Piper
2942 North Sandy Beach Drive
Bay City, MI 48706


Jim Moat
435 W. 6th Street
Tustin, CA 92780

Jim Seraj
24881 Alicia Parkway
#E253
Laguna Hills, CA 92653


Joel Peng
13208 Myford Rd. Apt 306
Tustin, CA 92782


Johanna Garcia
661 W 6th St. Apt D
Tustin, CA 92780


John Kim
613 Legacy Drive
Brea, CA 92821


John P. Anderson, MD Inc.
4812 Oceanridge Dr
Huntington Beach, CA 92649


John Suarez
4388 Rainer Way, Apt. G
Oceanside, CA 92058


John Zhao
24 Cassidy
Irvine, CA 92620


Joline Tilly
340 Ashton Drive
Laguna Beah, CA 92651

Jonathan Cohn
2495 Hannford Drive
Tustin, CA 92782


Jonathan Sorci M.D.
33 Carriage Hill Lane
Laguna Hills, CA 92653


Joseph Ng
1702 S Varna Street
Anaheim, CA 92804


Joseph Sambito
23 Modesto
Irvine, CA 92602


Juan Carlos Raguindin
19525 Georgina Circle
Cerritos, CA 90703


Julie Tiffany
4 Monroe
Irvine, CA 92620


Just In Time Plumbing
2125 Sherington Place Unit C304
Newport Beach, CA 92663


Justin Hackett
15508 Orchid Ave
Tustin, CA 92782

Justin Ware
15842 Norwich Circle
Westminister, CA 92683


Kahesha Franklin MD
6316 City Lights Drive
Aliso Viejo, CA 92656


Karen Reed
18791 Oak Ridge Dr.
Santa Ana, CA 92705


Kaur Harpreet
421 S Hill St.
Orange, CA 92869


Kenneth A. Hammonds MD
27960 Cabot Rd #412
Laguna Niguel, CA 92677


Kent R. Lehnhof
12912 Hickory Branch Road
Santa Ana, CA 92705


Kevin H.
1240 E. Ontario Ave.,
Suite 102-170
Corona, CA 92881


Kim Waldman
2410 Calle Alcorisa
Tustin, CA 92782

Kimberly Weisman
13542 Navajo
Tustin, CA 92782


Kims Consults c/o David Bowman
26701 Brandon
Mission Viejo, CA 92692


Kirsten Fick
8 Malaquita
Trabuco Canyon, CA 92679


Krista Fosmire
14552 Mango Avenue
Irvine, CA 92606


Kristen Bui
1442 Faren Dr.
Santa Ana, CA 92705


Kristen Entringer
13922 Tustin East Dr. Apt 2
Tustin, CA 92780


Kristin Walsh
Walsh Consulting, Inc.
46 Serenity
Irvine, CA 92618


Kristina Ricks
106 Summer Lilac
Irvine, CA 92620

Kumar Gandhi
24631 Acropolis Drive
Mission Viejo, CA 92691


Kylee Lucas
1330 East Balsam
Anaheim, CA 92805


LAACC
3231 Katella Avenue
Los Alamitos, CA 90720


Laborers Health and Welfare Trust Fund
1001 Westside Dr.
San Ramon, CA 94583


Lakewood IPA
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Lakewood IPA, Alamitos IPA,
St. Mary IPA & Brookshire IPA
4909 Lakewood Blvd., Suite 200
Lakewood, CA 90712


Laura Burnett
19 Calais
Irvine, CA 92602


Linda Miller
2590 Schooley Dr.
Tustin, CA 92782

Lisa Canales
17 Santa Maria
Foothill Ranch, CA 92620


Lori Strawn
1401 Reisig Road
Saginaw, MI 48604


Los Alamitos IPA
4909 Lakewood Blvd.
Ste. 200
Lakewood, CA 90712


Los Angeles Magazine
PO Box 421929
Palm Coast, FL 32142


Lynette Lewis
27 Monument Place
Irvine, CA 92602


Macklyn Flannery
16662 Townhouse Drive
Tustin, CA 92780


Maimoona Saleem
1428 Contessa
Irvine, CA 92620


Maksin Management
2 Aquarius Drive
Suite 200
Camden, NJ 08103

Marc Stretten MD
500 W. Graham Ave. #81
Lake Elsinore, CA 92531


Marcela Rangel
PO Box 4608
Downey, CA 90241


Maria F. Julian
2893 Executive Park Dr. Suite 201
Weston, FL 33331


Marilyn Egler
25721 Paseo Colonial
San Juan Capistrano, CA 92675


Marissa Munoz
2020 W. Alameda Ave.,
Apt. 16
Anaheim, CA 92801


Mark Kawanami
27 Trailwood
Irvine, CA 92620


Martin Lujan
3972 Cedron St.
Irvine, CA 92606


Marvin C. Prichard MD Inc.
425 Panama Ave
Long Beach, CA 90614

```
Mary Nguyen-Nodelman
300 S Dual St #612
Tallahasse, FL 32301


Matthew Abinante DO MPH
613 Amber Drive
Huntington Beach, CA 92648


Medi-Cal
820 Stillwater Road
West Sacramento, CA 95605


MEDICA Healthcare
PO Box 56-6596
Miami, FL 33256


MEDICA Healthcare
9100 S. Dadeland Blvd.
Suite 1250
Miami, FL 33156


MEDICA Healthcare
P.O. Box 56-6596
Miami, FL 33256


Medical
5665 South Westridge Drive
New Berlin, WC 53151


Medical Board of California Department o
PO Box 942520
Sacramento, CA 94258
```

Medical Under Prospect
3415 S. Sepulveda Blvd.
9th Floor
Los Angeles, CA 90034


Medicare
440 E. Middlefield Road
Mountain View, CA 94043


Medicare - CMS Headquarters
7500 Security Blvd.
Baltimore, MD 21244


Medicare Railroad
844 North Rush Street
Chicago, IL 60611


Medline
Dept LA 21558
Pasadena, CA 91185


Medline
Dept. LA 21558
Pasadena, CA 91185


Mehrdad Salimkhanian MD
27380 Morro Drive
Mission Viejo, CA 92629


Melissa Garcia
1800 South Broadway, #216
Santa Ana, CA 92707

Memorial Care
17360 Brookhurst Street
#160
Fountain Valley, CA 92708


Meridian Building Maintenance
4220 Park Newport Ste 410
Newport Beach, CA 92658


Meritain Health
1405 Xenium Lane North
Suite 140
Minneapolis, MN 55441


Meritan Health
5734 W Beechwood Ave
Fresno, CA 93722


Meritan Health
5734 W Beechwood Ave.
Fresno, CA 93722


Michael J. Farrell
6 Goodwill Court
Newport Beach, CA 92663


Michelle Kravik
4021 Vermillion Ct
Yorba Linda, CA 92886


Mid West Insurance Company
PO Box 9560
Spingfield, IL 62791

Mid West National Life Insurance
PO Box 982010
North Richland, TX 76182


Mid West National Life Insurance
P.O. Box 982010
North Richland, TX 76182


Minuteman Plumbing & Drain Services
P.O. Box 4983
Garden Grove, CA 92842


Minuteman Plumbing & Drain Services
PO Box 4983
Garden Grove, CA 92842


Mission Heritage
26800 Crown Valley Pkwy
Mission Viejo, CA 92691


Mission Hospital Affiliated Physicians
26732 Crown Valley Pkwy
Suite 261
Mission Viejo, CA 92691


Mission Recruiting, LLC
3020 Saturn Street, Ste. 201
Brea, CA 92821


Mission Recruiting, LLC
3020 Saturn Street
SUite 201
Brea, CA 92821

MKH Electronics Inc
17421 Parker Drive
Tustin, CA 92780


Monarch Healthcare
11 Technology Drive
Irvine, CA 92618


Monarch Med Group
11 Technology Dr.
Irvine, CA 92618


Monarch Med Group
3700 South Street Town Suburb City
Lakewood, CA 90712


MultiPlan
115 Fifth Avenue
New York, NY 10003


MVP Healthcare
625 State Street PO Box 2207
Schenectady, NY 12301


MVP Healthcare
625 State Street
P.O. Box 2207
Schenectady, NY 12301


My Community Care
205 Bishops Way
Brookefield, WI 53005

Nahid Nazari
210 Lille Lane Unit #118
Newport Beach, CA 92663


Nancy Plamann
2932 N. Glassell St.
Orange, CA 92865


Nasiri, Inc.
464 Sonora Circle
Redlands, CA 92373


Neil Cayabyab
127 Confederation Way
Irvine, CA 92603


Newport Business Interiors
4100 Campus Dr Ste 150
Newport Beach, CA 92660


Newport Healthcare Center LLC
1800 Quail Street
Suite 100
Newport Beach, CA 92660


Newport Healthcare Center LLC
Attention: Sandy Smith
One Hoag Drive
P.O. Box 6100
Newport Beach, CA 92658-6100


Newport Healthcare Center, LLC
1 Hoag Drive
Newport Beach, CA 92663

Nicastro & Associates, P.C.
2 Park Plaza, Suite 650
Irvine, CA 92614


Nick Doshi
23 Delano
Irvine, CA 92602


Nicole Shokralla
1422 Mayfield Way
Tustin, CA 92782


Nippon Life Insurance
515 S. Figueroa Street
Suite 1470
Los Angeles, CA 90071


Niu Hong
2993 Penman Tustin
Tustin, CA 92782


Noah Sharpe
2291 Coco Palm Dr.
Tustin, CA 92780


Noble AMA IPA / Noble Mid Orange County
PO Box 4909
Oceanside, CA 92052


Noble Community Medical Associates, Inc.
1855 Business Center Drive
Suite C
Cypress, CA 90630

Noble Mid Orange County Med Group
c/o Healthsmart MSO, Inc. 10855 Business
Suite C
Cypress, CA 90630


Noble Mid Orange County Med Group
c/o Healthsmart MSO, Inc.
10855 Business
Suite C
Cypress, CA 90630


Norma Jimerson
14602 Oak Ave
Irvine, CA 92606


Nour and Oraha Medical Corporation
17 Collingwood
Aliso Viejo, CA 92656


Nuestra Familia Medical Group
10780 Santa Monica Blvd
Los Angeles, CA 90025


OCPIPA (Healthsmart Management Services
20411 SW Birch Street
Suite 200
Newport Beach, CA 92660


OCPIPA (Healthsmart Management Services
10855 Business Ctr. Dr.
Suite C
Cypress, CA 90630


Office Ally Payment Center
PO Box 28090
Portland, OR 97228

Olga LeClercq
1830 N. Ridgewood St.
Orange, CA 92865


Onnig Panosian
23702 Bower Cascade Place
Diamond Bar, CA 91765


Optum
11000 Optum Circle
Eden Prairie, MN 55344


Opus Bank
19900 MacArthur Blvd.,
12th Floor
Irvine, CA 92612


Opus Bank
19900 MacArthur Boulevard
12 Floor
Los Angeles, CA 90017-2457


Opus Bank
Attention: Barry Smith
1000 Wilshire Boulevard, Suite 1500
12th Floor
Los Angeles, CA 90017-2457


Orange County Health Care Agency Environ
1241 East Dyer Road Suite 120
Santa Ana, CA 92705


Orange County Register Communications
PO Box 7154
Pasadena, CA 91109

Orange County Treasurer - Tax Collector
PO Box 1438
Santa Ana, CA 92702


Oscar Insurance Agency
4846 Huntington Dr.
Los Angeles, CA 90032


Oscar Insurance Corporation
295 Lafayette Street
New York, NY 10012


Pacific Care Health System
5701 Katella Ave.
Cypress, CA 90630


Pacific Carpet and Tile Cleaning
13192 Marshall Lane
Tustin, CA 92780


Pacific Enterprise Bank
17748 Skypark Circle, #100
Irvine, CA 92614


Pacific Payroll
25521 Earhart Rd
Laguna Hills, CA 92653


Partners Urgent Care - UTC
4085 Governor Drive
San Diego, CA 92122

Patrica Johnson
1545 Wyndham Court Rd
Santa Ana, CA 92705


Patricia Lopez
12207 Payton
Irvine, CA 92620


PCIP-Pre Existing Condition Insurance Pl
401 Edgewater Place
Suite 600
Wakefield, MA 01880


PDRx Pharmaceuticals Inc.
P.O. Box 960149
Oklahoma City, OK 73196


Perez Building Services
3166 Bonita Road Unit 131
Chula Vista, CA 91910


Perry B Sheidayi DO Professional Corpora
39 Bonita Vista
Foothill Ranch, CA 92610


Personal Insurance Administrators
30401 Agoura Rd
Suite 250
Agoura Hills, CA 91301


Personal Insurance Administrators
30401 Agoura Rd.
Suite 250
Agoura Hills, CA 91301

PHCS - Private HealthCare Systems, Inc.
9701 W. Higgins Rd.
Suite 700
Rosemont, IL 60018


Physician Assistant Solutions
37307 Fiore Trail
Clinton Twp, MI 48038


Physicians Healthways (Central Health MS
1055 Park View Dr.
Suite 119
Covina, CA 91724


Pinnacle Claims Management
15525 Sand Canyon Ave
Irvine, CA 92618


Pinnacle Claims Management
15525 Sand Canyon Ave.
Irvine, CA 92618


Pioneer IPA
17777 Center Court Drive
Suite 400
Cerritos, CA 90703


Pitney Bowes Inc
PO BOX 856390
Louisville, KY 40285


Poonam Dalal
58 Linhaven
Irvine, CA 92602

Preferred Pharmaceuticals
1250 N Lakeview Ave Unit O
Anaheim, CA 92807


Presbysterian Health
9521 San Mateo Blvd. NE
Albuquerque, NM 87113


Primary Provider Management
511 S. Joy Street
Corona, CA 92879


Primary Provider Management
2155 Compton Ave.
Corona, CA 92881


Principal Life
711 High Street
Des Moines, IA 50392


ProCPR, LLC
5005 Plainfield Ave NE Ste B
Grand Rapids, MI 49525


Professionals in Workers' Compensation
11801 Pierce St 2nd Floor
Riverside, CA 92505


Promesa Health
1100 S. San Pedro St.
Suite D05
Los Angeles, CA 90015

Prospect Medical Group
400 Corporate Pointe
Culver City, CA 90230


Prospect Medical Holdings, Inc.
3415 S. Sepulveda Blvd.
Fl. 9
Los Angeles, CA 90034


Providence Health System
14051 Paramount Blvd.
Paramount, CA 90723


Provider Healthcare LLC
4252 South Highland Drive
Suite 104
Salt Lake City, UT 84124


Provider Healthcare, LLC
4252 South Highland Drive
Suite 104
Salt Lake City, UT 84124


Provider Locum Tenens
7460 Warren Pkwy, #100
Frisco, TX 75034


PSS World Medical, Inc.
P.O. Box 749499
Los Angeles, CA 90074-9499


Qiongyan Yue
27 Tangerine
Irvine, CA 92618

Quality Electrical Services
2940 Grace Lane, Unit C
Costa Mesa, CA 92626


Rabina Shaheen
19451 Cleveland Bay Lane
Yorba Linda, CA 92886


Rachael Labazio
13224 Newport Ave. Apt. 19B
Tustin, CA 92780


Radiant Physician Group, Inc.
18231 Irvine Blvd., Ste. 204
Tustin, CA 92780


Radiation Detection Company, Inc.
3527 Snead Drive
Georgetown, TX 78626


Ram Natarajan
16 Cool Brk
Irvine, CA 92603


Ramon Alejandre
315 W. Lincoln #57
Orange, CA 92865


Ranya Alexander
13205 Denara Rd
San Diego, CA 92130

Razan Ammari
2074 El Arbolita Drive
Glendale, CA 91208


Regal Medical Group
PO Box 371330
Reseda, CA 91337


Renato Layng
16007 Legacy Road Apt. #105
Tustin, CA 92782


Reserve Account
PO Box 856056
Louisville, KY 40285


Rexford Angkahan
6522 Mt. Palomar Drive
Buena Park, CA 90620


Rhino Medical Services
2000 S. Lamar Blvd.
Suite 250
Arlington, TX 76006


Richard Crandall III
6523 Via Fresco
Anaheim Hills, CA 92807


Richard Hikida
6 Garden Gate Ln.
Irvine, CA 92620

Robert Estrada
26 Farragut
Irvine, CA 92620


Robert Mao
14851 Brideport Rd.
Tustin, CA 92780


Robert Myslin
722 Riverside Drive
Oceanside, CA 92058


Robert Pettis MD
31862 S Coast Hwy Suite 302
Laguna Beach, CA 92651


Robila Ashfaq  MD Inc.
20 Dinuba
Irvine, CA 92602


Rodger Peden
1414 Valencia Ave
Tustin, CA 92782


Ronald Wannenmacher
26 Carriage Drive
Irvine, CA 92602


Rubin Lin
10212 Monaco Drive
Rancho Cucamonga, CA 91737

Rx Security
1200 N Federal Hwy Suite 200, #50-1
Boca Raton, FL 33432


RX Security
1200 N Federal Highway
Suite 200 #50-1
Boca Raton, FL 33432


Saddleback Shredding
PO Box 34-B
Balboa Island, CA 92662


Safeguard
12610 Park Plaza Drive, Suite 100
Cerritos, CA 90703


Saigon Med Group, Inc.
10855 Business Ctr. Dr.
Cypress, CA 90630


Sameh Wassef
13395 Via Almeriam
Tustin, CA 92782


Sanda Bacio
809 N. Spurgeon Street Apt. 6
Santa Ana, CA 92701


Sandra Bacio
809 N. Spurgeon St. APT 6
Santa Ana, CA 92701

Sandy Manhart
21 Parterre Avenue
Foothill Ranch, CA 92610


Sayuri Maruyama
13472 S Bowers Ct.
Tustin, CA 92782


Scott Gates
28546 Paseo Diana
San Juan Capistrano, CA 92675


Scott Slotkin
26741 Portola Pkwy Ste 1E-139
Foothill Ranch, CA 92610


Sean Samii
634 Las Palmas Drive
Irvine, CA 92602


Shantel Mendez
1218 West Orangethorpe Avenue
Fullerton, CA 92833


Sharon Jihn
12921 Ternberry Ct.
Tustin, CA 92782


Sharp Health Plan
4305 University Ave
San Diego, CA 92105

Shirlene Thompson
13341 Presidio Place Tustin
Tustin, CA 92782


Sign Specialists Corporation
111 W. Dyer Road, Unit F
Santa Ana, CA 92707


Sign Specialists Corporation
111 W. Dyer Road
Unit F
Santa Ana, CA 92707


Singer Lewak
10960 Wilshire Blvd.,
7th Floor
Los Angeles, CA 90024


Singer Lewak
10960 Wilshire Boulevard
7th Floor
Los Angeles, CA 90024


Sol Jihn
2956 Ryder Pl.
Tustin, CA 92782


Sondra Vangyi
2008 S. Artesia Street
Santa Ana, CA 92704


Sophie Systems
1527 W 13th Street
Ste H Upland, CA 91786

Southern California Edison
PO Box 300 Rosemead
Rosemead, CA 91772


Southern California Gas Company
PO Box C
Monterey Park, CA 91756


Spectrum Fire Protection
9938 Potter Street Bellflower
Bellflower, CA 90706


St. Joseph Health System
Attention: Tara Cowell, Esq.
3345 Michelson Drive, Suite 100
Irvine, CA 92612


St. Joseph Heritage
845 W. La Veta Ave
Suite 108
Orange, CA 92868


ST. JOSEPH HOSPITAL AFFILIATED
279 Imperial Hwy
#710
Fullerton, CA 92835


St. Joseph IPA
500 S. Main Street
Suite 600
Orange, CA 92868


St. Jude Affiliated Physicians
500 S. Main Street
Suite 600
Orange, CA 92868

ST. JUDE HERITAGE
12942 Harbor Blvd.
Garden Grove, CA 92840


St. Mary IPA
4909 Lakewood Blvd.
Suite 200
Lakewood, CA 90712


Stanton Little League
PO Box 2627
Cypress, CA 90630


Stapleton Group
Attention: David Stapleton
515 So. Flower Street
36 Floor
Los Angeles, CA 90071


Stapleton Group
David Stapleton
515 So. Flower St., 36th Floor
Los Angeles, CA 90071


Starcare  Medical Group
1920 E. 17th Street
Suite 200
Santa Ana, CA 92705


Stout Plumbing, Inc.
5929 E. Bluebonnet Ct.
Orange, CA 92869


Summer Pietila
18592 Newton Avenue
Santa Ana, CA 92705

Susan B Strodtbeck MD
118 San Jose Lane
Placentia, CA 92870


Susan Reid
13501 Wheeler Pl
Tustin, CA 92780


Susan Taylor
9 Healdsbury
Irvine, CA 92602


Swapnil Kanani
640 Las Palmas Dr.
Irvine, CA 92602


Sylvia Howard
14061 Brenan Way
Santa Ana, CA 92705


Talbert Medical Group / Healthcare Partn
1665 Scenic Ave
Ste. 100
Costa Mesa, CA 92626


Tania Gouvion
13072 Tamarisk Drive
Santa Ana, CA 92705


Tara Reilly
1887 Lemon Heights Dr.
Santa Ana, CA 92705

Tehmina Khan
29422 Indian Valley Road
Rancho Palos Verdes, CA 90275


Teri Sommer
17204 31st Dr. NW
Arlington, WA 98223


The Gas Company
PO Box C
Monterey Park, CA 91756


The New Answernet
4778 Dewey Drive
Fair Oaks, CA 95628-4401


The New Answernet
4778 Dewey Drive
CA 95628-4401


The Workers' Compensation Forum
PO Box 1901
Loma Linda, CA 92354


Thermal Combustion Innovators, Inc.
241 W. Laurel Street
Colton, CA 92324


Thierry Phares
13312 Cordero
Tustin, CA 92782

Thomas Mokelke
14671 Raintree Lane
Tustin, CA 92780


Thomson Reuters/Barclays
P.O. Box 95767
Chicago, IL 60694


Three Rivers Provider Network
910 Hale Place
Chula Vista, CA 91914


Tim Reimers, Esq.
2049 Century Park East
Suite 2900
Los Angeles, CA 90067


Tim Reimers, Esq.
2049 Century Park East, Suite 2900
Los Angeles, CA 90067


Tochukwu Onyekwuluje M.D.
125 Rockview
Irvine, CA 09216


Tochukwu Onyekwuluje, M.D.
125 Rockview
Irvine, CA 92612


Total Body Healthcare Inc.
1057 East Imperial Highway Suite 614
Placentia, CA 92870

Transmetron, Inc.
1725 S. 1700 E.
Salt Lake City, UT 84108


Travis Lars
14032 Livingston St.
Tustin, CA 92780


Trexpo, Inc.
PO Box 940393
Simi Valley, CA 93094


Tricare
270 32nd Street
San Diego, CA 92102


Tricia Wick
25142 Sanoria St.
Laguna Niguel, CA 92677


Tustin Lock and Safe
2620 Walnut Ave. Ste. C
Tustin, CA 92780


UFCW
2220 Hyperion Ave.
Los Angeles, CA 90027


UFCW
630 Shatto Pl.
Los Angeles, CA 90005

```
UFCW
2701 E. Gage Ave.
Suite 202
Huntington Park, CA 90255


UFCW Food and Commercial Workers Insuran
2220 Hyperion Ave.
Los Angeles, CA 90027


UFCW Food and Commercial Workers Insuran
630 Shatto Pl.
Los Angeles, CA 90005


UFCW Food and Commercial Workers Insuran
2701 E. Gage Ave.
Suite 202
Huntington Park, CA 90255


UMR
5151 Pfeiffer Rd.
Suite 400
Cinncinati, OH 45242


United Health Care
14980 Sand Canyon Avenue
Irvine, CA 92618


Vantage
2115 Compton Ave
Ste. 300
Corona, CA 92881


Vantage
2115 Compton Ave.
Ste. 300
Corona, CA 92881
```

VAST Integration
834 Desert Calico Dr
Lancaster, CA 93534


Verizon
PO Box 9688
Mission Hills, CA 91346


Veronica Bumanlag
2480 Irvine Blvd. Apt 350
Tustin, CA 92782


Vinya Vijayenra
3801 Parkview Lane
Apt 10A
Irvine, CA 92612


Viviane Gerard
744 Euclid St.
Fullerton, CA 92832


Warland Investments Company
1299 Ocean Ave Ste 300
Santa Monica, CA 90401


Weatherby Healthcare
P.O. Box 972633
Dallas, TX 75397-2633


Weatherby Healthcare
PO Box 972633
Dallas, TX 75397-2633

Western Growers Assurance
15525 Sand Canyon
Irvine, CA 92618


William Petras
5034 34th Street
San Diego, CA 92116


Xeerox Corporation
PO Box 650361
Dallas, TX 75265-0361


Xerox Corporation
P.O. Box 650361
Dallas, TX 75265-0361


Yohan Jihn
2956 Ryder Place
Tustin, CA 92782


Your Neighborhood Urgent Care, LLC
P.O. Box 8979
Newport Beach, CA 92658


Zhixin Huang
394 Plaza Toluca
Chula Vista, CA 91914