1   CAROLINE DJANG, Bar No. 216313
    caroline.djang@bbklaw.com
2   BEST BEST & KRIEGER LLP
    18101 Von Karman Avenue
3   Suite 1000
    Irvine, California  92612
4   Telephone:    (949) 263-2600
    Facsimile:    (949) 260-0972
5
    Attorneys for Chapter 7 Trustee
6   RICHARD A. MARSHACK

7

8                UNITED STATES BANKRUPTCY COURT

9            CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA

10

| 11 | **In re** | Case No. 8:17-bk-13077-TA |
|---|---|---|
| 12 | **HOAG URGENT CARE TUSTIN, INC.**, et al. | Chapter 7 |
| 13 | ☒ Affects All Debtors | **MOTION FOR ORDER:** |
| 14 | ☐ Hoag Urgent Care - Anaheim Hills., Inc., a California corporation | **(1) AUTHORIZING DISMISSAL OF THE BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §§ 305 AND** |
| 15 | ☐ Hoag Urgent Care - Huntington Harbor, Inc., a California corporation | **707; (2) DISCHARGING AND RELIEVING THE TRUSTEE'S EMPLOYED PROFESSIONALS FROM** |
| 16 | ☐ Hoag Urgent Care - Tustin, Inc., a California corporation, | **FURTHER DUTIES AND OBLIGATIONS; (3) APPROVAL OF** |
| 17 | Debtor | **PROFESSIONAL FEES AND EXPENSES; AND (4) EXONERATING** |
| 18 | | **THE TRUSTEE'S BOND** |
| 19 | | |
| 20 | | Date:     November 30, 2021 Time:     11:00 a.m. |
| 21 | | Courtroom:  5B |

22

23

24

25

26

27

28

55565.00003\34238441.1

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND PARTIES IN INTEREST**:

Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for the Bankruptcy estates (the "Estates") of Hoag Urgent Care-Tustin, Inc., Hoag Urgent Care-Anaheim Hills, Inc., and Hoag Urgent Care-Huntington Harbour, Inc. (collectively, "Debtors") hereby file this Motion for Order: (1) Authorizing Dismissal of the Bankruptcy Case Pursuant to 11 U.S.C. Sections 305 and 707; (2) Discharging and Relieving the Trustee and the Trustee's Employed Professionals from Further Duties and Obligations; (3) Approval of Professional Fees and Expenses; and (4) Exonerating the Trustee's Bond (the "Motion").  In support of the Motion, the Trustee submits the following Memorandum of Points and Authorities and the Declaration of Richard A. Marshack (the "Marshack Declaration").

## I.

## INTRODUCTION

The Trustee, by way of this Motion, seeks dismissal of these cases, as there is no further relief or benefit that the bankruptcy system can provide to the Estates or creditors.  Currently, the Trustee is holding approximately $133,895.91 in funds, which were recovered solely through the work and efforts of his general bankruptcy counsel, Best Best & Krieger LLP ("BBK"), as set forth below.  Unfortunately, despite diligent investigation and efforts, the adversary proceedings that were filed by the Debtors during the Chapter 11 phase of this case did not end up bringing any value to the Estates, and were ultimately abandoned by the Trustee.  The Trustee has informed both the Office of the United States Trustee ("UST") and the Debtors' principal's counsel regarding the proposed dismissal of these cases, and no party has indicated that it would oppose dismissal.  Thus, the Trustee believes in his business judgment that dismissal of these cases is the most efficient and beneficial conclusion to these cases.

/ / /

/ / /

/ / /

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

## II.

## STATEMENT OF FACTS

**A.    Background**

Debtors filed their voluntary petitions under Chapter 11 of Title 11 of the United States Code on August 2, 2017.  The cases were converted to Chapter 7 on July 29, 2018.  Richard A. Marshack was appointed the Chapter 7 Trustee of the Debtors' Estates.

**B.    Investigation of Assets and Liabilities**

At the time that the Court converted these cases to Chapter 7, the Debtors had been in Chapter 11 for nearly a year.  Thus, the Trustee and BBK had to quickly familiarize themselves with all of the pending litigation, potential assets of the Estates, and handle all of the administrative tasks associated with the conversion of three large Chapter 11 cases.  Almost immediately after conversion to Chapter 7, the Trustee and BBK met with various counsel involved in the Chapter 11 case.  Based upon their feedback and opinions, the Trustee was led to believe that there was substantial potential value in the Estates' adversary proceedings against Hoag Memorial Hospital Presbyterian *et al.* ("Hoag Memorial"), as well as arguments invalidating the lien held by the Small Business Development Corporation of Orange County ("SBDC-OC").

1.    The Adversary Proceedings

At the time the Trustee was appointed, there were two pending adversary proceedings, which were filed by the Debtors prior to the conversion of the cases (collectively, the "Adversary Proceedings"):

1.    *Hoag Urgent Care – Anaheim Hills, et al. v. Newport Healthcare Center, LLC, et al.*; Adversary Proceeding No. 8:17-01230-TA (the "Joint Venture Action"); and

2.    *Hoag Urgent Care – Anaheim Hills, Inc. et al v. Hoag Memorial Hospital Presbyterian et al*; Adversary Proceeding No. 8:17-01241-TA, including counterclaims by the Defendants, such as conversion (the "Fraudulent Conveyance Action").

The Trustee and his counsel immediately contacted and met with the Debtors' counsel, Foley & Lardner, and former counsel, Baker Hostetler, as well as Polsinelli, the attorneys for

1  Hoag Memorial, to discuss the status of the Adversary Proceedings and potential paths forward

2  with the Trustee now in place.  BBK and the Trustee further met with Weiland Golden Goodrich,

3  counsel for Dr. Robert Amster, a co-plaintiff in the Adversary Proceedings.  The Trustee and his

4  counsel evaluated the Trustee's options with respect to the Adversary Proceedings.  Based on the

5  representations of various parties and counsel that the Adversary Proceedings were valuable

6  assets of the Estates, the Trustee retained Baker Hostetler as his special litigation counsel to

7  prosecute the Joint Venture Action.

8       The Trustee, with the assistance of BBK and Baker Hostetler, diligently prosecuted the

9  Joint Venture Action.  The Trustee responded to and propounded discovery, and was deposed by

10  Hoag Memorial.  The Trustee engaged in protracted settlement negotiations with Hoag Memorial,

11  but such settlement efforts failed.  Ultimately, the Court granted summary judgment in favor of

12  Hoag Memorial.  With these Estates quickly becoming administrative insolvent, the Trustee

13  decided not to appeal the judgment.

14       Additionally, the Trustee negotiated a low-cost and efficient resolution of the Fraudulent

15  Conveyance Action.  Prior to the conversion of the Debtors' cases, this Court had entered

16  summary judgment in favor of the Defendants in the Fraudulent Conveyance Action.  Debtors

17  filed a timely appeal of the Court's summary judgment ruling.  The Trustee ultimately decided to

18  abandon said appeal.  The Trustee negotiated the dismissal of Hoag Memorial's counterclaims

19  against the Estates for conversion without any payment to Hoag Memorial by the Estates.

20       2.    The State Court Action with the SBDC-OC

21       In addition, Debtors were defendants in an action pending in California Superior Court,

22  County of Orange, styled as *Small Business Development Corporation of Orange County v. Hoag*

23  *Urgent Care-Tustin, Inc., et al.* (the "State Court Action").  In the State Court Action, the SBDC-

24  OC alleged that it held a valid blanket lien over all of the Debtors' personal property, including

25  cash.  At the time the Trustee was appointed, the SBDC-OC had filed an *Application for (1)*

26  *Turnover of Personal Property Collateral Pursuant to Receivership Order; and (2) for Issuance*

27  *of Order to Show Cause Re: Contempt for Failure to Comply With Receivership Order*

28  ("Turnover Application").  The amount of the SBDC-OC's alleged lien was well in excess of the

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1   cash on hand in the Estates at the time of conversion.

2   This Court had granted the SBDC-OC relief from the automatic stay with respect to

3   proceeding with its remedies in the State Court Action. Debtors had alleged in documents filed

4   with this Court as well as the State Court that the SBDC-OC's lien did not extend to all of the

5   cash in the Estates based on the theories that (1) the SBDC-OC's assignor failed to maintain a

6   "double lock-box" system and thus, the SBDC-OC did not have a lien on any accounts

7   receivable; (2) SBDC-OC did not have a lien on any post-petition revenue pursuant to section

8   552(a); and (3) the assignor did not assign the SBDC-OC its replacement liens granted in the

9   bankruptcy cases.

10   Based on these potential arguments, the SBDC-OC engaged in good faith settlement

11   discussions with the Trustee. Ultimately, the SBDC-OC agreed to permit the Trustee to retain for

12   the Estates cash in the amount of $115,000.00, plus 30% of sale proceeds of certain equipment to

13   be purchased by Hoag Memorial (eventually, $16,500).

14   3.   Preference Actions

15   BBK reviewed and analyzed potentially avoidable transfers based on the Debtors'

16   Statement of Financial Affairs. Through lower-cost professionals, BBK sent demand letters to

17   the recipients of potentially preferential transfers, filed complaints against six different transferees

18   (the "Transferees"), and prosecuted the preference actions. Eventually, after due evaluation of

19   the various Transferees' defenses, the Trustee settled or dismissed each preference action,

20   resulting in a total recovery of $11,000.00. BBK prepared and filed an omnibus motion to

21   approve compromise to conserve Estate funds.

22   Based on the foregoing, the only cash in the Estates, consisting of the $131,500 retained

23   pursuant to the settlement with the SBDC-OC and the $11,000 paid by Transferees pursuant to

24   settlements, were the result of BBK's efforts. The Adversary Proceedings, which were expected

25   to bring in significant monies into the Estate did not end up bearing fruit for the Estates.

26   4.   Chapter 7 Administrative Claims

27   On April 15, 2021, BBK filed its First and Final Application for Allowance of Fees and

28   Reimbursement of Costs ("BBK Application"), requesting the allowance of fees in the amount of

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

55565.00003\34238441.1

8:17-BK-13077-TA
TRUSTEE'S MOTION TO DISMISS

$163,522.50 and reimbursement of costs in the amount of $4,154.56 on a final basis.  The

Trustee's Special Litigation Counsel, Baker Hostetler, declined to file a fee application.  On

May 3, 2021, the Trustee's accountant, Hahn Fife & Company ("Hahn Fife"), filed its First &

Final Fee Application, requesting allowance of fees in the amount of $5,560.00 and

reimbursement of expenses in the amount of $514.48 (the "Hahn Fife Application").

The Office of the U.S. Trustee is owed the following quarterly fees:  HUC Tustin

$1,300.13 (claim 28); HUC Huntington $2,275.13 (claim 15); and HUC Anaheim $2,275.13

(claim 14).

The Franchise Tax Board's administrative claims were filed as follows:  HUC Tustin

$4,281.21 (claim 29); HUC Huntington $4,280.99 (claim 18); and HUC Anaheim $4,281.21

(claim 16).

Trustee and his staff have incurred $44,869.40 in fees and costs in connection with the

administration of this case and the prosecution of the Adversary Proceedings, and will incur

additional time in effectuating this Motion and dismissing the case.  (Marshack Decl., ¶ 9.)  The

Court has authority to issue an order allowing payment to Trustee and his counsel for the fees and

costs incurred which were necessary and reasonable to administer this estate.

Under the existing case law, when a case is to be dismissed, Trustee's compensation is

what is reasonable and not limited by the percentage set forth in 11 U.S.C. §326.  See *In re Flying

S Land & Cattle Company, Inc.*, 23 B.R. 56 (Bankr. C.D. Cal. 1982); In re Jackson, 7 15 B.R.

616, 618 (Bankr. E.D. Tenn. 1980); and *In re Wolfe*, 12 B.R. 686, 687 (Bankr. S.D. Ohio 1981).

*See also* Collier Handbook for Trustee and Debtors In Possession § 9.06 which states that when a

chapter 7 case is dismissed "Section 326 of the Code will be inapplicable.  In these situations, the

court will typically apply equitable principals and require the administrative claim of any non-

standing trustee to be satisfied by the debtor on a quantum meruit basis before an order will be

entered dismissing the case."

Bankruptcy Code Section 105(a) states that "[t]he [bankruptcy] court may issue any order,

process, or judgment that is necessary or appropriate to carry out the provisions of this title."

Bankruptcy Code Section 105 sets out the power of the bankruptcy court to fashion orders as

Best Best & Krieger LLP
Attorneys at Law
18101 Von Karman Avenue, Suite 1000
Irvine, California 92612

55565.00003\34238441.1

8:17-BK-13077-TA
TRUSTEE'S MOTION TO DISMISS

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

necessary pursuant to the purposes of the Bankruptcy Code. *In re Chinichian*, 784 F.2d 1440 (9th Ch. 1986). *See*, *Frasch v. Wilson*, 413 F.2d 69, 72 (9th Cir. 1969). *See also, In re Lionel Corp*, 722 F.2d 1063, 1069 (2d Cir. 1983) (bankruptcy judge must have substantial freedom to tailor his orders to meet differing circumstances). A bankruptcy court is a court of equity. As a court of equity, it may look to the substance of a transaction and devise new remedies where those at law are inadequate. *Chinichian* at 1443.

## III.

## MEMORANDUM OF POINTS AND AUTHORITIES

### A.    Applicable Law

A Chapter 7 bankruptcy case may be dismissed after notice and a hearing, and only for cause. 11 U.S.C. § 707(a). Although Section 707 enumerates several grounds for cause, the list is illustrative and not exhaustive. *See In re Padilla,* 222 F.3d 1184, 1191 (9th Cir. 2000). Courts consider the following factors when making a determination with respect to "cause": (1) whether creditors have consented , (2) whether the Debtor is acting in good faith when seeking dismissal; and (3) whether an objection to discharge, exemptions, or a preference claim is pending. *In re Thomspon,* LEXIS 573 (Bankr. E.D. Cal. 2008). However, "[i]n its simplest terms, the test turns on whether or not dismissal is in the best interests of the debtor and the creditors of the estate, with particular emphasis on whether the dismissal would be prejudicial to creditors." *Id.* citing to *In re Aupperle*, 352 B.R. 43, 46 (Bankr. D.N.J. 2005). There is a presumption of good faith when creditors or a trustee not oppose a motion for dismissal. *See Aupperle,* 352 B.R. at 43.

Section 305 of the Code provides, in pertinent part:

(a)    The court, after notice and a hearing, may dismiss a case under this title, or may suspend all proceedings in a case under this title, at any time if—

(1)    the interests of creditors and the debtor would be better served by such dismissal or suspension….

### B.    Cause Exists to Dismiss this Case

In this case, the Trustee had to quickly investigate the assets and liabilities of the Estates. Based on the analysis and recommendations of the Debtors' professionals and other counsel who

had been involved in the Chapter 11 phase of the case for more than a year, the Trustee believed that there was significant value in the Adversary Proceedings and potential defenses against the SBDC-OC's blanket lien on all assets.  Unfortunately, the Trustee did not recover any value from the Adversary Proceedings.

Here, Chapter 7 administrative claims exceed the cash in the Estates.  The Trustee does not believe that there are any remaining assets of value to liquidate.  Creditors will not be prejudiced by dismissal.  In fact, if dismissal is granted, creditors will have the opportunity to bring claims against the Debtors as they see fit.  Moreover, notice of the Motion will be served on all creditors of the Estates.  The Trustee has advised the UST and the Debtors' principal's counsel of this Motion, and does not believe that any party will oppose dismissal.  There will be nothing further for the Trustee to administer and no further relief or benefit that the bankruptcy system can provide to creditors.  Dismissal of these cases is in the best interest of the Estates and creditors and the Motion should be granted.

## IV.

## <u>CONCLUSION</u>

For the reasons set forth in the Motion, the Trustee respectfully requests that the Court enter an order:

1. Granting the Motion;

2. Authorizing the dismissal of the Debtors' cases pursuant to 11 U.S.C. §§ 305 and 707;

3. Approving the BBK Application, and allowing fees in the amount of $163,522.50 and reimbursement of costs in the amount of $4,154.56 on a final basis;

4. Approving the Hahn Fife Application, and allowing fees in the amount of $5,560.00 and reimbursement of expenses in the amount of $514.48 on a final basis;

5. Approving payment to the Office of the U.S. Trustee in the amount of $5,850.39 on a final basis;

6. Approving payment to the Franchise Tax Board in the amount of $12,843.41 on a final basis;

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

7.      Approving the Trustee's Application and allowing fees in the amount of $44,077.00 and reimbursement of expenses in the amount of $792.40;

8.      Authorizing Trustee to pay the approved fees and expenses from funds on hand in the estate;

9.      Directing Trustee to file a declaration and lodge an order for dismissal of the case once all disbursements have been negotiated and the Estate account has a zero balance;

10.      Discharging and relieving the Trustee and the Trustee's employed professionals from further duties and obligations;

11.      Exonerating the Trustee's bond; and

12.      Granting such other and further relief as the Court deems just and proper.

Dated: October 25, 2021                     BEST BEST & KRIEGER LLP


By: _____
       CAROLINE R. DJANG

       Attorneys for Chapter 7 Trustee
       RICHARD A. MARSHACK

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

### DECLARATION OF RICHARD A. MARSHACK

I, Richard A. Marshack, declare as follows:

1.      I am the chapter 7 trustee for the bankruptcy estates (the "Estates") of Hoag Urgent Care-Tustin, Inc., Hoag Urgent Care-Anaheim Hills, Inc., and Hoag Urgent Care-Huntington Harbour, Inc. (collectively, "Debtors"). I know each of the following facts to be true of my own personal knowledge, except as otherwise stated, and if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of the Motion for Order: (1) Authorizing Dismissal of the Bankruptcy Case Pursuant to 11 U.S.C. Sections 305 and 707; (2) Discharging and Relieving the Trustee and the Trustee's Employed Professionals from Further Duties and Obligations; and (3) Exonerating the Trustee's Bond (the "Motion"). Any terms not specifically defined herein shall have the meanings set forth in the Motion.

2.      Debtor's filed their voluntary petitions under Chapter 11 of Title 11 of the United States Code on August 2, 2017. The case was converted to one under Chapter 7 of Title 11 of the United States Code on July 29, 2018.

3.      Currently, the Trustee is holding approximately $133,895.91 in funds, which were recovered solely through the work and efforts of his general bankruptcy counsel, Best Best & Krieger LLP ("BBK").

4.      Almost immediately after conversion to Chapter 7, the Trustee and BBK met with various counsel involved in the Chapter 11 case. Based upon their feedback and opinions, I was led to believe that there was substantial potential value in the Estates' adversary proceedings against Hoag Memorial Hospital Presbyterian *et al.*, ("Hoag Memorial") as well as arguments invalidating the lien held by the Small Business Development Corporation of Orange County.

5.      Unfortunately, despite due investigation, the adversary proceedings against Hoag Memorial that were filed by the Debtors during the Chapter 11 phase of this case did not end up bringing any value to the Estates. I ultimately abandoned them.

6.      I have informed both the Office of the United States Trustee ("UST") and the Debtors' principal's counsel regarding the proposed dismissal of these cases, and no party has indicated that it would oppose dismissal.

55565.00003\34238441.1

8:17-BK-13077-TA
TRUSTEE'S MOTION TO DISMISS

7.      Thus, in my business judgment, I believe that dismissal of these cases is the most efficient conclusion to these cases.

8.      Chapter 7 administrative claims exceed the cash in the Estates.

9.      My staff and I have incurred $44,869.40 in fees and costs in connection with the Debtor's bankruptcy cases and the Adversary Proceedings.  A copy of my firm's billing statement is attached hereto as "Exhibit A".

10.      I do not believe that there are any remaining assets of value to liquidate.  There will be nothing further for me to administer and no further relief or benefit that the bankruptcy system can provide to creditors.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2̲1̲ day of October, 2021 at ̲I̲r̲v̲i̲n̲e̲̲̲, California.

_____
Richard A. Marshack

Best Best & Krieger LLP
Attorneys at Law
18101 Von Karman Avenue, Suite 1000
Irvine, California 92612

# EXHIBIT A



870 ROOSEVELT | IRVINE, CA 92620
949.333.7777 | FAX 949.333.7778

September 20, 2021

Trustee - Richard Marshack

| | |
|---|---|
| Invoice # | 12437 |
| Client # | 5000 |
| Matter # | 418 |

---

## INVOICE SUMMARY

For Professional Services Rendered for the period ending: May 31, 2021

**Re:  Hoag Urgent Care Consolidated Cases**

| | |
|---|---|
| Current Fees | $ 44,077.00 |
| Current Disbursements | $ 126.89 |
| **TOTAL CURRENT CHARGES** | **$ 44,203.89** |
| Plus EXPENSES TO copy and mail Notices to all creditors | 665.51 |
| Total Expenses | $792.40 |
| **REVISED TOTAL** | **$44,869.40** |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

## FEES

1 Asset Analysis and Recovery

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/28/18 | PK | (Hoag cases) Download dockets, petitions, schedules, motions for four cases; Download dockets for two other related cases; Run conflicts check for RAM trustee; E-mail summary to D. Edward Hays; | .70 | 270.00 | 189.00 |
| 6/28/18 | DAW | Review docket and various pleadings for background information (Marshack - Hoag); | 2.30 | 410.00 | 943.00 |
| 6/29/18 | PK | (Hoag) Download additional documents; | .60 | 270.00 | 162.00 |
| 6/29/18 | PK | (Hoag) Telephone call with M. Hauser re: conversion, assets, A/R collection and two related cases that will not be converted; | .50 | 270.00 | 135.00 |
| 6/29/18 | PK | (Hoag) Telephone call with Trustee; | .10 | 270.00 | 27.00 |
| 6/29/18 | PK | (Hoag) E-mail summary to Trustee; Review and revise notices of appointment to prepare for filing; | .40 | 270.00 | 108.00 |
| 6/29/18 | DAW | Review e-mail correspondence from Pam Kraus re: summary of conversation with U.S. Trustee (Marshack - Hoag Urgent Care); | .20 | 410.00 | 82.00 |
| 7/02/18 | DAW | Review and analyze multiple e-mail correspondence from Randye Soref and Trustee re: issues relating to Hoag's position in the cases (Marshack - Hoag Urgent Care); | .20 | 410.00 | 82.00 |
| 7/02/18 | DAW | Conference with Trustee and Randy Soref re: background information on the Hoag case (Marshack - Hoag Urgent Care); | .70 | 410.00 | 287.00 |
| 7/02/18 | DAW | Conference with Trustee and Robert Marticello re: Hoag Urgent Care (Marshack - Hoag Urgent Care); | .30 | 410.00 | 123.00 |
| 7/02/18 | DAW | Review and analyze multiple e-mail correspondence from Liz Green, Jimmy Parish counsel for Debtor re: the pending appeal on the fraudulent transfer action (Marshack - Hoag Urgent Care); | .40 | 410.00 | 164.00 |
| 7/03/18 | PK | Telephone call and e-mails with J. Parrish; | .20 | 270.00 | 54.00 |
| 7/06/18 | DAW | Meeting with Caroline Djang and Cathy Ta re: retention; | .50 | 410.00 | 205.00 |
| 7/09/18 | PK | Exchange e-mail with J. Amster; | .10 | 270.00 | 27.00 |
| 7/09/18 | PK | Telephone call and e-mail with C. Djang's firm; Telephone call with Trustee; | .30 | 270.00 | 81.00 |
| 7/09/18 | PK | Conference call with Trustee; C. Djang and C. Ta; E-mail all case documents; Second telephone call with C. Djang; | .50 | 270.00 | 135.00 |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/09/18 | PK | Telephone call with Jennifer Amster re: case status, bank accounts, medical records, payroll/taxes, collections, agreement; Prepare summary; | 1.20 | 270.00 | 324.00 |
| 7/09/18 | DAW | Prepare for conference call with Caroline Djang and Cathy Ta re: status of the case and potential assets (1.0); conference call with Cathy and Caroline (.3); | 1.30 | 410.00 | 533.00 |
| 7/11/18 | PK | E-mails and conference call with C. Djang and C. Ta; | .60 | 270.00 | 162.00 |
| 7/11/18 | PK | Review and save documents from R. Soref; | .20 | 270.00 | 54.00 |
| 7/18/18 | DAW | Review and respond to multiple lengthy e-mail correspondence from Caroline Djang re: analysis of the collection of the AR; | .40 | 410.00 | 164.00 |
| 7/20/18 | DAW | Review and analyze multiple e-mail correspondence from Cathy Ta and Caroline Djang re: hearing results today; | .20 | 410.00 | 82.00 |
| 7/23/18 | PK | Exchange e-mail with C. Ta re: several topics; E-mail to C. Djang re: engagement letter; | .30 | 270.00 | 81.00 |
| 7/31/18 | PK | Conference call with C. Djang and J. Amster re: bank accounts, storage, electronic records, collections, turnover of funds on hand; Prepare e-mail summary of call and to-do list; | 1.40 | 270.00 | 378.00 |
| 8/01/18 | PK | Telephone call with Trustee; E-mail to C. Ta; | .20 | 270.00 | 54.00 |
| 8/02/18 | PK | Telephone call with J. Amster re: Orange storage unit, Hoag possession of equipment in facilities, Opus UCC-1; E-mail summary to C. Djang and J. Amster; | .60 | 270.00 | 162.00 |
| 8/07/18 | PK | Exchange e-mail with J. Amster re: turnover of funds; E-mail to TCB re: incoming wires; | .20 | 270.00 | 54.00 |
| 8/07/18 | PK | Review list of inventory of FFE; | .10 | 270.00 | 27.00 |
| 8/14/18 | DAW | Conference with Caroline Djang after 341(a) re: assets of the Estate; | 1.00 | 410.00 | 410.00 |
| 8/21/18 | PK | Review opposition to motion to maintain bank accounts; | .10 | 270.00 | 27.00 |
| 8/30/18 | DAW | Review and analyze lengthy e-mail correspondence from Caroline Djang re: counter offer by David Brody on the outstanding AR; | .50 | 410.00 | 205.00 |
| 9/18/18 | PK | Telephone call with J. Amster re: closing F&M DIP accounts; E-mail to D. Brody and C. Djang re: payment to J. Amster; | .20 | 270.00 | 54.00 |
| 9/25/18 | PK | Exchange e-mail with C. Djang re: funds received for turnover from F&M bank and claim bar dates; | .20 | 270.00 | 54.00 |
| 10/29/18 | DAW | Review and respond to multiple e-mail correspondence from Caroline Djang re: preservation of medical records with the Amsters; | .30 | 410.00 | 123.00 |
| | | **Sub-Total Fees:** | **17.00** | | **$ 5,752.00** |

MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

10 Litigation

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/27/18 | DEH | Review and analyze schedules (.50); Telephone conference with Richard A. Marshack re: appointment (.30); | .80 | 630.00 | 504.00 |
| 7/02/18 | DEH | Written correspondence with Liz Green re: appeal (.30); Telephone conference with Richard A. Marshack and opposing counsel re: same (.50); | .80 | 630.00 | 504.00 |
| 7/03/18 | DAW | Review and analyze litigation claims and issues relating to pending appeal; multiple conference calls with Hoag, U.S. Trustee, and Trustee; | 7.40 | 410.00 | 3,034.00 |
| 7/05/18 | RAM | Meeting with Florida attorney at Baker Holstetler re: appeal and pending litigation; | .80 | 630.00 | 504.00 |
| 7/06/18 | DAW | Analyze litigation issues; | 2.50 | 410.00 | 1,025.00 |
| 7/13/18 | DAW | Conference with Brian Weiss re: possible fraudulent transfers; | .30 | 410.00 | 123.00 |
| 7/17/18 | DAW | Conference with Caroline Djang re: ongoing negotiations; | .30 | 410.00 | 123.00 |
| 7/17/18 | DAW | Review and respond to lengthy e-mail correspondence from Caroline Djang re: abandonment of the pending fraudulent transfer appeal; | .30 | 410.00 | 123.00 |
| 7/18/18 | PK | Review and revise stipulation; Exchange e-mails with C. Djang; | .40 | 270.00 | 108.00 |
| 7/19/18 | PK | E-mail to C. Djang; | .10 | 270.00 | 27.00 |
| 7/19/18 | DAW | Review and respond to e-mail correspondence from Caroline Djang re: ex parte hearing tomorrow in the state court; | .20 | 410.00 | 82.00 |
| 7/23/18 | RAM | Multiple telephone conference re: joint venture litigation; | .80 | 630.00 | 504.00 |
| 7/24/18 | PK | Exchange e-mail with C. Ta re: revised motion; | .10 | 270.00 | 27.00 |
| 8/17/18 | PK | Review motion to continue BAP hearing; Telephone conference with Trustee; Forward executed signature page; | .30 | 270.00 | 81.00 |
| 8/29/18 | RAM | Telephone conference with Caroline Djang re: settlement; | .30 | 630.00 | 189.00 |
| 9/06/18 | DAW | Conference with Caroline Djang, Cathy Ta, and counsel for Baker re: today's 12(b)(6) hearing on the joint venture and strategy moving forward; | 1.00 | 410.00 | 410.00 |
| 9/13/18 | RAM | Review and analyze settlement agreement, e-mail and declaration; | .40 | 630.00 | 252.00 |
| 9/17/18 | PK | Review and save state court notice; | .10 | 270.00 | 27.00 |
| 10/31/18 | PK | Review and save state court documents; | .10 | 270.00 | 27.00 |

# MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/03/19 | PK | Review Trustee's answers to interrogatories; Instructions to staff; Forward executed declaration; | .30 | 270.00 | 81.00 |
| 4/04/19 | RAM | Telephone conference with Caroline Djang and Tiffany re: settlement; | .30 | 650.00 | 195.00 |
| 4/04/19 | PK | Exchange e-mail with C. Djang re: settling adversary cases; | .10 | 270.00 | 27.00 |
| 11/25/19 | PK | Review settlement documents and emails; | .20 | 270.00 | 54.00 |
| 1/28/21 | PK | Review emails and tax returns; Review analysis from C. Djang re: Radiant adversary; | .20 | 270.00 | N/C |
| | | **Sub-Total Fees:** | **18.10** | | **$ 8,031.00** |

## 11 Meetings of Creditors

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/14/18 | RAM | Prepare for and attend 341(a) meeting of creditors; | .90 | 630.00 | 567.00 |
| | | **Sub-Total Fees:** | **.90** | | **$ 567.00** |

## 2 Asset Disposition

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/24/18 | PK | Review motion to continue; Review motion to abandon; Meeting with Trustee; Forward executed declarations; | .40 | 270.00 | 108.00 |
| 9/26/18 | RAM | Review motion for cash disbursement; | .20 | 630.00 | 126.00 |
| 10/03/18 | PK | Exchange e-mail with C. Djang re: selling xray unit from Orange case; | .40 | 270.00 | 108.00 |
| 10/04/18 | PK | Exchange e-mail with J. Amster and A. McDow re: sale of xray unit; | .20 | 270.00 | 54.00 |
| 10/05/18 | PK | E-mails and telephone call re: sale of xray equipment; | .20 | 270.00 | 54.00 |
| 10/08/18 | PK | Revise notice of intent to sell assets; | .20 | 270.00 | 54.00 |
| 10/09/18 | PK | Review e-mail with x-ray equipment information and revise Trustee's notice of intent to sell assets; Forward to C. Djang; | .30 | 270.00 | 81.00 |
| 10/31/18 | PK | Conference call with C. Djang, D. Brody and D. Stapleton re: turnover of funds to receiver; Telephone call with C. Djang; | .40 | 270.00 | 108.00 |

### MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 11/12/18 | PK | Review custodian of records agreement; Exchange e-mail; | .10 | 270.00 | 27.00 |
| 1/22/19 | PK | Review bank accounts for 3 cases and exchange e-mail with C. Djang re: turnover to receiver; | .20 | 270.00 | 54.00 |
| 3/07/19 | PK | Exchange e-mail with C. Djang re: Orange assets; | .10 | 270.00 | 27.00 |
| 12/05/19 | PK | Exchange email with C. Djang re: settlement payments; Prepare and forward W9 forms for three debtors; | .30 | 270.00 | 81.00 |
| | | **Sub-Total Fees:** | **3.00** | | **$ 882.00** |

3 Business Operations

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/28/18 | PK | Review order approving stipulation; | .10 | 270.00 | 27.00 |
| 7/30/18 | PK | Telephone call with C. Djang re: A/R collections, electronic records, DIP accounts, and storage unit; | .30 | 270.00 | 81.00 |
| 7/31/18 | PK | Exchange e-mail with Y. Ho; | .10 | 270.00 | 27.00 |
| 8/07/18 | PK | Exchange e-mails with J. Amster, C. Djang, and staff re: collecting A/R; | .20 | 270.00 | 54.00 |
| 8/09/18 | PK | Exchange e-mail with J. Amster and C. Djang re: lack of mail coming in; | .20 | 270.00 | 54.00 |
| 8/10/18 | PK | Review debtors' mail; Prepare three responses; | .70 | 270.00 | 189.00 |
| 8/30/18 | PK | Exchange e-mail with J. Amster and C. Djang re: invoices; | .10 | 270.00 | 27.00 |
| 9/21/18 | PK | Review e-mails re: payment to J. Amster; | .10 | 270.00 | 27.00 |
| 9/26/18 | PK | Review e-mail exchange re: custodian of patient records; | .10 | 270.00 | 27.00 |
| 9/26/18 | PK | Exchange e-mail re: cash disbursement motion; Forward motion to trustee; | .10 | 270.00 | 27.00 |
| 9/28/18 | PK | Revise cash disbursement motion; Prepare proof of service; | .40 | 270.00 | 108.00 |
| 10/04/18 | PK | Prepare deposits; | .40 | 270.00 | 108.00 |
| 10/05/18 | PK | Telephone call and email with D. Brody re: paying J. Amster fees; E-mail to C. Djang;  Telephone call with C. Djang; | .30 | 270.00 | 81.00 |
| 10/10/18 | PK | Exchange e-mail with J. Amster re: paying agent fees; | .10 | 270.00 | 27.00 |
| 10/11/18 | PK | Review order granting compromise with SBDOC; E-mail to J. Amster; | .20 | 270.00 | 54.00 |

### MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/11/18 | PK | Telephone call with C. Djang re: paying collector fees, splitting proceeds and expenses between cases, sale of equipment for Orange case, re-filing NDR in Orange case; | .40 | 270.00 | 108.00 |
| 10/11/18 | PK | Telephone call with J. Amster re: collector fees; | .10 | 270.00 | 27.00 |
| | | **Sub-Total Fees:** | **3.90** | | **$ 1,053.00** |

4 Case Administration

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/27/18 | RAM | Multiple telephone conference re: Hoag cases from U.S. Trustee, D. Edward Hays, and David A. Wood; | 1.40 | 630.00 | 882.00 |
| 6/28/18 | DEH | [1015-HOAG] Telephone conference with Michael Hauser and Richard A. Marshack re: facts of case and upcoming hearings; | .60 | 630.00 | 378.00 |
| 6/29/18 | RAM | Telephone conference with Michael Hauser and D. Edward Hays re: upcoming hearing; | .40 | 630.00 | 252.00 |
| 6/29/18 | RAM | Review correspondence; | .40 | 630.00 | 252.00 |
| 6/29/18 | DEH | [1015-Hoag] Telephone conference with Richard A. Marshack re facts of case; | .30 | 630.00 | 189.00 |
| 6/29/18 | PK | (Hoag) Prepare requests for courtesy NEFs; | .30 | 270.00 | 81.00 |
| 6/29/18 | PK | (Hoag cases) File notices of appointment; | .20 | 270.00 | 54.00 |
| 6/29/18 | DAW | Review and analyze order converting the cases to a Chapter 7 (Marshacll - Hoag Urgent Care); | .30 | 410.00 | 123.00 |
| 6/29/18 | DAW | Review and analyze multiple e-mail correspondence from Pam Kraus and U.S. Trustee re: conversion order (Marshack - Hoag Urgent Care); | .20 | 410.00 | 82.00 |
| 7/02/18 | RAM | Multiple telephone conference with Robert Marticello, Liz Green, and Ed Hays; | 1.50 | 630.00 | 945.00 |
| 7/03/18 | RAM | Telephone conference with Randy Sorel and conference with David Wood; | .80 | 630.00 | 504.00 |
| 7/03/18 | RAM | Telephone conference with Pam Kraus; | .30 | 630.00 | 189.00 |
| 7/03/18 | RAM | Meeting with Jeffrey Golden re: pending litigation and possible assets; | .50 | 630.00 | 315.00 |

## MARSHACK HAYS LLP

Trustee - Richard Marshack                                          September 20, 2021
Client-Matter# 5000-418                                              Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount | |
|------|------|-------------|-------|------|--------|---|
| 7/05/18 | PK | Telephone call with K. Howard at UST re: consolidation; Download mail matrixes for 4 cases; Create mail service databases and compare creditor lists; Review dockets; Create spreadsheet with all creditors (in four cases); Prepare summary; | 2.50 | 270.00 | 675.00 | |
| 7/05/18 | CM | [Hoag v. Newport Healthcare Adv. No. 8:17-ap-01241-TA] Meeting with David A. Wood re: extending deadline and appearing on behalf of appellant (.10); Review case file (.20); Prepare draft stipulation extending time to file designation of record, statement of issues, and notice regarding transcript order (.30); Prepare draft order approving stipulation (.20); | .80 | 230.00 | 184.00 | **10** |
| 7/05/18 | CM | [Hoag v. Newport Healthcare Adv. No. 8:17-ap-01241-TA] Review and analyze e-mail from Randye Soref re: revised stipulation (.10); Revise and finalize stipulation extending time to file designation of record, statement of issues, and notice regarding transcript order (.30); Revise and finalize order approving stipulation (.20); | .60 | 230.00 | 138.00 | **10** |
| 7/06/18 | RAM | Meeting with C. Tai and Caroline Djang; | .50 | 630.00 | 315.00 | |
| 7/06/18 | CM | [Hoag v Newport Healthcare 01241] - Prepare notice of lodgment of order approving stipulation extending time to file designation of record, statement of issues and notice regarding transcript order; | .20 | 230.00 | 46.00 | **10** |
| 7/06/18 | CM | [Hoag v Newport Healthcare 01241] - Review case file (.10); Revise and finalize notice of lodgment of order approving stipulation extending time to file designation of record, statement of issues and notice regarding transcript order (.20); | .30 | 230.00 | 69.00 | **10** |
| 7/09/18 | RAM | Review and analyze multiple correspondence; | .30 | 630.00 | 189.00 | |
| 7/10/18 | RAM | Multiple telephone conference with Best Best & Krieger and Jeffrey Golden re: staffing litigation; | .80 | 630.00 | 504.00 | **10** |
| 7/11/18 | RAM | Meeting with Best Best & Krieger and Jeff Golden re: litigation; | .70 | 630.00 | 441.00 | **10** |
| 7/13/18 | RAM | Review and respond to multiple correspondence re: open issues; | .30 | 630.00 | 189.00 | |
| 7/13/18 | RAM | Telephone conference with counsel; | .20 | 630.00 | 126.00 | |
| 7/17/18 | RAM | Telephone conference with counsel; | .30 | 630.00 | 189.00 | |
| 7/19/18 | RAM | Telephone conference with Caroline Djang re: status; | .30 | 630.00 | 189.00 | |
| 7/19/18 | PK | Review and analysis of motions to procedurally consolidate cases; Telephone call with Trustee; Forward executed declarations; | .30 | 270.00 | 81.00 | |
| 7/20/18 | RAM | Telephone conference with Colleen Ta re: joint venture litigation; | .40 | 630.00 | 252.00 | **10** |
| 7/20/18 | PK | Review ex parte motions for joint administration; | .20 | 270.00 | 54.00 | |
| 7/23/18 | RAM | Review and analyze documents re: collections; | .20 | 630.00 | 126.00 | |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/27/18 | RAM | Multiple telephone conference and correspondence from Best Best & Krieger; | .40 | 630.00 | 252.00 |
| 7/29/18 | PK | Review order granting joint administration; | .10 | 270.00 | 27.00 |
| 7/30/18 | PK | Review order and e-mail to C. Djang; | .10 | 270.00 | 27.00 |
| 8/01/18 | RAM | Prepare for meeting with Colleen Ta and Carolyn Djang; | 2.00 | 630.00 | 1,260.00 |
| 8/02/18 | PK | Download, profile, save and forward 16 tax returns for 2013-2016; | 1.20 | 270.00 | 324.00 |
| 8/02/18 | PK | Exchange e-mail with J. Amster and C. Djang re: appearance at 341a; | .20 | 270.00 | 54.00 |
| 8/07/18 | PK | Add assets for turnover of bank accounts and incoming A/R deposits; | .40 | 270.00 | 108.00 |
| 8/08/18 | PK | Exchange e-mail and telephone calls re: 700+ checks received for deposit; | 1.00 | 270.00 | 270.00 |
| 8/08/18 | PK | Input 60 deposits for HUCA; | .80 | 270.00 | 216.00 |
| 8/08/18 | PK | Input 54 deposits for HUCA; | .60 | 270.00 | 162.00 |
| 8/08/18 | PK | Input 60 deposits for HUCA; | .60 | 270.00 | 162.00 |
| 8/08/18 | PK | Input 65 deposits for HUCA; | .70 | 270.00 | 189.00 |
| 8/08/18 | PK | Input 63 deposits for HUCH; | .70 | 270.00 | 189.00 |
| 8/08/18 | PK | Input 60 deposits for HUCH; | .60 | 270.00 | 162.00 |
| 8/08/18 | PL | admin - process 774 checks for deposit. coordinate with bank. organize, separate into smaller groups and supervise scanning. print check copies, print deposit slips, match and verify. prepare for FedEx (Laurie) | 4.80 | 175.00 | 840.00 |
| 8/08/18 | PL | admin - process 774 checks for deposit. coordinate with bank. organize, separate into smaller groups and supervise scanning. print check copies, print deposit slips, match and verify. prepare for FedEx (Awf) | 3.50 | 175.00 | 612.50 |
| 8/09/18 | PK | Telephone call re: deposits; | .20 | 270.00 | 54.00 |
| 8/09/18 | PK | Prepare 60 deposits for HUCH; | .60 | 270.00 | 162.00 |
| 8/09/18 | PK | Prepare 79 deposits for HUCH; | .80 | 270.00 | 216.00 |
| 8/09/18 | PK | Prepare 60 deposits for HUCT; | .60 | 270.00 | 162.00 |
| 8/09/18 | PK | Prepare 60 deposits for HUCT; | .50 | 270.00 | 135.00 |
| 8/09/18 | PK | Prepare 60 deposits for HUCT; | .50 | 270.00 | 135.00 |
| 8/09/18 | PK | Prepare 60 deposits for HUCT; | .50 | 270.00 | 135.00 |

**11**

### MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/09/18 | PK | Prepare 32 deposits for HUCT; | .30 | 270.00 | 81.00 |
| 8/09/18 | PK | Review debtors' mail forwarded to trustee's office by J. Amster; Exchange e-mails with J. Amster and C. Djang re: subpoena and insurance documents; | .30 | 270.00 | 81.00 |
| 8/09/18 | PL | admin - process 774 checks for deposit. coordinate with bank. organize, separate into smaller groups and supervise scanning. print check copies, print deposit slips, match and verify. prepare for FedEx (Laurie) | 2.00 | 175.00 | 350.00 |
| 8/09/18 | PL | admin - process 774 checks for deposit. coordinate with bank. organize, separate into smaller groups and supervise scanning. print check copies, print deposit slips, match and verify. prepare for FedEx (Awf) | .50 | 175.00 | 87.50 |
| 8/10/18 | PK | Review and save Pacific Enterprise bank statements; | .10 | 270.00 | 27.00 |
| 8/10/18 | PK | Prepare deposit report for HUCT; | .10 | 270.00 | 27.00 |
| 8/10/18 | PL | admin - process 774 checks for deposit. coordinate with bank. organize, separate into smaller groups and supervise scanning. print check copies, print deposit slips, match and verify. prepare for FedEx (Laurie) | 1.50 | 175.00 | 262.50 |
| 8/10/18 | PL | admin - process 774 checks for deposit. coordinate with bank. organize, separate into smaller groups and supervise scanning. print check copies, print deposit slips, match and verify. prepare for FedEx (Awf) | .50 | 175.00 | 87.50 |
| 8/20/18 | PK | Review and save attorney invoice; | .10 | 270.00 | 27.00 |
| 8/20/18 | PK | Telephone call with L. McPherson to review returned items - stale dated checks; | .30 | 270.00 | 81.00 |
| 8/29/18 | PK | Review and analysis of multiple e-mails re: missing deposits; Telephone call with L. McPherson; | .40 | 270.00 | 108.00 |
| 8/30/18 | RAM | Multiple telephone conference with Caroline Djang and secured creditor; | .60 | 630.00 | 378.00 |
| 8/30/18 | PK | Exchange e-mails re: returned items; Prepare lists of returned items for each case and forward to J. Amster; | .70 | 270.00 | 189.00 |
| 9/13/18 | PK | Exchange e-mails with D. Brody and J. Amster re: funds on hand; Calendar reminder for turnover of funds in Opus and Pacific banks; | .50 | 270.00 | 135.00 |
| 9/18/18 | PK | Telephone call with L. McPherson re: stale dated deposits; | .10 | 270.00 | 27.00 |
| 9/18/18 | PK | Review and save attorney invoice; | .10 | 270.00 | 27.00 |
| 9/19/18 | PK | Update cases; | .10 | 270.00 | 27.00 |
| 9/24/18 | PK | Prepare deposits; E-mail to C. Djang re: funds in H-Orange; | .40 | 270.00 | 108.00 |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 9/25/18 | PK | Review invoice; Draft cash disbursement motion; Forward to C. Djang; | .40 | 270.00 | 108.00 |
| 9/26/18 | PK | Exchange e-mail with C. Djang re: turnover of funds for HUC Orange; E-mail to E. Green; | .10 | 270.00 | 27.00 |
| 9/26/18 | PK | Telephone call with Trustee; | .10 | 270.00 | 27.00 |
| 9/28/18 | PK | Update mail service database with 30 largest creditors; Prepare ECF service list and annotate party information; Update mail service database with attorney and ECF information; | 1.40 | 270.00 | 378.00 |
| 9/28/18 | PK | (Orange) Exchange e-mail with C. Djang re: possible assets; Draft, serve and file withdrawal of NDR; | .40 | 270.00 | 108.00 |
| 10/03/18 | PK | Forward bank balance information to D. Brody; | .10 | 270.00 | 27.00 |
| 10/11/18 | PK | Prepare disbursement; | .30 | 270.00 | 81.00 |
| 10/11/18 | PK | Re-file NDR in Orange case; | .10 | 270.00 | 27.00 |
| 10/12/18 | PK | Review and save attorney invoice; | .10 | 270.00 | 27.00 |
| 10/15/18 | PK | Exchange e-mail with J. Amster; Input professional claim; Prepare disbursement; | .50 | 270.00 | 135.00 |
| 10/16/18 | PK | Draft and file declaration of non-opposition and order granting cash disbursement motion; | .60 | 270.00 | 162.00 |
| 10/20/18 | PK | Review ombudsman's reports; | .20 | 270.00 | 54.00 |
| 10/25/18 | PK | Review order; Input claim; Prepare disbursement; | .40 | 270.00 | 108.00 |
| 11/01/18 | RAM | Review and execute checks; | .20 | 630.00 | 126.00 |
| 11/01/18 | PK | Prepare reconciliation of cases to calculate total carve-out per order; Prepare three funds transfers; Input receiver claims; Prepare three disbursements; Exchange e-mail with C. Djang and receiver; | 1.20 | 270.00 | 324.00 |
| 11/01/18 | PK | Exchange e-mail with J. Amster re: turnover to receiver; | .10 | 270.00 | 27.00 |
| 11/01/18 | PK | Exchange e-mail re: records retention; | .10 | 270.00 | 27.00 |
| 11/05/18 | RAM | Review and execute reports | .30 | 630.00 | 189.00 |
| 11/05/18 | PK | Review and save tax notice; | .10 | 270.00 | 27.00 |
| 11/05/18 | PK | Exchange e-mail with J. Amster; Review invoice; Prepare disbursement; | .40 | 270.00 | 108.00 |
| 11/13/18 | PK | Telephone call with Trustee; Exchange e-mail with counsel re: case status update; | .20 | 270.00 | 54.00 |
| 11/15/18 | PK | Review and save attorney invoice; | .10 | 270.00 | 27.00 |
| 11/19/18 | PK | Review incoming mail; Prepare responses to OC Tax and IRS; | .50 | 270.00 | 135.00 |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 12/03/18 | PK | Review OC Tax lien notices and prepare response; | .30 | 270.00 | 81.00 |
| 12/03/18 | PK | Review and save debtor mail; Forward notice to J. Amster; | .30 | 270.00 | 81.00 |
| 12/06/18 | PK | Review and save attorney invoice; | .10 | 270.00 | 27.00 |
| 12/18/18 | PK | Telephone call with J. Amster; | .10 | 270.00 | 27.00 |
| 12/20/18 | PK | Review case and update status; | .10 | 270.00 | 27.00 |
| 12/31/18 | PK | Review and save state court document; | .10 | 270.00 | 27.00 |
| 1/07/19 | PK | Review and save FTB notice; | .10 | 270.00 | 27.00 |
| 1/26/19 | PK | Review ombudsman's report; | .10 | 270.00 | 27.00 |
| 1/31/19 | PK | Calculate bond payment; | .10 | 270.00 | 27.00 |
| 2/01/19 | PK | Prepare bond disbursement; | .10 | 270.00 | 27.00 |
| 2/04/19 | RAM | Rev and execute check and instructions to staff | .20 | 630.00 | 126.00 |
| 2/04/19 | PK | Stop pay and reissue check; E-mail to J. Amster; | .40 | 270.00 | 108.00 |
| 2/22/19 | PK | Review settlement motion and emails re: personal property sale; Prepare deposits in each case; Update assets in all cases; E-mail to C. Djang; | 1.00 | 270.00 | 270.00 |
| 2/27/19 | PK | Review FTB notices and forward to K. Boffill; Exchange e-mail with K. Boffill; | .20 | 270.00 | 54.00 |
| 2/28/19 | PK | Review schedules and SFA for three debtors and exchange e-mail with C. Djang re: employing accountant; | .30 | 270.00 | 81.00 |
| 2/28/19 | PK | Exchange e-mail with C. Djang; | .10 | 270.00 | 27.00 |
| 3/05/19 | PK | Telephone call with Trustee; Telephone call with D. Fife; Prepare summary and e-mail to D. Fife with all case documents; | .70 | 270.00 | 189.00 |
| 3/05/19 | PK | Review docket for HUC Orange and exchange e-mail with C. Djang; | .10 | 270.00 | 27.00 |
| 3/11/19 | RAM | Rev corr re Hoag litigation and telephone conference with C Djang | .60 | 630.00 | 378.00 |
| 3/15/19 | RAM | Case review with P. Kraus; | .10 | 630.00 | 63.00 |
| 3/15/19 | PK | Case update with Trustee; | .10 | 270.00 | 27.00 |
| 3/25/19 | PK | Review IRS notices and forward to D. Fife; | .10 | 270.00 | 27.00 |
| 3/28/19 | PK | Review stipulation to approve agreement with custodian of records; | .10 | 270.00 | 27.00 |
| 3/29/19 | PK | E-mail to counsel for status report; | .10 | 270.00 | 27.00 |
| 4/01/19 | PK | Review case schedules for three cases and update assets; | .40 | 270.00 | 108.00 |
| 4/02/19 | PK | Review Orange case docket and emails; E-mail to H. Corona; | .20 | 270.00 | 54.00 |

**10**

# MARSHACK HAYS LLP

Trustee - Richard Marshack                                    September 20, 2021
Client-Matter# 5000-418                                        Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 4/02/19 | PK | Review UTC analysis report and update deposit UTC codes; | .30 | 270.00 | 81.00 |
| 4/02/19 | PK | Update case for annual reports; | .10 | 270.00 | 27.00 |
| 4/19/19 | PK | Review status report, case documents and bank ledgers; Update 3 cases for annual reports; | .60 | 270.00 | 162.00 |
| 4/20/19 | PK | Review order approving stipulation re: records; E-mail to C. Djang; | .20 | 270.00 | 54.00 |
| 4/23/19 | RAM | Telephone conference with c Djang | .40 | 650.00 | 260.00 **10** |
| 4/23/19 | PK | Review e-mail from A. McDow; Locate her address; Input claims in 3 cases for custodian of record fees; Prepare 3 disbursements; | .60 | 270.00 | 162.00 |
| 4/27/19 | PK | Prepare Annual Report; | .10 | 270.00 | 27.00 |
| 5/08/19 | PK | Prepare judge copies; | .10 | 270.00 | 27.00 |
| 5/16/19 | PK | Review and save attorney invoices; | .30 | 270.00 | 81.00 |
| 6/14/19 | PK | Review and save attorney invoice; | .10 | 270.00 | 27.00 |
| 6/16/19 | RAM | Prepare for deposition | 1.80 | 650.00 | 1,170.00 **10** |
| 6/17/19 | RAM | Travel to and then meet with counsel to prepare for deposition and attend deposition (of me) and travel to office. | 4.60 | 650.00 | 2,990.00 **10** |
| 6/24/19 | PK | Review and save mail; | .10 | 270.00 | 27.00 |
| 7/16/19 | PK | Review and save attorney invoice; | .10 | 270.00 | 27.00 |
| 8/02/19 | PK | Review and save FTB notice; | .10 | 270.00 | 27.00 |
| 8/15/19 | PK | Update case; | .10 | 270.00 | 27.00 |
| 8/19/19 | PK | Exchange email with L. McPherson re: Hoag-Orange $5 check closing account; | .10 | 270.00 | 27.00 |
| 9/13/19 | PK | Review and save attorney invoice; | .10 | 270.00 | 27.00 |
| 9/13/19 | PK | Exchange email with J. Amster and C. Djang re: subpoena for records; | .20 | 270.00 | 54.00 |
| 10/10/19 | PK | Download, save and forward FTB notices; | .10 | 270.00 | 27.00 |
| 10/30/19 | RAM | Telephone conference with Tiffany P re pending lit | .30 | 650.00 | 195.00 **10** |
| 11/08/19 | PK | Review and save FTB notice; | .10 | 270.00 | 27.00 |
| 1/13/20 | PK | Review and save mail; | .10 | 270.00 | 27.00 |
| 1/22/20 | PK | Review case and run preliminary annual report summary; | .10 | 270.00 | 27.00 |
| 1/28/20 | PK | Case status with Trustee; | .10 | 270.00 | 27.00 |
| 1/28/20 | PK | Telephone call with Trustee; Exchange email with C. Djang; | .20 | 270.00 | 54.00 |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 1/29/20 | PK | Review and save mail; | .10 | 270.00 | 27.00 |
| 1/30/20 | PK | Review emails re: status; | .10 | 270.00 | 27.00 |
| 2/05/20 | PK | Exchange emails with C. Djang re: settlement checks; Download and review check copies; Download and review settlement motion; Input assets in to 3 cases; Input deposits in 3 cases; | .70 | 270.00 | 189.00 |
| 2/12/20 | PK | Review case; | .10 | 270.00 | 27.00 |
| 2/14/20 | PK | Exchange email with C. Djang; Review preference complaints; Prepare two deposits; Prepare 3 disbursements; | 1.00 | 270.00 | 270.00 |
| 2/28/20 | PK | Review audit report and case notes; | .10 | 270.00 | 27.00 |
| 4/20/20 | PK | Review status report and update case; | .20 | 270.00 | 54.00 |
| 4/28/20 | PK | Review status report and update case; | .10 | 270.00 | 27.00 |
| 4/29/20 | PK | Case update with Trustee; | .10 | 270.00 | 27.00 |
| 8/11/20 | PK | Review and save mail; | .10 | 270.00 | N/C |
| 9/07/20 | PK | Email to counsel for case update; | .10 | 270.00 | N/C |
| 11/17/20 | PK | Review and save mail; | .10 | 270.00 | N/C |
| 12/08/20 | PK | Status call with Trustee; Email to counsel; | .10 | 270.00 | N/C |
| 12/30/20 | PK | Review update from counsel; Review claim lists; Exchange E-mail with C. Djang; Calendar meeting; | .50 | 270.00 | N/C |
| 1/02/21 | PK | 3 cases: Update assets, prepare Forms 1-2, review case documents and forward to D. Fife for tax returns; | .60 | 270.00 | N/C |
| 1/20/21 | PK | Review and save mail; | .10 | 270.00 | N/C |
| 1/21/21 | PK | Update bond payment report; Prepare disbursement; | .10 | 270.00 | N/C |
| 2/10/21 | PK | Status update with Trustee; Email to C. Djang; | .20 | 270.00 | N/C |
| 2/22/21 | PK | Telephone call with Trustee; | .10 | 270.00 | N/C |
| 2/24/21 | PK | Telephone call with FTB; | .20 | 270.00 | N/C |
| 3/24/21 | PK | Download and review 1019 reports, compare one to original matrix, telephone call with H. Corona; | .40 | 270.00 | N/C |
| 3/26/21 | PK | Telephone call with C. Djang re: case status, insolvency, 1019 reports; Prepare summary and to-do list; | .50 | 270.00 | N/C |
| 3/26/21 | PK | Draft, file and serve 21-day notice; | .40 | 270.00 | N/C |
| 4/22/21 | PK | Update case notes in 3 cases; | .20 | 270.00 | N/C |
| 4/28/21 | PK | Prepare annual report; | .10 | 270.00 | N/C |

## MARSHACK HAYS LLP

Trustee - Richard Marshack                                      September 20, 2021
Client-Matter# 5000-418                                            Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 5/07/21 | PK | Telephone call with Trustee re: proposed distribution; Email to C. Djang to request insolvency summary; | .30 | 270.00 | N/C |
| 5/30/21 | PK | Download, annotate and save claim dockets; | .50 | 270.00 | N/C |
| | | **Sub-Total Fees:** | **78.20** | | **$ 26,604.00** |

5 Claims Administration and Objections

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 6/28/18 | RAM | Meeting with Jeff Golden re: claims; | .30 | 630.00 | 189.00 |
| 8/01/18 | PK | Telephone call with creditor Yusi Ho; E-mail to C. Djang; | .30 | 270.00 | 81.00 |
| 10/22/18 | PK | Review FTB admin claims; | .10 | 270.00 | 27.00 |
| 1/27/20 | PK | Update claims in three cases; | .20 | 270.00 | 54.00 |
| 2/14/20 | PK | Hoag Tustin - review case audit report; Update claims; | .20 | 270.00 | 54.00 |
| 2/14/20 | PK | Hoag Huntington - review case audit report; Update claims; | .20 | 270.00 | 54.00 |
| 2/14/20 | PK | Hoag Anaheim - review case audit report; Update claims; | .20 | 270.00 | 54.00 |
| 1/08/21 | PK | Telephone call with C. Djang and L. Verstegen re: case closing, fee apps and claims; | .60 | 270.00 | N/C |
| 1/11/21 | PK | Access, review and forward proofs of claim for 3 cases to C. Djang; | 1.00 | 270.00 | N/C |
| 3/22/21 | PK | Email with debtor's counsel re: 1019 report; | .10 | 270.00 | N/C |
| 3/23/21 | PK | Emails with S. Moses re: 1019 reports; | .10 | 270.00 | N/C |
| 5/24/21 | PK | Download, review and save FTB claims for three cases; | .30 | 270.00 | N/C |
| | | **Sub-Total Fees:** | **3.60** | | **$ 513.00** |

7 Fee/Employment Applications

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 7/19/18 | RAM | Review and execute application to employ; | .30 | 630.00 | 189.00 |
| 7/20/18 | PK | Review applications to employ counsel; | .20 | 270.00 | 54.00 |

## MARSHACK HAYS LLP

Trustee - Richard Marshack

September 20, 2021

Client-Matter# 5000-418

Invoice # 12437

| Date | Atty | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 8/30/18 | PK | Review application to employ special counsel; Forward signature page; | .10 | 270.00 | 27.00 |
| 3/25/19 | PK | Review and revise application to employ accountant; Forward to D. Fife; | .30 | 270.00 | 81.00 |
| 4/19/19 | PK | Revise Trustee's application to employ accountant; Draft notice; Update mail service database; Prepare proofs of service; | .60 | 270.00 | 162.00 |
| 5/07/19 | PK | Draft declaration of non-opposition and order granting application to employ accountant; | .50 | 270.00 | 135.00 |
| 5/10/19 | PK | Review and save employment order; Forward to D. Fife; | .10 | 270.00 | 27.00 |
| 4/02/21 | PK | Emails with T. Payne; | .10 | 270.00 | N/C |
| 4/23/21 | PK | Emails with D. Fife and C. Djang; | .20 | 270.00 | N/C |
| 4/24/21 | PK | Draft trustee's declaration; | .20 | 270.00 | N/C |
| 5/11/21 | PK | Email with C. Djang; Revise trustee's declaration in support of BBK fee application; Draft trustee's declaration re: HF fee application; Prepare proofs of service, serve and file in 3 cases; | 1.00 | 270.00 | N/C |
| | | **Sub-Total Fees:** | **3.60** | | **$ 675.00** |

**TOTAL FEES**                                    **$ 44,077.00**

MARSHACK HAYS LLP

Trustee - Richard Marshack                                             September 20, 2021
Client-Matter# 5000-418                                                  Invoice # 12437

**FEE RECAP BY TASK CODE**

| Task | Description | Hours | Amount |
|------|-------------|-------|--------|
| 1 | Asset Analysis and Recovery | 17.00 | 5,752.00 |
| 10 | Litigation | 18.10 | 8,031.00 |
| 11 | Meetings of Creditors | .90 | 567.00 |
| 2 | Asset Disposition | 3.00 | 882.00 |
| 3 | Business Operations | 3.90 | 1,053.00 |
| 4 | Case Administration | 78.20 | 26,604.00 |
| 5 | Claims Administration and Objections | 3.60 | 513.00 |
| 7 | Fee/Employment Applications | 3.60 | 675.00 |
| | Sub-Total of Fees: | 128.30 | $ 44,077.00 |

## MARSHACK HAYS LLP

Trustee - Richard Marshack                                          September 20, 2021
Client-Matter# 5000-418                                              Invoice # 12437

### FEE RECAP BY ATTORNEY

| Name | Atty | Staff Level | Hours | Rate | Total |
|------|------|-------------|------:|-----:|------:|
| Richard A. Marshack | RAM | Partner | 7.40 | 650.00 | 4,810.00 |
| Richard A. Marshack | RAM | Partner | 17.70 | 630.00 | 11,151.00 |
| D. Edward Hays | DEH | Partner | 2.50 | 630.00 | 1,575.00 |
| David A. Wood | DAW | Partner | 20.80 | 410.00 | 8,528.00 |
| Pamela Kraus | PK | Paralegal | 56.80 | 270.00 | 15,336.00 |
| Legal, Para | PL | Paralegal | 12.80 | 175.00 | 2,240.00 |
| Chanel Mendoza | CM | Paralegal | 1.90 | 230.00 | 437.00 |
| **Total** | | | **119.90** | | **$ 44,077.00** |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

## FEE RECAP BY MONTH

### Richard A. Marshack

| | | |
|---|---|---|
| 06/2018 | 2.50 | 1,575.00 |
| 07/2018 | 9.40 | 5,922.00 |
| 08/2018 | 3.80 | 2,394.00 |
| 09/2018 | .60 | 378.00 |
| 11/2018 | .50 | 315.00 |
| 02/2019 | .20 | 126.00 |
| 03/2019 | .70 | 441.00 |
| 04/2019 | .70 | 455.00 |
| 06/2019 | 6.40 | 4,160.00 |
| 10/2019 | .30 | 195.00 |
| **Subtotal for Richard A. Marshack** | **25.10** | **$ 15,961.00** |

### D. Edward Hays

| | | |
|---|---|---|
| 06/2018 | 1.70 | 1,071.00 |
| 07/2018 | .80 | 504.00 |
| **Subtotal for D. Edward Hays** | **2.50** | **$ 1,575.00** |

### David A. Wood

| | | |
|---|---|---|
| 06/2018 | 3.00 | 1,230.00 |
| 07/2018 | 15.00 | 6,150.00 |
| 08/2018 | 1.50 | 615.00 |
| 09/2018 | 1.00 | 410.00 |
| 10/2018 | .30 | 123.00 |
| **Subtotal for David A. Wood** | **20.80** | **$ 8,528.00** |

## MARSHACK HAYS LLP

Trustee - Richard Marshack                                      September 20, 2021
Client-Matter# 5000-418                                           Invoice # 12437

**Pamela Kraus**

| | | |
|---|---|---|
| 06/2018 | 2.80 | 756.00 |
| 07/2018 | 9.70 | 2,619.00 |
| 08/2018 | 15.90 | 4,293.00 |
| 09/2018 | 4.80 | 1,296.00 |
| 10/2018 | 5.70 | 1,539.00 |
| 11/2018 | 2.80 | 756.00 |
| 12/2018 | 1.00 | 270.00 |
| 01/2019 | .50 | 135.00 |
| 02/2019 | 2.10 | 567.00 |
| 03/2019 | 1.60 | 432.00 |
| 04/2019 | 3.50 | 945.00 |
| 05/2019 | 1.00 | 270.00 |
| 06/2019 | .20 | 54.00 |
| 07/2019 | .10 | 27.00 |
| 08/2019 | .30 | 81.00 |
| 09/2019 | .30 | 81.00 |
| 10/2019 | .10 | 27.00 |
| 11/2019 | .30 | 81.00 |
| 12/2019 | .30 | 81.00 |
| 01/2020 | .90 | 243.00 |
| 02/2020 | 2.50 | 675.00 |
| 04/2020 | .40 | 108.00 |
| **Subtotal for Pamela Kraus** | **56.80** | **$ 15,336.00** |

**Legal, Para**

| | | |
|---|---|---|
| 08/2018 | 12.80 | 2,240.00 |
| **Subtotal for Legal, Para** | **12.80** | **$ 2,240.00** |

**Chanel Mendoza**

| | | |
|---|---|---|
| 07/2018 | 1.90 | 437.00 |
| **Subtotal for Chanel Mendoza** | **1.90** | **$ 437.00** |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

### DISBURSEMENTS

E101 Copying

| Date | Description | Amount |
|------|-------------|--------|
| 7/06/18 | Document Copies re: stipulation extending time to file designation of record (judge's copy) | 1.80 |
| 7/06/18 | Document Copies re: stipulation extending time to file designation of record | 1.60 |
| 7/06/18 | Electronic copying re: order approving stipulation extending time to file designation of record | .30 |
| 8/10/18 | Document Copies re: HHS Agency notice response | .80 |
| 8/10/18 | Document Copies re: order granting motion to approve joint administration of cases and tax notice response | .40 |
| 8/10/18 | Document Copies re: Quest Diagnostics statement response | .60 |
| 9/27/18 | Document Copies re: notice and motion for approval of cash disbursements | 18.60 |
| 10/18/18 | Document Copies re: declaration that no party requested a hearing on motion (judge's copies) | 5.60 |
| 11/19/18 | Document Copies re: notice of intent to enforce collection | 1.80 |
| 11/19/18 | Document Copies re: response to IRS | 1.40 |
| 12/03/18 | Document Copies re: response to OC tax lien notice | 2.40 |
| 4/19/19 | Document Copies re: notice and application for order authorizing employment of Hahn Fife & Company as accountant | 21.00 |
| 5/08/19 | Document Copies re: declaration that no party requested a hearing on motion (judge's copies) | 6.80 |
| 5/08/19 | Document Copies re: declaration that no party requested a hearing on motion (judge's copies) | 2.60 |
| 3/26/21 | Document Copies re: professional notice Hoag cases tustin | 1.20 |
| 5/11/21 | Document Copies re: fee application declaration of trustee Hahn Fife & Co, LLP,  fee application declaration of trustee Best, Best & Krieger LLP. | 2.40 |
| | **Sub-Total of Disbursements** | **$ 69.30** |

E107 Delivery Services/Messenger

| Date | Description | Amount |
|------|-------------|--------|
| 7/15/18 | File stipulation extending time to file at USBC/SA on 07/06/18 inc. | 7.50 |
| 10/31/18 | File declaration no party requested a hearing on motion at USBC/SA on 10/18/18 legal, inc. | 7.50 |
| | **Sub-Total of Disbursements** | **$ 15.00** |

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

### E108 Postage

| Date | Description | Amount |
|---|---|---|
| 7/06/18 | Postage re: stipulation extending time to file designation of record | .94 |
| 8/10/18 | Postage re: check to Jennifer Amster | .47 |
| 8/10/18 | Postage re: HHS Agency notice response | .47 |
| 8/10/18 | Postage re: order granting motion to approve joint administration of cases and tax notice response | .47 |
| 8/10/18 | Postage re: Quest Diagnostics statement response | .47 |
| 9/27/18 | Postage re: notice and motion for approval of cash disbursements | 14.57 |
| 9/28/18 | Postage re: notice of withdrawal of Trustee's report of no distribution | .47 |
| 11/01/18 | Postage re: trustee check to Jennifer Amster | .47 |
| 11/07/18 | Postage re: trustee pro se letters | 2.82 |
| 11/19/18 | Postage re: notice of intent to enforce collection | .47 |
| 11/19/18 | Postage re: response to IRS | .47 |
| 12/03/18 | Postage re: response to OC tax lien notice | .47 |
| 1/23/19 | Postage re: tax forms | .47 |
| 2/04/19 | Postage re: trustee check to Jennifer Amster | .50 |
| 4/19/19 | Postage re: notice and application for order authorizing employment of Hahn Fife & Company as accountant | 15.50 |
| 4/24/19 | Postage re: trustee check to Laguna-Dana Urgent Care | .50 |
| 3/26/21 | Postage  re: professional notice Hoag cases tustin | 1.53 |
| 5/11/21 | Postage  re: fee application declaration of trustee Hahn Fife & Co, LLP,  fee application declaration of trustee Best, Best & Krieger LLP. | 1.53 |
| | **Sub-Total of Disbursements** | **$ 42.59** |

**CURRENT DISBURSEMENTS**        **$ 126.89**

**Plus EXPENSES TO copy and mail Notices
to all creditors**        **665.51**

**Total Expenses**        **$792.40**

## MARSHACK HAYS LLP

Trustee - Richard Marshack
Client-Matter# 5000-418

September 20, 2021
Invoice # 12437

**DISBURSEMENT RECAP BY TASK CODE**

| Task | Description | Amount |
|------|-------------|--------|
| E101 | Copying | 69.30 |
| E107 | Delivery Services/Messenger | 15.00 |
| E108 | Postage | 42.59 |
| | Sub-Total of Disbursements | $ 126.89 |
| | Plus Expense to Copy and Mail Notice to Creditors | $ 665.51 |
| | **TOTAL EXPENSES** | **$ 792.40** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
18101 Von Karman Ave., Suite 1000, Irvine CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **MOTION FOR ORDER: (1) AUTHORIZING DISMISSAL OF THE BANKRUPTCY CASE PURSUANT TO 11 U.S.C. §§ 305 AND 707; (2) DISCHARGING AND RELIEVING THE TRUSTEE'S EMPLOYED PROFESSIONALS FROM FURTHER DUTIES AND OBLIGATIONS; (3) APPROVAL OF PROFESSIONAL FEES AND EXPENSES; AND (4) EXONERATING THE TRUSTEE'S BOND**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
10/25/2021_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 10/25/21_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 10/25/21_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/25/21 | Laurie Verstegen | /s/Laurie Verstegen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

## ELECTRONIC MAIL NOTICE LIST 8:17-bk-13077-TA

- Tanya Behnam    tbehnam@polsinelli.com,
  tanyabehnam@gmail.com;ccripe@polsinelli.com;ladocketing@polsinelli.com

- Stephen F Biegenzahn    efile@sfblaw.com

- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com

- Michael E Bubman    mbubman@mbnlawyers.com, aacosta@mbnlawyers.com

- Frank Cadigan    frank.cadigan@usdoj.gov

- Gary O Caris    gcaris@btlaw.com, slmoore@btlaw.com;rsutton@btlaw.com

- Teresa C Chow    tchow@bakerlaw.com, nbrazil@bakerlaw.com

- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

- Daniel Denny    ddenny@milbank.com

- Caroline Djang    caroline.djang@bbklaw.com,
  laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

- Fahim Farivar    fahim@farivarlaw.com, catherine@farivarlaw.com;lisa@farivarlaw.com

- Jeffrey I Golden    jgolden@wgllp.com,
  kadele@ecf.courtdrive.com;cbmeeker@gmail.com;lbracken@wgllp.com;gestrada@wgllp.com

- Elizabeth A Green    egreen@bakerlaw.com,
  cmartin@bakerlaw.com;orlbankruptcy@bakerlaw.com

- Michael J Hauser    michael.hauser@usdoj.gov

- D Edward Hays    ehays@marshackhays.com,
  ehays@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

- Phillip M Hudson    pmhudson@arnstein.com, amclaughlin@arnstein.com

- Richard A Marshack (TR)    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

- Ashley M McDow    amcdow@foley.com, swells@foley.com

- Trey A Monsour    tmonsour@foxrothschild.com

- Kevin H Morse    kmorse@clarkhill.com, blambert@clarkhill.com

- Shane J Moses    smoses@foley.com, llanglois@foley.com;lanii-langlois-4514@ecf.pacerpro.com

- Anthony J Napolitano    anapolitano@buchalter.com,
  docket@buchalter.com;spacheco@buchalter.com

- Tiffany Payne Geyer    tpaynegeyer@bakerlaw.com,
  smccoy@bakerlaw.com;orlbankruptcy@bakerlaw.com

- Brett Ramsaur    brett@ramsaurlaw.com, stacey@ramsaurlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**

- Faye C Rasch    frasch@wgllp.com,
  kadele@wgllp.com;lbracken@wgllp.com;gestrada@wgllp.com

- Mary H Rose    mrose@buchalter.com

- Barry A Smith    bsmith@buchalter.com, docket@buchalter.com;mvarela@buchalter.com

- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

- Steven M Spector    sspector@buchalter.com,
  IFS_efiling@buchalter.com;salarcon@buchalter.com

- Cathy Ta    cathyta@cathyta.net

- Tamar Terzian    tterzian@bg.law, ecf@bg.law

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

- David Wood    dwood@marshackhays.com,
  dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com

## ELECTRONIC MAIL NOTICE LIST 8:17-bk-13078-TA

- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com

- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

- Caroline Djang    caroline.djang@bbklaw.com,
  laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

- Michael J Hauser    michael.hauser@usdoj.gov

- Richard A Marshack (TR)    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

- Ashley M McDow    amcdow@foley.com, swells@foley.com

- Shane J Moses    smoses@foley.com, llanglois@foley.com;lanii-langlois-
  4514@ecf.pacerpro.com

- Anthony J Napolitano    anapolitano@buchalter.com,
  docket@buchalter.com;spacheco@buchalter.com

- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

- Steven M Spector    sspector@buchalter.com,
  IFS_efiling@buchalter.com;salarcon@buchalter.com

- Cathy Ta    cathyta@cathyta.net

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## ELECTRONIC MAIL NOTICE LIST 8:17-bk-13080-TA

- David W Brody    dbrody@brody-law.com, bknotice@brody-law.com

- Michael T Delaney    mdelaney@bakerlaw.com, TBreeden@bakerlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                           **F 9013-3.1.PROOF.SERVICE**

- Caroline Djang    caroline.djang@bbklaw.com,
  laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com

- Michael J Hauser    michael.hauser@usdoj.gov

- Richard A Marshack (TR)    pkraus@marshackhays.com,
  rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com

- Ashley M McDow    amcdow@foley.com, swells@foley.com

- Shane J Moses    smoses@foley.com, llanglois@foley.com;lanii-langlois-
  4514@ecf.pacerpro.com

- Anthony J Napolitano    anapolitano@buchalter.com,
  docket@buchalter.com;spacheco@buchalter.com

- Randye B Soref    rsoref@polsinelli.com, ccripe@polsinelli.com;ladocketing@polsinelli.com

- Steven M Spector    sspector@buchalter.com,
  IFS_efiling@buchalter.com;salarcon@buchalter.com

- Cathy Ta    cathyta@cathyta.net

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov


## SERVED BY UNITED STATES MAIL

**RTD 9/26/18**
**DEBTOR**
HOAG URGENT CARE   ORANGE, INC.
~~7630B. E. CHAPMAN AVE.~~
~~ORANGE, CA 92869-8536~~

**DEBTOR**
HOAG URGENT CARE - ANAHEIM HILLS
5630 E. SANTA ANA CANYON RD.
ANAHEIM, CA 92807-3122

**DEBTOR**
HOAG URGENT CARE-TUSTIN, INC.
PO BOX 8979
NEWPORT BEACH, CA 92658-0979

**DEBTOR**
HOAG URGENT CARE-HUNTINGTON HARBOR
5355 WARNER AVE. #102
HUNTINGTON BEACH, CA 92649-6030

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        **F 9013-3.1.PROOF.SERVICE**